FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN JAY CONDON )
[Enter above the full name of )
the plaintiff in this action] )
 )
v. )  Docket no. 1:16-cv-00372-Jcw
 )
RODNEY BOUCHARD )
TROY ROSS )
JODY L BRETON )
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [✓]   No [ ]

   B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline] SEE APPENDIX I(B)

      1. Parties to this previous lawsuit

         Plaintiff(s)   SEE APPENDIX I(B)(1)

         Defendant(s)   SEE APPENDIX I(B)(1)

      2. Court [If federal court, name the district; if state court, name the county]
         KNOX COUNTY SUPERIOR COURT

      3. Docket number   AP-14-23

4. Name of judge whom case was assigned DANIEL BILLINGS

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] SEE APPENDIX I(B)(5)

6. Approximate date of filing lawsuit July 21, 2014

7. Approximate date of outcome April 21, 2015

II. Place of present confinement SEE APPENDIX II

A. Is there a prisoner grievance procedure in this institution?
Yes [✓]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [ ]

C. If your answer is "Yes"

1. What steps did you take? SEE APPENDIX II(C)(1)

2. What was the result? SEE APPENDIX II(C)(2)

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff JOHN JAY CONDON #148840
Address Zephyrhills Corr. Inst. 2739 Gall Blvd. Florida 33541

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant RODNEY BOUFFARD
Position WARDEN, MAINE STATE PRISON
Address 807 Cushing Rd. / Warren, ME 04864

NEW ADDRESS FOR RODNEY BOUFFARD:
RODNEY BOUFFARD SUPERINTENDENT
RIVERVIEW PSYCHIATRIC CENTER
250 ARSENAL ST.
AUGUSTA, MO 04320

C. Additional Defendant(s) Troy Ross, Deputy Warden Maine St. Prison. Jody L. Breton, Deputy Commissioner Maine Dept. of Corr. / State House Station #111 Augusta, ME 04333

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Please See: Verified Complaint For Damages And Injunctive Relief (Accompanying This Form) 12 Pages

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Please See Plaintiff's: Verified Complaint For Damages And Injunctive Relief Accompanying This Form).

Signed this 18th day of July, 2016

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

July 18, 2016
Date

Signature of Plaintiff