# APPENDIX

(TO)

The Form used by A prisoner filing A Civil Rights Complaint under 42 USC Section 1983

## SECTIONS:

I(B): I filed A Petition for Judicial Review pursuant to Title 5 MRSA Sect. 11001 et seq and Rule 80(c) of The Maine Rules of Civil Procedure.

I(B)(1): Parties to The Above Action:

John Condon,
    Petitioner,
v. Maine Dept. of Corrections
    Joseph Fitzpatrick, Commissioner, Maine Dept. of Corrections
    Troy Ross, Deputy Warden, Maine State Prison
    Rodney Bouffard, Warden, Maine State Prison
    Wendal Atkinson, Grievance Review Officer, MS.prison

I(B)(5): (Outcome) plaintiff/Petitioner Dismissed his own Lawsuit w/out prejudice and was Granted to do so on April 21, 2015.

## II: (Present place of Confinement)

Zephyr Hills Correctional Inst.
2739 Gall Blvd.
Zephyr Hills, Florida 33541

## II (C)(1): Plaintiff filed these Grievances:

(A) That the "IPS Investigation" Plaintiff was being held on (until the results were forthcoming...) in fact was a ruse used to hold Plaintiff indefinitely. Plaintiff presented evidence that said Investigation was Bogus.

(B) That the Administrative Segregation Review (ASR) process was faulty on its face and did not meet the requirements of meaningful Due Process.

(C) That the Ultimate Decision makers on Plaintiff's segregated status did not meet or visit him during the seven months Plaintiff was restrained in segregation in violation of Maine Dept. of Correction's Policy 15.1

## II(C)(2): (Results:)

All three Grievances were "Dismissed" by the Grievance Review Officer.

Plaintiff John Conson pro se
# 148840
Zephyr Hills Correctional Inst.
2739 Gall Blvd
Zephyr Hills, Florida 33541