IN THE UNITED STATES DISTRICT
Court for the District of MAINE


JOHN JAY CONDON,        CASE No. _____
        PLAINTIFF.
    V.
RODNEY BOUFFARD, et al
        DEFENDANTS.


DECLARATION OF PLAINTIFF RE Rule
4(d) F.R.Cv.P. (REQUESTING DEFENDANTS
TO WAIVE SERVICE OF SUMMONS).


Now Comes The plaintiff pro se
who DECLARES THAT on This Day Pursu-
ANT TO Rule 4(d) F.R.Cv.P. That:

(1) He is NOTifying Each DEFENDANT
THAT AN ACTION HAS BEEN Commenced
AND He is Requesting Each DEFENDANT THAT
He OR SHE WAIVE Service of Summons;

(2) He HAS SENT Each DEFENDANT A
FORM: "NOTICE of LAWSUIT AND REQUEST
FOR WAIVER of Service of Summons"
and TWO Copies of FORM: WAIVER of
Service of Summons" (plEASE SEE
BLANK Examples of Each form ACCOMPANY-
ING This DECLARATION AND LETTER TO Clerk);

(3) He HAS informed Each DEFENDANT

THAT YOUR HONORABLE COURT IS WHERE THE COMPLAINT HAS BEEN FILED;

(4) HE HAS SENT A COPY OF THE COMPLAINT TO EACH DEFENDANT;

(5) HE ENCLOSED A COPY OF THE (FORM 5) CONSEQUENCES OF WAIVING AND NOT WAIVING SERVICE TO EACH DEFENDANT;

(6) HE NOTIFIED EACH DEFENDANT OF THE DATE PLAINTIFF'S REQUEST WAS SENT,

(7) HE HAS GIVEN EACH DEFENDANT A REASONABLE TIME OF 30 DAYS AFTER REQUEST WAS SENT TO RETURN THE WAIVER TO PLAINTIFF; AND

(8) HE HAS GIVEN EACH DEFENDANT A PREPAID MEANS OF RETURNING THE WAIVER BACK TO PLAINTIFF.

DATED This 18th DAY of July, 2016

JOHN JAY CONDON,
PRO SE  # 148840
ZEPHYR HILLS CORRECTIONAL INSTITU.
2739 GALL BLVD.
ZEPHYR HILLS, FLORIDA  33541