JOHN CONDON
#148840
ZEPHYRHILLS C.I.
2739 GALL BLVD.
ZEPHYRHILLS, FLA 33541

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2016 JUL 18 P 2:55

BY _____
DEPUTY CLERK






MAILED FROM A
CORRECTIONAL
INSTITUTION




U.S. POSTAGE PITNEY BOWES
ZIP 33541 $ 000.0
02 1W
0001394473 JUL 13

USMS
ME

Julie G. WALLENTINE
Deputy Clerk
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

PROVIDED TO
ZEPHYRHILLS C.I.
ON 7/15/16 SC
FOR MAILING