Julie G. Walentine    July 18, 2016
Deputy Clerk
United States District Court
F/t District of Maine
202 Harlow St.
Bangor, ME 04401

RE: JOHN JAY CONDON    Case No: _____
       Plaintiff,
    v.
    Rodney Bouffard, et. al
       Defendants

Dear Deputy Clerk Walentine:

    Please find enclosed plaintiffs':

(1) $350 Filing Fee;

(2) Form used by a Prisoner Filing a 42 U.S.C. § 1983 Civil Rights Complaint;

(3) Appendix to above form;

(4) Verified Complaint for Damages and Injunctive Relief; and

(5) Declaration of Plaintiff.

Waiving Service —

Deputy Clerk Walentine, please

inform the court that pursuant to Rule 4(d) of the F.R.Civ.P. that I am notifying each Defendant that an action has been commenced and that I am requesting each Defendant that he or she waive service of summons.

Also, pursuant to Rule 4(d) F.R.Civ.P., I have sent each Defendant a typed form entitled: "Notice of Lawsuit and Request for Waiver of Service of Summons" AND two copies of a typed form: "Waiver of Service of Summons." (Please see blank examples of each of these forms — encls'd).

Continuing with & pursuant to Rule 4(d) F.R.Civ.P., I have also:

(A) Informed each Defendant that your Honorable Court is where the complaint is being filed;

(B) Enclosed a copy of the Complaint to each Defendant;

(C) Enclosed the (Form 5) Consequences of waiving & not waiving service to each Defendant;

(D) Notified each Defendant the date the request was sent;

(E) Given each Defendant a reasonable time of 30 days after request

WAS SENT TO RETURN THE WAIVER TO THE PLAINTIFF pro se; AND

(F) ENCLOSED TO EACH DEFENDANT A PRE-PAID MEANS of RETURNING THE WAIVER TO PLAINTIFF pro se.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER THE PENALTY of PURJURY THAT I HAVE SENT ALL of THE ABOVE TO EACH DEFENDANT BY FIRST CLASS CERTIFIED MAIL ON THE DATE STATED BELOW... THE SAME DATE IN WHICH I HAVE MAILED THIS LEGAL PACKAGE TO YOUR HONORABLE COURT.

DATED This 18th DAY of July, 2016

Respectfully Submitted,

*[signature]*

JOHN J. CONSON
#148840
ZEPHYRHILLS CORRECTIONAL INSTIT.
2739 GALL BLVD.
ZEPHYRHILLS, FLA 33541

—4—

P.S.

DEFENDANT RODNEY BOUFFARD HAS A NEW ADDRESS:

RODNEY BOUFFARD
SUPERINTENDENT
RIVERVIEW PSYCHIATRIC CENTER
250 ARSENAL ST
AUGUSTA, MAINE 04330