UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| JOHN JAY CONDON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 16-372-JAW |
| | ) | |
| RODNEY BOUFFARD, et al. | ) | |
| | ) | |
| Defendants | ) | |

ACCEPTANCE OF SERVICE

The defendants, through their counsel, hereby accept service upon them of the complaint

in this action.


Dated:  September 5, 2016                                      /s/ Diane Sleek
                                                                            DIANE SLEEK, AAG
                                                                            Office of Attorney General
                                                                            Six State House Station
                                                                            Augusta, ME 04333-0006
                                                                            Tel. (207) 626-8800



CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused one copy of this filing to be served upon John Jay
Condon, Zephyrhills Correctional Institute, 2739 Gall Blvd., Zephyrhills, FL 33541, by having
the same deposited in the United States Mail, postage prepaid.


Dated:  September 5, 2016                                      /s/ Diane E. Sleek
                                                                            DIANE E. SLEEK, AAG