UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2016 SEP 19 P 2:27
BY:
DEPUTY CLERK

JOHN JAY CONDON,
    PLAINTIFF,
v.

Civil No. 16-372-JAW

RODNEY BOUFFARD, et al.,
    DEFENDANTS.

## MOTION FOR LEAVE TO AMEND COMPLAINT

PLAINTIFF pro se, JOHN JAY CONDON, pursuant to Rule 15(a) Fed. R. Civ. P., requests leave to amend his complaint.

(1) THE DEFENDANTS, THROUGH THEIR COUNSEL, HAVE ACCEPTED SERVICE OF PLAINTIFF'S COMPLAINT ON SEPT 5, 2016;

(2) PLAINTIFF BELIEVES HE HAS SUFFERED ENOUGH THROUGH THE ACTIONS OF THE MAINE STATE PRISON & MAINE DEPT. OF CORRECTIONS ELITE AUTHORITIES;

(3) Therefore, he moves to amend by simply striking (removing) paragraph B(3) on page 10 of Plaintiff's 12 page verified complaint for damages & injunctive relief;

(4) PLAINTIFF STATES THAT HE DOES

NOT MAKE THIS PROPOSED RETRACTION IN BAD FAITH OR WITH DILATORY MOTIVE AND HE BELIEVES THIS RETRACTION WILL NOT IN ANY WAY PREJUDICE, HARM OR HINDER THE DEFENDANTS OR THEIR RESPONSE;

(5) PLAINTIFF BELIEVES THIS HONORABLE COURT SHOULD GRANT LEAVE FREELY TO AMEND A COMPLAINT. FOMAN v. DAVIS, 371 U.S. 178, 182-83, 83 SCT. 227 (1962), WILLIAMS V. CARGILL, INC., 159 F.Supp 2d 984, 997-98 (S.D. OHIO 2001).

DATED: SEPT. 16, 2016.

Respectfully,

JOHN JAY CONDON, pro se
#148840 2739 GALL BLVD.
ZEPHYRHILLS, FLA 33541

— Certificate of Service —

I HEREBY CERTIFY THAT, ON THIS DATE, I CAUSED ONE COPY OF THIS FILING TO BE SERVED UPON COUNSEL FOR THE DEFENDANTS, DIANE SLEEK, AAG. OFFICE OF THE ATTORNEY GENERAL - SIX STATE HOUSE STATION, AUGUSTA, ME 04333, BY HAVING THE SAME DEPOSITED IN THE U.S. MAIL, POSTAGE PREPAID.

DATED: SEPT 16, 2016

John Condon
pro se