John Condon
#148840 · 2739 Gall Blvd.
Zephyr Hills Corr. Inst.
Zephyr Hills, FLA 33541

MAILED FROM A CORRECTIONAL INSTITUTION

US DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2016 SEP 19 P 2:27

Christa K Berry
DEPUTY CLERK

USMS

— Office of The Clerk —
United States District Court
202 Harlow Street
Bangor, Maine  04401