UNITED STATES DISTRICT COURT
— DISTRICT of MAINE —

John Jay Condon,
   Plaintiff,

v.

Rodney Bouffard, et al.,
   Defendants.

Civil No.:
16-372-JAW

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2016 OCT 24 P 3:34
BY _____
DEPUTY CLERK

## Motion for Extension of Time

Now comes the plaintiff pro se, John J. Condon, who pursuant to Rule 6(d) F.R.Civ.P., moves this Court to extend the time for the plaintiff to file his opposition to Defendants' Motion to Dismiss and he states the following:

1. Plaintiff is currently incarcerated at Zephyrhills Corr. Inst., 2739 Gall Blvd., Zephyrhills, Fla. 33541 — over 1,000 miles away from this Honor-

ABLE COURT,

2. It takes approx. seven days to receive a letter from Maine and takes approx. seven days to get a post back to Maine;

3. Defendants filed their motion to Dismiss on Oct. 11, 2016;

4. Plaintiff rec'd this motion on Oct. 17, 2016;

5. Out of the 21 days plaintiff has by rule to file his opposition (11/1/16), approx. 14 days are tied-up in the U.S. Mail Service;

6. Wherefore, considering the above and fact that plaintiff pro se, (who has done 35 straight years in prison,¹) is not legally trained

¹ Plaintiff will be 69 yrs. old in November

AND IS AT A SEVERE DISTANCE DISADVANTAGE AS WELL AS A SEVERE TECHNOLOGICAL DISADVANTAGE,[2] He prays This Court GRANT Him A 20-(TWENTY) DAY EXT. of TIME TO Nov. 21, 2016, in which To file his OPPOSITION MOTION.

DATED: Oct. 18, 2016          John J. Condon
                              #248840
                              Pro Se

## CERTIFICATE of SERVICE:

I HEREBY CERTIFY THAT, ON THIS DATE, I CAUSED AN IDENTICAL COPY of This filing To BE SERVED Upon DIANE SLEEK, AAG, OFFICE of The Atty. Gen. Six ST.-HSE. Station Augusta, ME. 04333, By HAVING The Same DEPOSITED IN The U.S. MAIL, POSTAGE PREPAID.

DATED: Oct 18, 2016          JJC

---

[2] PLAINTIFF HAS NO ACCESS TO A TYPEWRITER AT ALL AND TO GET HIS PLEADINGS TYPED-UP BY INMATE LAW CLERK, THERE IS A 10th DAY WAITING PERIOD.