Christa K. Berry
Office of The Clerk
United States District Court
202 Harlow St.
Bangor, ME 04401

10/18/16

RE: John Condon
R. Bouffard, et al.

Cv. # 16-372-JAW

Dear Ms. Berry:

Please find enck'd the Plaintiff's Motion for an Extension of Time in the above matter.

Thank you.

Respectfully,

John J. Condon
#1148840