John Condon
#148840
ZCI. 2739 GALL BLVD.
Zephyr Hills FIA 33541

MAILED FROM A
CORRECTIONAL
INSTITUTION
FM 7 L

USMS
ME

U.S. POSTAGE
ZIP 33541
02 1W
00013944
FOREVER
USA

Christa K. Berry
Office of The Clerk
U.S. District Court
202 Harlow St.
Bangor, ME 04401