(5)

APENDIX A

```
                                                                              11/14/2014
                              FLORIDA DEPARTMENT OF CORRECTIONS                 PAGE:  1
ISS0250                        REPORT OF CLOSE MANAGEMENT, DC6-233C
ISS 25                                 ** INMATE NOTICE **

                                                                          : 99/98/9999
                                                       EXT.STA : ACTIVE   TRD
                                                                          TEAM   : 07
 DC#          : 148840    NAME    : CONDON, JOHN C.    CUSTODY  :     ??
                          CUR.LOC: R.M.C.- MAIN UNIT                      INTERNAL STATUS: AC - PEND CM EVAL
 W/M                      WK.ASG.: CONFINEMENT-ADMIN/OTHER   BED  : K1201L
 PROCESS TYPE: REFERRAL                                      #CAT I DR: 0   LAST CAT I DR  :
 TOT #DR    :   0         #DR PER: N/A
```

---

*** SECTION I. REFERRAL FOR ASSIGNMENT TO CLOSE MANAGEMENT

  DATE OF REFERRAL:  11/14/2014    TIME:  15:01    FACILITY:  R.M.C.- MAIN UNIT

  REFERRAL BY:       ANDREWS, RICHARD J.
  STAFF ASSAULT CONV: NO

*CLO RECOMMENDATION: REC. FOR CM II
*BASIS:
 AN ACT OR ACTS IN THE COMMUNITY, DURING OTHER PERIODS OF CONFINEMENT, OR ANY CIRCUMSTANCES ASSOCIATED WITH THE CURRENT
 PERIOD OF INCARCERATION SUCH THAT SAFETY, SECURITY, AND PUBLIC SAFETY CONCERNS SUGGEST FURTHER REVIEW PRIOR TO PLACEMENT
 IN OPEN POPULATION.
*RECOMMENDATION COMMENTS:
 INMATE CONDON, JOHN DC#148840 IS BEING RECOMMENDED FOR CM II PER CHAPTER 33-601.800 (2)(B)2-A (SEE ABOVE BASIS.) CONDON
 WAS GAINED TO RMC AS AN INTERSTATE COMPACT (ISC) INMATE FROM THE MAINE DOC WHERE HE WAS IN A SEGREGATED STATUS IN WHICH
 DOCUMENTATION REFLECTS THAT THIS WAS DUE TO HIS RECENT THREATS MADE TO STAFF AND ANOTHER INMATE WITHIN THE PAST YEAR AND
 HE WAS ALSO CLASSIFIED AS MAXIMUM CUSTODY. CONDON IS CURRENTLY SERVING A LIFE SENTENCE FOR THREE MURDER COUNTS IN WHICH
 HE WAS CONVICTED OF KILLING HIS SISTER, HER HUSBAND, AND THEIR ADOPTIVE SON IN 1981. ACCORDING TO MAINE DOCUMENTATION
 HE IS CONSIDERED A MANAGEMENT PROBLEM DUE TO ASSAULTIVE BEHAVIOR TOWARDS STAFF AND OTHER INMATES. DOCUMENTATION RECEIVED
 ALSO STATES THAT CONDON HAS A HISTORY OF TWICE ESCAPING FROM MENTAL HEALTH FACILITIES AND HE IS SUSPECTED OF BEING RESPONSIBLE
 FOR THE DEATH OF ANOTHER INMATE WHILE HE WAS INCARCERATED WITH THE FEDERAL BUREAU OF PRISONS. DUE AT THIS TIME TO THE
 SERIOUS NATURE OF CONDON'S MANAGEMENT NEEDS IN FLORIDA DOC COMING FROM ANOTHER STATE WHERE HE WAS IN SEGREGATED STATUS,
 A RECOMMENDATION FOR PLACEMENT IN CLOSE MANAGEMENT II STATUS IS APPROPRIATE FOR A PERIOD OF MONITORING PRIOR TO PLACEMENT
 IN GENERAL POPULATION. IT SHOULD BE NOTED THAT HE HAS NO CONVICTIONS FOR ASSAULT/BATTERY ON CORRECTIONAL STAFF, BUT HE
 HAS SEVERAL ARRESTS FOR CRIMES OF VIOLENCE.

---

*** SECTION II. NOTICE OF CLOSE MANAGEMENT REVIEW

  YOU ARE HEREBY NOTIFIED THAT YOU SHALL RECEIVE A REVIEW BY THE INSTITUTIONAL CLASSIFICATION TEAM NO EARLIER THAN 48 HOURS
  FROM THE TIME THIS NOTICE IS DELIVERED. YOU ARE PERMITTED TO SUBMIT INFORMATION TO THE TEAM VERBALLY OR IN WRITING
  REGARDING THE CONSIDERATION OF PLACEMENT ON CLOSE MANAGEMENT STATUS.

  NOTICE DELIVERED BY: _[signature]_           DATE: 11/17/14   TIME: 0804