**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

CONDON, John J.  148840  RMC-Lake Butler
Last  First  Middle Initial  DC Number  Institution

15-6-01245

**Part A – Inmate Grievance**

I've supplied you with truthful statements re: the criteria Maine sent you about me. Criteria that is 20-30-40(!) years old! There is (NO) evidence of my guilt or innocence of the allegations of "threatening" a staff member or an inmate. Because.. I was under investigation for that, right up to the time I was transferred here - (see attachments A-F)

The evidence of "guilt" on the threatening allegation/investigation that Maine supplied is just a blanket statement with:

NO EVIDENCE OF GUILT.

Please show (me) any disciplinary report I was convicted of in Maine!, please.

My position is this: I have NEVER BEEN Convicted of a D.R. in Maine... Therefore I do not meet the requirements of: Chapter 33 FAC (33) - 601.800(2)(B) 2-A

CM III is a more appropriate venue.

Jan 1st 2015
DATE

SIGNATURE OF GRIEVANT AND D.C. #
#148840

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___/___
# / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 1/5/15 (Date)  Institutional Mailing Log #: 209-0400

(Received By)

209
02C
14/12-209-023

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)  Incorporated by Reference in Rule 33-103.006, F.A.C.