APPENDIX B2

## PART B - RESPONSE

| CONDON, JOHN | 148840 | 1412-209-023 | R.M.C.- MAIN UNIT | K3110L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your formal grievance has been received, reviewed and responded to. You have requested reconsideration of your placement in CM II status. However you have not sufficiently supplied evidence as to why the recommendation for CM is in error and thus unjustified. Your grievance is hereby denied. You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form and providing attachments as required by 33-103.007, and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 S. Calhoun Street, Tallahassee, Florida, 32399-2500.

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE 12-17-14

Mailed 12-17-14

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst /Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding