| MDOC#: | 2425 | | APPENDIX C | State of Maine |
|---|---|---|---|---|
| Client Name: | CONDON, JOHN Nmn | | | Department of Corrections |
| Housing Level: | Housing Level not found | | | Trust Account Statement |

| | | | | |
|---|---|---|---|---|
| Run Date: | 12/15/2014 | Current Total Balance: | | $3.01 |
| Facility: | Maine State Prison | Available Trust: | | $0.00 |
| Date of Birth: | 11/19/1947 | Available Phone: | | $3.01 |
| Account Activity from: | 12/14/2014 - 12/15/2014 | Available DHHS: | | $0.00 |
| Prisoner/Resident Phone Allowance Date: | | Other Funds: | | $0.00 |
| Other Funds: | | | Savings: | $0.00 |
| | Trust Frozen: $0.00 | Phone Held Funds: | $0.00 | |
| | Trust Held: $0.00 | DHHS Held Funds: | $0.00 | |

| Date | Transaction | Received From/Paid To | Reference | Amount | Phone Available | Trust Available |
|---|---|---|---|---|---|---|
| 12/14/2014 | Begin Balance | | | | $3.01 | $1,983.91 |
| 12/15/2014 | W/D Postage | Treasurer of State | | ($156.76) | | $1,827.15 |
| 12/15/2014 | W/D General | Payer | | ($1,827.15) | | $0.00 |