APPENDIX D (3)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST** 12/30/14

AWP-14-1489 — Informal Grievance —

Mail Number: ___
Team Number: 07
Institution: RMC-Butler

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ ~~Classification~~ ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other PROPERTY |

FROM: Inmate Name: JOHN CONDON | DC Number: 148840 | Quarters: K-3112 | Job Assignment: X | Date: 12/27/14

REQUEST **INFORMAL GRIEVANCE** Check here if this is an informal grievance ☑

ON 12/24/14 I REC'D IN THE MAIL A PINK COPY OF FORM DC6-220 "INMATE IMPOUNDED PERSONAL PROPERTY LIST" MADE OUT THAT SAME DAY.

I AM A RECENT INTERSTATE CORR. COMPACT (ICC) PRISONER FROM THE STATE OF MAINE NOW CLASSIFIED BY FLA. AS A CM II INMATE. THIS INVENTORIED PROPERTY IS MY PERSONAL PROPERTY AT MAINE ST. PRISON (MSP) WHICH WAS JUST MAILED DOWN HERE AT MY EXPENSE ($156.76)

(1) I WAS NOT PRESENT WHEN MY (SEE ATTACHMENT →)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

Your informal grievance has been received, reviewed, and is being returned denied. RMC Property Room staff has received a letter from you concerning the property you are not allowed to retain while in Florida Department Of Corrections. The items marked with as contraband on your recent DC6-220 are the items that will be mailed home at your expense, per the letter you submitted to the property room. A response has been forwarded to you regarding the issue of your property that is to be mailed out. The items that were marked with a (k) or (s) will remain in the property room until you submit an inmate request asking for your allowable property or until you transfer. Based on the above stated facts you grievance is denied. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day

1/8/15

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ Date: 1/8/15

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.