## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CLOSE MANAGEMENT HOUSING UNIT INSTRUCTIONS

In addition to Florida Administrative Code (F.A.C.) Chapter 33 and FDC Procedures you will be expected to comply with these instructions. Failure to comply may result in the loss/suspension of privileges and/or disciplinary action. Your acknowledgment and compliance with these instructions will be an indication of positive adjustment and a benefit to you. Should you have any questions contact a staff member within your unit for clarification. F.A.C. Chapter 33 and FDC Procedures are available for checkout in each unit. Items checked out must be returned on the same shift as issued. Inmates will be responsible for lost or damaged items they have checked out.

1. Inmates will follow all orders given by an employee at all times.

2. Inmates are to conduct themselves in a quiet and orderly manner at all times. There will be no yelling or loud talking from cell to cell or out of windows to inmates or staff. Additionally, there will be no talking during counts or after lights out. Inmates are not permitted to yell to staff members to gain their attention unless there is a true emergency.

3. Inmates are not permitted to talk or in anyway attempt to communicate with other inmates while being escorted outside of their cell. This includes, but is not limited to, showers/haircuts, recreation, hearings, call-outs/appointments, and work/education assignments.

4. Inmates are not permitted to communicate or attempt to communicate to anyone outside of the housing unit to include those times when inmates are escorted outside the unit to participate in outdoor recreation, work details or call-outs/appointments. Any form of unauthorized communication to others (staff, visitors or inmates) outside the unit in any manner is strictly prohibited.

5. You are required to wear a Class "B" uniform from 7:00AM – 4:00 PM, Monday - Friday. The Class "B" uniform consists of tee shirt, blue pants or personal shorts (if you currently possess them). Anytime an inmate departs their cell they are to be dressed in a Class A uniform, including approved footwear, unless directed otherwise by staff.

6. Bunks will be made each morning at 7:00 a. m., excluding weekends and holidays, with a six (6) inch white collar and will remain in this fashion until 4:00 p.m. Any time an inmate departs his/her cell on weekends or holidays the bunk will be made before departing the cell.

7. Inmates are to remain quiet when any staff member enters the wing. When a staff member passes by your cell, you may address staff at that time.

8. Inmates are not permitted to stand on toilets, sinks or bunks.

9. Mattresses, sheets, blankets, pillows/pillow cases and towels will not be placed on the floor at anytime.

10. Inmates will perform scheduled cleaning of their cells as directed by staff and will be responsible for keeping cells clean and orderly at all times. Inmates will not write on or in any manner deface cell walls, windows, floors, ceilings, doors/bars or any fixtures. No items are to be attached or affixed to any area within the cells.

11. Inmates are not permitted to throw any trash out of their cells. Trash will be collected during scheduled cell cleaning and after the completion of each meal.

12. All state property will be returned in the same condition as when issued.

13. Inmates are not to pass any items from cell to cell or to any other inmate to include personal and/or state property. The manufacture, possession or use of a rope or "fishing line" is prohibited.