4/15

APPENDIX F

Mr. Condon:

My Office didn't intercept a money order made out to you by anybody.

I don't know what is the problem with your money order, maybe it is because you stated that came either from one or other (Ms. Burr or Ms. Tansino).

I am not aware of any pending investigations that your are involved either

Lt. Lidia Burnham

REC'D 4/15/14 CU

WITNESSED BY: Officer ANTKOWSKI Sacc