APPENDIX G

# COMMISSIONER'S SIX MONTHLY REVIEW OF ADMINISTRATIVE SEGREGATION STATUS

TO: Commissioner, Department of Corrections

FROM: <u>Deputy Warden Troy Ross</u>
Warden, Superintendent, or Designee ☒ MSP ☐ MCC

RE: Prisoner <u>Condon, J</u> MDOC # <u>2425</u>

The above named prisoner has been on administrative segregation status for the past six (6) months. Approval is requested to retain the prisoner on Administrative Segregation Status because:

☐ The prisoner's behavior may constitute an escape risk if in a less restrictive status, specifically, _____

☒ The prisoner's behavior may pose a threat to the safety of others if in a less restrictive status, specifically, <u>Investigation by IPS for possible threats towards staff.</u>

☐ The prisoner's behavior may pose a threat to his/her own safety, if in a less restrictive status, specifically, _____

☐ There may be a threat to the safety of the prisoner, if in a less restrictive status, specifically, _____

DECISION: ☒ APPROVED ☐ DENIED REASON: _____

_Joseph Fitzpatrick_
Signature, Commissioner

DATE AND TIME DECISION RECEIVED AT FACILITY: 9-5-74 12:00hrs

DECISION RECEIVED AT FACILITY BY: _____
Printed Name / Signature

ATTACHMENT I
COMMISSIONER'S SIX MONTHLY REVIEW OF
ADMINISTRATIVE SEGREGATION STATUS

DOC FORM 15.1(A) 08/25/12