APPENDIX H

## MAINE DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: **Sgt. M Burns / CO Staples**    Date: **3-27-14**    Place: **SMU**

Prisoner: **Condon, J.**    MDOC: **2425**

**3rd**

I. Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

    IPS investigation.

Prisoner in attendance at review? ☒ Yes ☐ No   If not, reason: _____

II. Prisoner's Statement

    WOULD LIKE TO GO TO POPULATION - EVEN C-POD -

☐ Attachment(s) (specify): _____

III. Unit Management Team's Decision and its Reason(s)

☒ Remove from administrative segregation status
☐ Retain on administrative segregation status

Reason(s): HAS NOT BEEN AN ISSUE IN THE SMU. WOULD RATHER BE LOCKED DOWN IN POPULATION. SMU COULD USE THE CELL HE IS IN.

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on **3-27-14** at **0845**
    Date / Time

V. Prisoner informed of his/her right to appeal: ☒ Waived right  ☐ Did not waive right

Signature of Prisoner _John Condon_   Date **3-27-14**

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Burns RB_   Date **3/27/14**

VI. Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____   Date **3-27-14**

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES    DOC FORM    A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
Original to: Unit Manager