MSP·SMU  |APPENDIX I|

Jody Breton                                    Oct. 16, 2014
Deputy Commissioner
M.D.O.C.

    RE: John Condon # 2425

Jody:

    The guy who cells across from me, David Fleming, (just) got pulled out to see (you), Warden Bouffard and Dep. Warden Ross, et al.

    I just asked you in my letter of Oct 6, 2014, that if you came down to MSP, would you please talk w/ me. Didn't I??

    I've requested as much from Warden Bouffard for six long months. Nada from him.

    So what's going on? What am I supposed to think?? A silent conspiracy? Just bury me down here never giving me a chance to face my accusers? To defend myself??

    What kind of justice do you people run around here? 228 days and no ultimate decision maker on my status is man enough or woman enough to talk w/ me — to "hear"

what I have to say... MY SIDE OF THE STORY. NOT EVEN 10 minutes??

INSTEAD, orders are given to subordinates to **KEEP** me in SMU and put me thru the hollow formality of meaningless reviews which I, in turn, can "Appeal" directly back to the conspirators (or their headless "designees") who drift further back into the shadows (and who are the one(s) who ordered the placement in the 1st place)

Did any of you take an oath of office? Are you at all familiar with "Due Process"?

You all have subtly, & conspiratorily, denied me the most fundamental right of Due Process: "A meaningful opportunity to be heard" see PARATT V. TAYLOR, 451 U.S 527, 540 (1981).

I keep telling myself: sometime, somewhere... I am going to be heard.

You all just disappoint and frustrate the hell out of me. It's shameful, purely shameful. Not one of you will face me head on, not a one of you. That's pathetic... & also illegal... & demoralizing as hell.

cc: Comm. Fitzpatrick

Diane Sleek, AAG
Janet Mills, A.G.
file

Respectfully,

—JOHN CONDON

2