APPENDIX J



STATE OF MAINE
DEPARTMENT OF CORRECTIONS
111 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0111

PAUL R. LEPAGE
GOVERNOR

DR. JOSEPH FITZPATRICK
COMMISSIONER

September 30, 2014

Mr. John Condon #2425
Maine State Prison
807 Cushing Road
Warren, ME 04864

Dear Mr. Condon:

I am in receipt of your letter dated September 20, 2014.

Policy 15.1 Administrative Segregation status does say Commissioner or Designee. I was designated by Commissioner Ponte and Commissioner Fitzpatrick.

I signed your six month review in the Warden's office after a discussion about whether or not he (the Warden) still believes you are a serious threat. I take the Warden's opinion very seriously and did sign to continue your ad-seg status.

Respectfully,

Jody L. Breton

Jody L. Breton, Deputy Commissioner

c/     Rod Bouffard, Warden
       Diane Sleek, AAG

PHONE: (207) 287-2711     (TTY) Maine Relay 711     FAX: (207) 287-4370