*APPENDIX K.*

**Telephone.** Violating telephone rules. Class B.

**Test, Refusing to Take Alcohol Test.** Refusing or failing to take an alcohol test, refusing or failing to provide an adequate specimen, tampering with the specimen, or refusing or failing to follow instructions for providing an adequate and uncontaminated specimen. Class A.

**Test, Refusing to Take Drug Test.** Refusing or failing to take a drug test, refusing or failing to provide an adequate specimen, tampering with the specimen, or refusing or failing to follow instructions for providing an adequate and uncontaminated specimen. Class A.

**Theft (More than $25).** Theft of the property of another party, where the value of such property is greater than $25.00. Class A.

**Theft ($25 or less).** Theft of the property of another party, where the value of such property is $25.00 or less. Class B.

**Threatening.** Threatening to strike or otherwise injure another individual, to include direct or indirect communication. Class B.

**Throwing.** Throwing any object or substance. Class B.

**Trafficking.** Trafficking of a drug, regardless of whether or not prescribed to the prisoner, or possession or use of a prescription drug not prescribed to the prisoner by the facility healthcare staff, or possession or use of a non-prescribed scheduled drug of the W, X, Y classification, or related paraphernalia, as defined by 17-A M.R.S.A. Class A.

**Trafficking Marijuana.** Trafficking, possession or use of a non-prescribed Schedule Z substance or related paraphernalia (marijuana or its derivatives and paraphernalia related to its use). Class A.

**Under the Influence or Taking of Substance.** Drinking, sniffing, ingesting, or otherwise taking and/or being under the influence of any alcoholic, chemical, or medicinal substance, other than one prescribed to the prisoner by facility healthcare staff. Class A.

**Visiting.** Violating visiting rules. Class B.

**Waste (More than $10).** Waste, misuse, or negligent destruction of State property with a value in excess of $10.00. Class C.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 20.1 Prisoner Discipline | 20. Prisoner Discipline | Page 21 of 25 4/15/13R |