APPENDIX K

N/A

6. Non-contact visitation may be required by the Chief Administrative Officer for a prisoner who is found guilty of a disciplinary drug or tobacco violation (Test, Refusing to Take Drug Test; Trafficking; Trafficking Marijuana; Under the Influence or Taking of Substance {other than an alcoholic substance}; Smoking) or found guilty of a criminal violation of Trafficking in Prison Contraband or Trafficking in Tobacco. Such a restriction may be imposed for either a definite or indefinite period of time.

N/A

7. A prisoner found guilty of a Class A or B disciplinary violation shall be required to dispose of all grandfathered personal property within thirty (30) days by one of the pre-approved disposition methods for non-allowable property (mailing the property out at the prisoner's expense, sending the property out with a visitor, or donating the property to the facility for disposition).

8. The following are the standard punishments that may be imposed upon a finding of guilt of a violation.

### Class A Dispositions:

N/A

1. Disciplinary segregation or disciplinary restriction or both, up to a total of thirty (30) days.

2. Loss of good time or deductions, up to thirty (30) days.

3. Loss of privileges for no more than thirty (30) days.

4. Assignment of extra work in lieu of recreation for no more than thirty (30) days.

5. Monetary sanction, up to $100.00.

6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).

7. Counseling/verbal reprimand/warning.

8. Any combination of the above.

### Class B Dispositions:

※

1. Disciplinary segregation or disciplinary restriction or both, up to a total of twenty (20) days.

2. Loss of good time or deductions, up to twenty (20) days.

3. Loss of privileges for no more than twenty (20) days.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 20.1  Prisoner Discipline | 20.  Prisoner Discipline | Page 13 of 25<br>4/15/13R |

(CONT.) →

(CONTINUED CLASS B' DISPOSITIONS —) APPENDIX K,

4. Assignment of extra work in lieu of recreation for no more than twenty (20) days.

5. Monetary sanction, up to $75.00.

6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).

7. Counseling/verbal reprimand/warning.

8. Any combination of the above.

**Class C Dispositions:**

N/A

1. Disciplinary segregation or disciplinary restriction or both, up to a total of ten (10) days.

2. Loss of good time or deductions, up to ten (10) days.

3. Loss of privileges for no more than ten (10) days.

4. Assignment of extra work in lieu of recreation for no more than ten (10) days.

5. Monetary sanction, up to $50.00.

6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).

7. Counseling/verbal reprimand/warning.

8. Any combination of the above.

**Class D Dispositions:**

N/A

1. Disciplinary segregation or disciplinary restriction or both, up to a total of five (5) days.

2. Loss of good time or deductions, up to five (5) days.

3. Loss of privileges for no more than five (5) days.

4. Assignment of extra work in lieu of recreation for no more than five (5) days.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 20.1 Prisoner Discipline | 20. Prisoner Discipline | Page 14 of 25 4/15/13R |

2