STATE OF MAINE

APPENDIX L
7/28/14

SUPERIOR COURT
KNOX, ss.
ROCSC-CV-2014-00037

JOHN CONDON - PLAINTIFF
v.
DEPARTMENT OF CORRECTIONS - DEFENDANT
J FITZPATRICK - DEFENDANT
RODNEY BOUFFARD - DEFENDANT
MIKE TAUSEK - DEFENDANT
TROY ROSS - DEFENDANT
WENDALL ATKINSON - DEFENDANT

JOHN CONDON - PLAINTIFF
MAINE STATE PRISON #2425
807 CUSHING ROAD
WARREN ME 04864

**CASE FILE NOTICE**

Your complaint was filed on 07/21/2014. The docket number listed above must appear on all further papers filed in this case.

A Scheduling Order will be issued by the court when all answers have been filed or the time to answer has expired pursuant to M.R.Civ.P. Rule 3 or 12(a).

Date: 07/28/2014

_____
Clerk

STATE OF MAINE

1        07/29/2014       7     CK

ROCSC-CV-2014-00037
JOHN CONDON VS DEPARTMENT OF
CORRECTIONS ETAL

| AMOUNT TENDERED | $ 150.00 |
| AMOUNT APPLIED  | $ 150.00 |
| CHANGE DUE      | $ 0.00   |
| Bal due on case: | $ 0.00  |

Civil Action Entry.......... .$150.00

Retain Receipt for your records

4681      07/28/2014      tid/4681

je 1 of 1