*Appendix N*

STATE OF MAINE  
KNOX, SS.

SUPERIOR COURT  
CIVIL ACTION  
Docket No. AP-2014-23

JOHN CONDON, )
      Petitioner, )
)
)
v. )    **ORDER OF DISMISSAL**
)
)
MAINE DEPARTMENT OF )
CORRECTIONS, )
      Respondent. )

    The Petitioner has moved to voluntarily dismiss the petition without prejudice and the Respondent does not object. Therefore, it is ORDERED that this matter is dismissed without prejudice or costs to any party.

    All pending motions are therefore MOOT.

    The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: April 21, 2015

                                        JUSTICE, MAINE SUPERIOR COURT