UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 16-372-JAW |
| ) | |
| RODNEY BOUFFARD, et al. ) | |
| ) | |
| Defendants ) | |

MOTION FOR EXTENSION OF TIME

The defendants hereby request an extension of time to file their reply to the plaintiff's opposition to their motion to dismiss. The plaintiff filed his opposition on November 21, 2016. The reply is thus due on December 5, 2016. The defendants' counsel has been involved in preparing for and participating in depositions in another case this week. Tomorrow begins the four day Thanksgiving holiday for State of Maine employees. Defendants' counsel will be involved in preparing for and participating in a deposition for the other case again next week, as well as preparing a brief in a state court case. The plaintiff's opposition is lengthy and includes numerous attachments. As a result of all these factors, the defendants will not be able to meet the current reply deadline. Therefore, they request a two week extension, until December 19, 2016.

Dated: November 23, 2016

/s/ Diane Sleek
DIANE SLEEK, AAG
Office of Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused one copy of this filing to be served upon John Jay Condon, Zephyrhills Correctional Institute, 2739 Gall Blvd., Zephyrhills, FL 33541, by having the same deposited in the United States Mail, postage prepaid.

Dated:  November 23, 2016                         /s/ Diane E. Sleek
                                                  DIANE E. SLEEK, AAG