Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 JAN 17 P 2 55
BY _____
DEPUTY CLERK

Re: John Jay Conson,    Civil No.
         Plaintiff      16-372-JAW
  Vs
  Rodney Bouffard, et al.,
         Defendants

Dear Clerk:

I am being transferred to The Medical Center at Lake Butler, Florida for an operation.

I may be up there for a couple of months. Please forward all correspondence to:

John J. Conson
#148840
RMC / Lake Butler
P.O. Box 628
Lake Butler, FLA 32054

cc: Diane Sleek, AAG
    file

Respectfully,

[signature]