John Conlan
#148840
ZCI - 2739 Gall Blvd.
Zephyr Hills, FLA 33541

Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

MAILED FROM A CORRECTIONAL INSTITUTION
USMS