Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04101

1/22/17

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 JAN 27 P 1:53
BY_____
DEPUTY CLERK

Re: Condon vs. Bouffard, et al
Civil # 16-372-JAW

Dear Clerk of Court:

My correct address here at the Receiving & Medical Center is:

John Condon
# 148840
RMC / West Unit
P.O. Box 628
Lake Butler, FLA 32054

I should be here for 60+ days (hospital operation).

As a gentle reminder, U.S. Mail takes approximately seven days to reach me here from Maine & same on the way back.

Thank You

cc: Diane Sleek, AAG
       f/tc

Respectfully,
[signature]