John Condon
#148840
RMC/West Unit
P.O. Box 628
Lake Butler, FLA 32054

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 JAN 27 P 1:53
BY _____ DEPUTY CLERK

Clerk of The Court
United States District Court
District of Maine
202 Harlow St
Bangor, Maine 04101