F

UNITED STATES DISTRICT COURT
DISTRICT of MAINE

U.S. DISTRICT COURT
RECEPTION AND MEDICAL CENTER
RECEIVED AND FILED
DATE 2/9/17
INMATE INITIALS
2017 FEB 15 P 3:45
DEPUTY CLERK

JOHN JAY CONDON,
plaintiff

VS

RODNEY BOUFFARD, et al.
Defendants.

Civil No.
16-372-JAW

x

# Motion for Appointment of Counsel

x

Plaintiff Pro Se Condon is a Maine State Prisoner currently in the Custody of The Florida Department of Corrections (F.D.O.C.) after a forced transfer there by the Maine Department of Corrections (MDOC) on October 27, 2014. Plaintiff has filed with This Court a Section 1983 Civil Rights Suit against three MDOC officials arising from his forced segregation in both states for a duration of 673 days in which he alleges these three Defendants are ultimately responsible for.

Plaintiff Condon adamantly maintains these three Defendants blatantly violated his First, Eighth and Fourteenth Amendments to the United States Constitution.

The Court completed its preliminary review on August 9, 2016, and ordered the Complaint to be served. The Defendants, through counsel, responded with a Motion to Dismiss on October 11, 2016. Condon filed an opposition to that Motion on November 21, 2016. Defendants followed with a Reply on December 19, 2016.

Plaintiff Condon pro se respectfully requests this Court to appoint counsel to help represent himself in this case* for the following reasons:

(1) Plaintiff has been transferred by the Defendants over 1,000 miles away from the site where this action arose;

(2) The U.S. Mail takes seven days for a post from Maine to reach Plaintiff and a similar time for Condon's documents to reach this Honorable Court;

(3) Discovery issues and other important documents Plaintiff will seek out reside over 1,000 miles away;

(4) The issues and general protocol in this case will certainly become too

---

* Plaintiff prays this Court will appoint professional counsel to take a leading role here all the while Condon maintains control in a subordinate co-counsel position.

Complex for the Non-Legal Trained Plaintiff;

(5) Plaintiff did pay this Court's filing fee of $350.00; but exhausted his funds in doing so and cannot afford a private attorney; and

(6) Plaintiff has previously written several attorneys along with a nine page letter to the Portland, Maine, A.C.L.U. outlining his case but received no responses.

Wherefore, this Honorable Court should appoint an attorney to take a lead position in assisting the plaintiff pro se in this case.

Dated this 7th day of February, 2017

Respectfully Submitted,

[signature]

John J. Condon
#148840
RMC/West Unit
PO Box 628
Lake Butler, FLA 32054

Plaintiff has no access to typewriters or white-out at RMC/Lake Butler

F

# Certificate of Service

I Hereby Certify That, on This Date, I Caused one Copy of This filing to Be Served upon Diane Sleek, AAG. Office of The Attorney General, Six State House Station, Augusta, Maine 04333, By Having The Same Deposited in The United States Mail, postage prepaid.

Dated February 7th, 2017

John J Conson
pro se
#148840