United States District Court
— District of Maine

John Jay Conson,
    Plaintiff,

Vs.

Rodney Bouffard, et al.,
    Defendants.

Civil No.
16-372-JAW

RECEPTION AND MEDICAL CENTER
DATE 2/7/17
INMATE INITIALS JC

— Declaration in Support of
Motion for Appointment of Counsel —

John Jay Conson States:

(1) I am the Plaintiff in the above titled case and I make this Declaration in support of my motion for Lead Counsel.

(2) The Complaint in this case alleges the Defendants:

    (a) Violates a Number of Plaintiff Conson's U.S. Constitutional Rights better explained and clarified in pro se Conson's November 21st 2016, "Opposition to (Defendant's) Motion to Dismiss." These violations, inclusive of the false statements regarding Conson's behavior directed to the Classification Committee of the Florida Department of Corrections, resulted in Conson's segregation for 673 days in various high security ten foot by six foot prison cells under disciplinary segregation conditions;

    (b) Acted in excess of statutory

authority while ignoring their own policy statements covering the administrative segregation of Maine State Prison inmates;

(c) Made conclusions of Condon's guilt (to an allegation Condon was still under "investigation" for) to the F.D.O.C. based upon unlawful procedure;

(d) Were affected by bias against Condon in that they treated him radically different than other Maine State prisoners similarly situated; and

(e) Acted arbitrarily, capriciously and with an abuse of discretion towards Plaintiff Condon while maintaining an "air" of conceited unconcern regarding Condon's constitutional rights.

(3) This case will require discovery of documents and possible depositions of several witnesses.

(4) Condon has demanded a trial by jury in this action he's taken.

(5) Plaintiff has no legal training.

(6) Plaintiff has scant ability and resources, aside from the documents he managed to salvage, to investigate the facts here in that he was forcibly transferred over 1,000 miles from Maine.

(7) As set forth in the Memorandum of Law accompanying this motion and other documents Plaintiff Condon has filed with this Honorable Court to date,

These facts, presented in alliance with the legal merit of plaintiff's claims, support the appointment of counsel to assist Conson in presenting his case.

Wherefore, Plaintiff respectfully pleads that his motion be granted.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 7th Day of February, 2017.

*[signature]*

John J. Conson
#148840
RMC West Unit
PO Box 628
Lake Butler, FLA 32054