John Condon
#148840
RMC/West Unit
PO Box 628
Lake Butler, FLA 32054

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 FEB 15 P 2:43
BY _____ DEPUTY CLERK

Clerk of the Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013