United States District Court
District of Maine

John Jay Condon,
 Plaintiff,     Civ. No 16-372-JAW
v.
Rodney Bouffard, et al.,
 Defendants.

Point(s) of Clarification

Now comes plaintiff Condon, pro se, responding in part, to this court's February 17th 2017, Report and Recommended Decision received by plaintiff in Florida on February 23, 2017:

(1) Plaintiff has no objections to the courts decision;

(2) Plaintiff desires to clarify certain (dates and) locations he failed to be more specific about within his previous filings with this court;

(3) Plaintiff trusts the following changes suggested will help clear up any confusion where plaintiff found himself (and at what times) since his departure from Maine State Prison (MSP) on October 28, 2014;

(a) Plaintiff left MSP on 10/28/14;

(b) He arrived at the Receiving and Medical Center (RMC) of the Florida Department of Corrections (FDOC) at Lake Butler, Florida, on 11/1/14;

(c) He was placed (housed) in the Administrative Segregation Unit;

(d) Plaintiff Condon was classified on 11/26/14 and sentenced to one year at a Close Management (CM) Unit based upon information the classification team received from Maine;

(e) He was transferred on or about 1/28/15 to a CM Unit located at Suwannee Correctional Institution;

(f) He was released from Suwannee C.I. on 1/6/16;

(g) He was transferred to Zephyr Hills C.I. on 1/13/16;

(h) He was placed in open population at Zephyr Hills C.I. same day; and

(i) Zephyr Hills is Condon's main or permanent prison in Florida.

Wherefore, due to plaintiff's vagueness in his previous filings Con-

cerning his whereabouts, the following modifications in the R and R would reflect a more accurate picture of locational events:

PAGE ONE: ¶ 1: "Zephyrhills C.I." to F.D.O.C.

PAGE 13: FOOTNOTE 7: "Zephyrhills" to Suwannee C.I.

PAGE 16: ¶ 3: "Zephyrhills C.I." to Suwannee C.I.

PAGE 18: ¶ 3: "Zephyrhills C.I." to F.D.O.C.

DATED This 25th day of February, 2017

Respectfully Submitted,

John Conson, pro se
# 148840
RMC/West Unit
PO Box 628
Lake Butler, FLA 32054

* Plaintiff is currently housed at RMC/Lake Butler in lieu of a medical operation to be performed on him in the near future - he then will return to Zephyr-Hills C.I.

— Certificate of Service —

I hereby certify that, on this date, I caused one copy of this filing to be served upon Diane Sleek, A.A.G., Office of the Attorney General, 6 State House Station, Augusta, Maine 04333, by having same deposited in the prison mailbox, postage pre-paid.

John J. Condon

pro se

Dated: February 27, 2017*

---

*Florida prisoners have (no) personal access to typewriters or word processors. They must "sign-up" to have their filings typed by a inmate law clerk. The average "waiting time" is 10+ days. The typing services are often in error. Plaintiff Condon chooses to write his filings out free-hand as legible as he can. Otherwise, Plaintiff would type ALL his filings. His apologies to the Court.