John Condon
#148840
RMC/West Unit
P.O. Box 628
Lake Butler, FLA 32054

Legal Mail

MAILED FROM A STATE CORRECTIONAL INSTITUTION

Clerk of The Court
United States District Court
— District of Maine —
202 Harlow St.
Bangor, Maine 04401

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 MAR -6 P 2:32
BY _____ DEPUTY

RECEPTION AND MEDICAL CENTER
DATE 12/8/11
INMATE INITIALS JC