UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN JAY CONDON,
  PLAINTIFF,

v.                                    1:16-cv-00372-JAW

RODNEY BOUFFARD, et al.,
  DEFENDANTS

---

PLAINTIFF'S RESPONSE TO COURTS ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL

(1) PLAINTIFF RECEIVED THE COURTS FEBRUARY 21, 2017, ORDER DENYING HIS MOTION FOR COUNSEL ON MARCH 2, 2017.

(2) PLAINTIFF HAS NO OBJECTIONS TO THE COURTS ORDER.

JOHN J. CONDON, pro se
#148840

DATED THIS 2 DAY OF MARCH, 2017.

## Certificate of Service

I hereby certify that, on this date, I caused one copy of this filing to be served upon Diane Sleek, A.A.G., Office of the Attorney General, Six State House Station, Augusta, Maine, 04333, by having the same deposited in the U.S mail, postage prepaid.

Dated: March 2, 2017

*John J. Condon*, pro se