John Conson
#148840
RMC/West Unit
PO Box 628
Lake Butler, FLA 32054

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 MAR -6 P 2:30

U.S. POSTAGE PITNEY BOWES
ZIP 32054 $ 000.00
02 1W
0001403571 MAR 03 2017

Office of the Clerk
Christa K. Berry, Clerk
United States District Court
202 Harlow St.
Bangor, Maine 04401