United States District Court
District of Maine

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 MAR 20 P 2:27
BY_____
DEPUTY CLERK

John Jay Conoan, )
Plaintiff, )
v. ) Case #: 1:16-cv-372-JAW
Rodney Bouffard, et al., )
Defendants )

## Motion for Extension of Time

Now comes the Plaintiff pro se who requests this Court to grant him an extension of time until March 28, 2017, in which to reply to the Defendants' March 7, 2017, Opposition to Recommended Decision for the following reasons:

(1) Defendants' Opposition was not received by Plaintiff until today, March 14, 2017, due to the U.S. Mail Service;

(2) It takes seven days for a letter to get to Plaintiff by U.S. Mail from Maine; and

(3) It takes seven days for a post to get from Florida to Maine.

Therefore, Plaintiff requests the Court grant him until March 28,

2017, in which to post his reply to the defendants opposition to this Court's recommended decision.

Dated this 14th Day of March, 2017

/s/ John J. Condon

John J. Condon
#148840
RMC/WEST
PO Box 628
Lake Butler, FLA 32054

— Certificate of Service —

I hereby certify that, on this date, I caused one copy of this filing to be served upon Diane Sleek, AAG. Office of the Attorney General, 6 State House Station, Augusta, Maine 04333, by having the same deposited in the United States Mail, Postage Prepaid.

Dated: March 14, 2017

/s/ John J. Condon, Pro se