ATTACHMENT B

```
IRN0601                    FLORIDA DEPARTMENT OF CORRECTIONS           01/06/2017        10:41
                                INMATE MANAGEMENT PLAN                                   PAGE: 1

DC#: 148840        NAME: CONDON, JOHN C.                  TRD: 99/98/9999       DATE: 00/00/0000
R/S: W/M           LOCATION: ZEPHYRHILLS C.I.             BED: E2210L           TEAM: 03

EXTERNAL STATUS: ACTIVE                  AM JOB: HOUSEMAN                 CUSTODY      : CLOSE
INTERNAL STATUS: GENERAL POPULATION      PM JOB: HOUSEMAN                 VISIT STATUS : APPROVED

ASSESSMENT DATE: 01/06/2017            ASSESSED BY: HSA22 - BING, S.A.
                          FACILITY WHERE ASSESSED: 573 ZEPHYRHILLS C.I.
                          PERIOD OF ASSESSMENT: FROM: 01/07/2016  TO: 01/06/2017
                          CUSTODY DURING ASSESSMENT: CLOSE

                                  REVIEW PERIOD ADJUSTMENT

AVERAGE RATINGS
   WORK/PROGRAM ASSIGNMENTS: ABOVE SATISFACTORY           TRANSFER DATA
   HOUSING/SECURITY: UNRATED                                GOOD ADJUSTMENT TRANSFER: N/A
                                                            EDUCATION/VOCATION TRANSFER: N/A
DISCIPLINARY RECORD                                      GAIN TIME RECORDS
   MAJOR DR'S THIS PERIOD:      0                          EARNED G/T THIS PERIOD:        LIFE
   MINOR DR'S THIS PERIOD:      0                          G/T NET LOSS THIS PERIOD:      LIFE
   TOTAL DR'S THIS PERIOD:      0                          G/T NET AWARD THIS PERIOD:     LIFE
   TOTAL DR'S SINCE ADMISSION:  0                          G/T EARNED SINCE ADMISSION:    LIFE
                                                           G/T LOSS SINCE ADMISSION:      LIFE
OVERALL ADJUSTMENT THIS PERIOD: ABOVE SATISFACTORY         G/T NET AWARD SINCE ADMISSION: LIFE

                                  INTERESTS AND MOTIVATION

WORK ASSIGNMENT INTERESTS:                               PROGRAMMING INTERESTS:
   1. HOUSEMAN                                             1. ENV/ANIMAL VC
   2. N/A                                                  2. N/A
   3. N/A                                                  3. N/A

   FAITH BASED PROGRAMMING: N                            MOTIVATION ASSESSMENT: EXCELLENT
           SI PROGRAMMING: N
   RE-ENTRY FACILITY PROGRAMMING: Y
   P.R.I.D.E. ASSIGNMENT: N

THIS INMATE MANAGEMENT PLAN SHOWS YOUR OVERALL ADJUSTMENT DURING THE STATED REVIEW PERIOD. YOU ARE ENCOURAGED TO REMAIN DR FREE,
MAINTAIN POSITIVE INSTITUTIONAL ADJUSTMENT AND STRIVE FOR POSITIVE REVIEWS IN YOUR SECURITY AND WORK OR PROGRAM RATINGS.
YOU ARE ENCOURAGED TO PARTICIPATE IN SUBSTANCE ABUSE, EDUCATIONAL, VOCATIONAL AND RE-ENTRY PROGRAMS AS THEY BECOME AVAILABLE TO
YOU. THESE PROGRAMS WILL HELP YOU FACILITATE A SUCCESSFULL TRANSITION BACK TO SOCIETY AND YOU WILL BE ASSESSED FOR THESE PROGRAMS
WITHIN A CERTAIN TIME FRAME PRIOR TO RELEASE WHICH WILL BE BASED, IN PART, ON YOUR ADJUSTMENT, NEEDS AND PROGRAM AVAILABILITY.

                                  CLASSIFICATION OFFICER COMMENTS

INMATE IS PRESENT AND COOPERATIVE, VERIFIED EMERGENCY    CONTACT, DECLINED FAITH AND CHARACTER PROGRAM, REQUESTED
REENTRY PROGRAMMING
```