John Cowson
#148840
RMC/West Unit
PO Box 628
Lake Butler, FLA. 32054

MAILED FROM A STATE CORRECTIONAL INSTITUTION

Christa N. Berry
Clerk of the Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

—Legal

RECEPTION AND MEDICAL CENTER
DATE: _____
INMATE INITIALS: _____