John Conant
#148840
RMC/West Unit
PO Box 628
Lake Butler, FLA 32054

~ Legal Mail ~

Christa K. Berry
Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor Maine 04401

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 MAR 27 P 2:56
DEPUTY CLERK

USMS

MAILED FROM A STATE CORRECTIONAL INSTITUTION

MAILED FROM A STATE CORRECTIONAL INSTITUTION