Susan Way
Deputy Clerk
United States District Court
    District of Maine
202 Harlow St.
Bangor, Maine 04101

Re: 1:16-cv-372-JAW
    Condon vs. Bouffard, et al.

Dear Ms. Way:

    From This Point forward, please
Mail All filings, etc. Addressed To
Me To:
            John Condon
            #148840
        Zephyrhills Correctional Inst.
            2739 Gall Blvd.
        Zephyrhills, FLA 33541

Thank You


CC: Diane Sleek          John Condon pro se
        AAG
    file