John Condon
#148840
RMC/West
PO Box 628
Lake Butler, FLA
32054

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 APR -7 P 2:23

BY: Susan Way
Deputy Clerk

U.S. District Court
District of Maine
Bangor, Maine 04401