UNITED STATES DISTRICT COURT
— DISTRICT OF MAINE —

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2017 MAY -1 P 2:15
BY_____
DEPUTY CLERK

JOHN CONDON,
   Plaintiff,
V.
RODNEY BOUFFARD, et.al.,
   Defendants

Civil No. 1:16-cv-00372-JAW

## Motion To Serve Two Sets of Interrogatories On Each of The Three Defendants

Now comes the plaintiff pro se pursuant to Rule 33 (a)(1) and Rule 26(b)(2) Fed. R.Civ.P., requesting of this Court permission to file two sets of interrogatories on each of the three defendants in this case.

— Supporting Memorandum —

Plaintiff is a pro se Maine State prisoner now housed in Florida. His inability to take depositions would support the granting of this motion which does not request an uncommon or inordinate number of interrogatories beyond the one set required by Rule 33(a)(1), Fed. R.Civ.P.

Wherefore, in lieu of the distance defendants have placed the plaintiff and the fact that he is in prison, is pro se, and the possibility of his performing depositions is just about out of the

question, plaintiff prays this Court will grant his leave to give two sets of Interrogatories pursuant to Rule 26(b)(2) Fed.R.Civ.P. See Also: Skinner v. Uphoff, 410 F.Supp 2d 1104, 1111 (D.Wyo. 2006) (Relieving plaintiffs from 25 interrogatory limit).

Dated this 28th day of April, 2017

Respectfully Submitted,

/s/ John Condon

John Condon, pro se
#148840
ZCI: 2739 Gall Blvd
Zephyrhills, FLA 33541

## Certificate of Service:

I certify that I have placed this document in the hands of an institutional official for mailing to:

Diane Sleek, AAGen
Office of the Atty Gen
Six State House Stat.
Augusta, ME 04333

Dated this 28th day of April, 2017

PROVIDED TO ZEPHYRHILLS C.I. ON 4/28/17 FOR MAILING

2