John Condon
#148840
ZCI-2739 Gall Blvd.
Zephyrhills, FLA 33541

MAILED FROM A CORRECTIONAL INSTITUTION

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 MAY -1 P 2: 15
BY _____
DEPUTY CLERK

U.S. POSTAGE » PITNEY BOWES
ZIP 33541 $ 000.00
0001394473 APR 28 2017

Susan Way
Deputy Clerk
U.S. District Court for the
District of Maine
202 Harlow St.
Bangor, Maine 04401