UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil No. 16-372-JAW |
| RODNEY BOUFFARD, et al. | ) ) ) |
| Defendants | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance on behalf of the defendants in the above-entitled matter.

May 19, 2017    /s/ James E. Fortin
James E. Fortin
Assistant Attorney General
*James.Fortin@maine.gov*

Office of Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

2

CERTIFICATE OF SERVICE

  I hereby certify that, on this date, I electronically filed this document with the court using the ECF system, which will send notice of filing to John Jay Condon, Zephyrhills Correctional Institute, 2739 Gall Blvd., Zephyrhills, FL 33541, by having the same deposited in the United States Mail, postage prepaid.

| | |
|---|---|
| May 19, 2017 | /s/ James E. Fortin<br>James E. Fortin<br>Assistant Attorney General |