John Condon
#L48840
ZCI - 2739 Gall Blvd.
Zephyrhills, FLA 33541

MAILED FROM A
CORRECTIONAL
INSTITUTION

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 MAY 19 P 2:41

USMS

Christa K Berry
BY ___ DEPUTY CLERK
Clerk of The Court
United States District Court
202 Harlow St.
Bangor, Maine 04401

PROVIDED TO
ZEPHYRHILLS C.I.
ON 5/15/17
FOR MAILING