John Condon
#148840
ZCI- 2739 Gall Blvd.
Zephyrhills, FLA 33541

MAILED FROM A
CORRECTIONAL
INSTITUTION

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 JUN -2 P 2:30

BY Susan F. Way
DEPUTY CLERK

PROVIDED TO
ZEPHYRHILLS C.I.
ON 5/30/17 TN
FOR MAILING

Susan F. Way
Deputy Clerk
United States District Court
202 Harlow Street
Bangor, Maine 04401

04401-496125

U.S. POSTAGE PITNEY BOWES
ZIP 33541 $ 000.00
02 1W
0001394473 MAY 30 2017

USMS