UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 16-372-JAW |
| ) | |
| RODNEY BOUFFARD, et al. ) | |
| ) | |
| Defendants ) | |

MOTION TO WITHDRAW APPEARANCE

The undersigned hereby requests that the court permit her to withdraw her appearance in this matter. The ground for this motion is that she is retiring from the Office of the Attorney General and, thus, will no longer be able to represent the defendants in this matter. Further, James Fortin, AAG, has already entered his appearance as counsel for the defendants in this case.

Dated:  June 13, 2017  /s/ Diane Sleek
DIANE SLEEK, AAG
Office of Attorney General
Six State House Station
Augusta, ME 04333-0006

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed this document with the court using the ECF system, which will send notice of filing to James Fortin, AAG, Office of the Attorney General, Six State House Station, Augusta, ME 04333-0006.

I also hereby certify that, on this date, I caused one copy of this filing to be served upon John Jay Condon, Zephyrhills Correctional Institute, 2739 Gall Blvd., Zephyrhills, FL 33541, by having the same deposited in the United States Mail, postage prepaid.

Dated:  June 13, 2017  /s/ Diane E. Sleek
DIANE E. SLEEK, AAG