UNITED STATES DISTRICT COURT
— DISTRICT of MAINE —

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 JUL 11 P 2:05
BY_____ DEPUTY CLERK

JOHN JAY CONDON,  )
   PLAINTIFF, ) Civil No.
v. ) 1:16-CV-00372-JAW
RODNEY BOUFFARD, et al., )
   DEFENDANTS. )

PROVIDED TO ZEPHYRHILLS C.I. ON 7/7/17 FOR MAILING

## MOTION TO HAVE PLAINTIFF TRANSFERRED BACK TO MAINE STATE PRISON

Now comes the plaintiff, pro se, in the above-titled action who requests this Court to have Plaintiff transferred back to Maine State Prison (MSP) for health reasons as will be described below.

### BACKGROUND

Plaintiff is a Maine state prisoner who was transferred to Florida and the Florida Department of Corrections (FDOC) in October of 2014, pursuant to the Interstate Corrections Compact.

### MEMORANDUM/ARGUMENT

(1) First and foremost, Plaintiff bases his argument or reasons for this Court to issue an order trans-

(1)

ferrying him back to MSP on his health. **EXHIBIT ONE** (1), a letter to the Health Care Services of the Maine Department of Corrections (MDOC) and MSP. This letter describes in ice-clear detail the current state of Plaintiff's health care woes and his need to be returned to Maine so he can receive the <u>DECENT</u> medical attention he cannot acquire here in Florida;

(2) There is a distinct possibility that this instant civil rights action Plaintiff has instigated against three former and current MDOC/MSP officials "MAY" go to trial. Plaintiff's presence, at least in the State of Maine, would help facilitate the orderly process of this action and make any scheduling order authorizing discovery a bit simpler for the novice pro se plaintiff (and also for the defendants); and

(3) It would remove, at least for the duration of Plaintiff's stay at MSP, the U.S. Postal mail delay of 10-14 days for a legal document to reach Plaintiff in Florida and his reply to that legal document to get back to Maine.

Wherefore, for the above reasons, but especially in light of Plaintiff's health crisis, he prays

-2-

THAT THIS COURT WILL GRANT THIS MOTION TO HAVE PLAINTIFF TRANSFERED BACK TO MSP.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER THE PENALTY OF PERJURY, THE ABOVE IS TRUE & CORRECT. I ALSO DECLARE THAT ALL INFORMATION IN EXHIBIT ONE (1) IS ALSO TRUE AND CORRECT.

DATED THIS 6th DAY OF July, 2017.

*signature* PRO SE

JOHN JAY CONDON
# 148840
ZCI· 2739 GALL BLVD.
Zephyrhills, FLA 33541

— Certificate of Service —

I certify that I placed this document in the hands of an institutional official for mailing to: JAMES E FORTIN, A.A.G., OFFICE OF THE ATTORNEY GENERAL - SIX STATE HOUSE STATION, AUGUSTA, MAINE, 04333 · ON THIS 7th DAY OF July, 2017.

*signature*

-3-