Health Care Services      July 4, 2017
Medical Care for MSP Inmates
MDOC - MSP
State House Station #111
Augusta, Maine 04333
MSP - 807 Cushing Rd.
Warren, Maine 04864

RE: John Condon #2425 - Maine
            #148840 - Florida

Dear MDOC - MSP Medical:

     I was transferred to the Florida Dept. of Corrections in late 2014. The medical treatment for inmates here in Florida where the inmate population slides easily past 100,000+ inmates is, in a word: terrible. Very poor — bad... risky.

     I have TWO current medical conditions which have both reached the **serious** stage and despite my protestations here and in Tallahassee, nothing of any real medical substance is being done about either one, period.

(#1) ADVANCED RESTLESS LEG SYNDROME (RLS)

     My RLS, which started benignly enough at MSP in late 2013, was being treated chemically w/ the Parkinson drug "Sinemet" simply by taking one Sinemet pill (10/100 mg) before bedtime. This RLS has now progressed to where the Sinemet is no longer effective and the RLS has morphed into semi-violent to sometimes violent

*EXHIBIT ONE (1)*

LEG SPASMS (EITHER LEG) THROUGH MOST OF THE DAY AND FOR CERTAIN AT NIGHT. THIS CONDITION, BESIDES BEING EMBARASSING, WREAKS HAVOC W/ SIMPLE ACTIVITIES SUCH AS READING, WRITING, WATCHING T.V., STUDYING, PLAYING CHESS, ETC. MOST SIGNIFICANTLY OF ALL, IT SERIOUSLY INTERFERES W/ NEEDED SLEEP AND REST. CELL-MATES HAVE TOLD ME THE SPASMS CONTINUE ON IN MY SLEEP. THIS CONDITION RESULTS, NOT ONLY IN A LOSS OF NEEDED REST AND SLEEP, BUT WHAT SLEEP I DO MANAGE TO GET CANNOT BE TERMED HEALTHY OR RESTFUL SLEEP. ONCE THE SPASMS START, THEY CONTINUE OCCURRING EVERY 25-30 SECONDS W/ EXHAUSTING REGULARITY.

(#2) LOSS OF BALANCE & EQUILIBRIUM

DIAGNOSED OVER 20 YEARS AGO BY A DOCTOR AT THE U.S. HOSPITAL FOR FEDERAL PRISONERS IN SPRINGFIELD, MO., WHILE I WAS BEING "HOUSED" BY THE U.S. BUREAU OF PRISONS, IT WAS DISCOVERED THAT I HAD DEVELOPED "BUNION-LIKE" GROWTHS IN BOTH MY INNER EARS DUE, EVIDENTLY, TO ALOT OF SWIMMING IN COLD WATER. THESE GROWTHS WOULD, IN THE FUTURE, INTERFERE WITH THE DELICATE BALANCE-EQUILIBRIUM ORGANS PLACED IN THE INNER EARS AT BIRTH. THE "FUTURE" CAUGHT UP W/ ME ABOUT FOUR YEARS AGO AND SLOWLY, WEEK BY WEEK & MONTH BY MONTH, I AM EXPERIENCING A SERIOUSLY INCREASING LOSS OF MY BALANCE & EQUILIBRIUM.

I CONTACTED THE DOCTOR HERE AT MY "HOME PRISON," ZEPHYRHILLS CORRECTIONAL INSTITUTION (ZCI) AND HE HAD ME SENT TO THE RECEIVING & MEDICAL CENTER (RMC) FOR "REGION TWO" OF THE F.D.O.C. AT LAKE BUTLER, FLORIDA.

in late February, 2016. Once there, I consulted w/ the ear, nose & throat specialist, a Dr. Fares ("Fare-ez"), and he recommended a surgical operation on both ears (one at a time) to clean out these bunion-like growths that were causing the problem. On May 5, 2016, Dr. Fares operated on my right ear at Jacksonville Memorial Hospital in Jacksonville, Fla. This operation did **nothing** to correct or even slow down the slow progression of this ailment but it did leave me with an infection in my right ear and a loss of hearing in **both** ears by about 15 to 20 percent.

After some "explanations" by Dr. Fares that he ran into more bunion growths than he had anticipated (the operation was done by camera), I was sent back to ZCI to recover from the infection that was causing a foul smelling fluid to "leak" from my right ear. The infection did not clear up until **August** of 2016, and at that point I had to make a decision on whether or not to chance getting my left ear operated on by this same Dr. Fares. This was akin to standing on railroad tracks and watching a slow freight train come bearing down on one. I just could not "wait," for eventually, I would lose all balance and succumb to a wheel-chair.

In January of 2017, I made a decision to go back to RMC and have a discussion w/ Dr Fares regarding the scheduled left ear operation. During the time I spent back at ZCI recovering

from the ear infection, I went to the excellent library they have here and studied everything I could find regarding this delicate inner-ear apparatus that has a majority control over our balance & equilibrium. I also got some information off the internet from a friend on the street.

During this conversation w/ Dr. Fares back at RMC, I began to seriously doubt this man's competency. Some of the medical questions I posed to him resulted in answers that did not co-incise at all w/ the medical information I had garnered on my own at the ZCI library and off the internet. It would of been futile, impolite and even somewhat dangerous to "pull him up" on some of the answers he was giving me so I let it slide. He also appeared to be quite disinterested over my medical situation which was very disheartening to a patient who was trying to decide whether or not to go "under the knife." All this, in combination with some self-contradictory statements he made to me earlier right after the first operation, along with his "hung-over" countenance and shaggy appearance, led me to the jolting realization that this man "may" well be what is termed: a functioning alcoholic. He certainly fit the bill.

When I asked him point-blank if I should get my left ear operated on, he made a bizarre statement with a smile: "What are you trying to do... kill me?" I had no idea which way or how to take

that statement so I smiled thinking he must of meant that in humor. Pressed further on the question he answered: "What do you think?" That answer also jolted me and I replied: "Doctor, I came here to get your opinion." After some mumbling conversation on who should make the decision, I cleared the air by stating: "Let's go ahead w/ the operation."

That settled, he finished by telling me he would see me in 30 days. While waiting outside his make-shift office for hours at a time to see him (at times, as long as six hours), I gathered that this doctor had a private practice on the street and came to RMC once a week as their E.N.T. specialist. Inmates, including women prisoners, from all the prisons in the "Region Two" area who had E.N. or T. problems arrive on Wednesdays to see Dr. Fares. Lake Butler patients (myself) are seen last and while seated outside his office on several visits, I estimated this doctor sees over 40 inmates on any given Wednesday. I got the distinct impression that as far as Dr. Fares was concerned, I was just another "brick on the wall."

I ended up waiting 70 days in an uncomfortable and dangerous "transit dormitory" for this doctor to get back in touch w/ me. He never did. Not so much as a note explaining why... nothing. Total brick on the wall status. However, during those 70 days, I heard

some disturbing accounts from other inmates who had been operated on by him, including one where an inmate claimed Dr. Fares removed part of his ear that was not supposed to be removed at all. Additionally, during a conversation with an RMC nurse on another matter, she innocently stated that RMC was having "some problems" w/ ear operations that this doctor obviously did.

That about **sealed** the deal for me. I wasn't going to **risk** him screwing-up my **left ear** and coming out of the operating room not knowing what the hell to expect. I signed a form "refusing" medical treatment (the only way RMC would let me return to ZCI) and I got back to my home prison in April of 2017. After long thought on what I should do regarding these two very **pressing** medical situations, I have decided to write you (MDOC/MSP), as you are the **official caretakers** of my health no matter where you send me. I'm **your property and your responsibility**. I am going to make it **abundantly clear** to you up there in Maine that I estimate, having now lived w/ the slow progression of these ~~two~~ ailments for **years**, that **if I do not** get some serious **medical attention** for these two ailments within the next **3 to 5 months**, I will be **unable to walk**. Believe me, that's no "threat," it's the real deal. I'm in some serious trouble here. I need **help**. One of these days, one of these leg spasms, if occurring

when I am attempting to walk a straight line; I'm gonna go down. It hasn't happened yet (falling down) but it is inevitable in the near future. Not a comfortable feeling. Since I cannot pursue an E.N.T. doctor on my own, nor a vein specialist or a neurologist, which I would do in a heartbeat... You, MDOC and MSP, are my wardens and the guardians of my health, period. The "doctors" around here are hired to cut costs, period... And if a few bricks in the wall are knocked out to achieve that goal... no problem. This is the worst prison system in the U.S. and they do not call this area the "dirty south" because it sounds cool. This is the "dirty south."... 100,000+ strong.

Therefore, I am putting you all on notice: Loud, clear & in a correct manner: I am NOT getting the medical attention I need pretty damn desperately and I am requesting in all severity that you do something about it either by transferring me back to Maine temporarily so as to get these medical issues addressed properly (I could be housed in MSP's SMU on administrative segregation status and when finished medically, which I estimate would take six to eight weeks, I could be returned to Florida). The other avenue is to get on Florida by phone or any other means to make them act. I can't get anywhere w/ these people and the Dr. here at ZCI, a Dr. Rohana, took away 75% of my Sinemet (three 10/100 mg pills) per day

-8-

because I could not "produce" a leg spasm in his office "on call." Now you tell me... what kind of doctor doesn't believe his patient and takes away his medication another doctor (in Maine) prescribed? I managed to get the meds back when I was in Lake Butler, but I suffered because of the actions of this "doctor." He and I are a dead issue here at ZCI. I mean, what kind of doctor not only does not believe his patient, but punishes him instead by taking away his meds?? Sinemet does not cure anything but at least it allows me to get some sleep.

And I do not want Dr. Fares operating on me again, it's just too risky. I'm not going to roll the dice w/ him. Believe me, I'm not just going to sit here passively while I slowly lose my ability to walk. You are the people who own me, you are the people who were ordered by a judge to house me, and you are the people in charge of looking after my health. To me, it is that simple. I've written to you in black and white. I've given you fair warning of the dire consequences that await me if these medical issues are not treated by competent medical professionals. I'd take care of this myself immediately, but I can't because I am in prison.

I am currently involved in a civil rights action against three current and former MDOC/MSP officials (Condon v. Bouffard, et al., Civil No. 1:16-CV-00372-JAW -U.S. District Court - Bangor). I am alert-

ing the Magistrate Judge of my predicament and sending a copy of this letter w/ that alert along w/ same to Assistant Attorney General James E. Fortin, who is representing the Defendants upon Diane Sleek's, Esq., retirement. I am also leaning favorably towards a motion to the Court to have me transferred back to Maine, not only because of the medical issues, but it appears from the Magistrate Judge's Recommended Decision of February, 2017, this case may well be headed to trial. Its a possibility.

I'm asking for HELP. I cannot get anywhere with any of these "Doctors" they have here.. Nowhere. Same w/ the grievance responses I get. Fellow inmates tell me the **only way** to get "ACTION" is to "FALL-OUT" in the middle of the compound — But I'm NOT into FAKING-it. I'm in this for real. I'm not about to lose the use of my two legs because of the incompetence of two States w/out getting out about it. HELLO.

Dated this 4th day of July, 2017.

Respectfully Submitted,

John J. Condon
#148840

cc: MSP Health Services
U.S. District Court - Bangor
James E. Fortin, A.A.G.
Paul LePage, Governor, State of Maine
File