John Condon
#148840
Zephyrhills Corr. Inst.
2739 Gall Blvd.
Zephyrhills, FLA 33541

Legal Mail

Susan Way
Deputy Clerk
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401