# United States District Court
## District of Maine

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 JUL 28 P 3:19
BY_____
DEPUTY CLERK

John Jay Condon,
　　Plaintiff,

v.

Rodney Bouffard, et al.,
　　Defendants

Civil No.:
1:16-cv-00372-JAW

## Motion To Withdraw Plaintiff's July 5th 2017, Motion To Return To Maine

PROVIDED TO
ZEPHYRHILLS C.I.
ON 7/24/17
FOR MAILING

### Background

Plaintiff has impending health crises as described in Exhibit one (1) of Plaintiff's July 5th 2017 (dated), Motion to Return to Maine. Due to these impending health crises and the extreme lack of competent medical care, treatment and personel he has received at the uncaring hands of the Florida Department of Corrections (FDOC), Plaintiff made a pressured and somewhat paniced decision to have the Maine Department of Corrections (MDOC) transfer him back to Maine so he can receive competent medical attention

towards his two serious ailments.

However, upon further & deeper reflection on that decision, Plaintiff feels it would be serving the best interests of all involved here if Plaintiff stays out of the State of Maine and Maine State Prison.

Plaintiff will now try his utmost to persuade the MDOC's to **ACT** and use its influence to compel the FDOC's to treat Plaintiff Condon's two afflictions with some decent medical competence and not the "pay him no mind", "confiscate his medicine" and the damage done to his hearing by their Ear Nose & Throat doctor, medical performance so far.

Wherefore, Plaintiff requests this Honorable Court to allow him to withdraw his July 5th 2017, motion to have him returned to Maine w/out prejudice.

Dated this 21st Day of July, 2017.

John J. Condon
#148840 ZCI-2739 Gall
Blvd. Zephyrhills, Fla 33541

Certificate of Service: I certify that I placed this document in the hands of an Institutional official for mailing to James E. Fortin, AAG Six State Hse Stat. Augusta, ME 04333 on this 24th Day of July, 2017.