Susan Way                            July 21st, 17
Deputy Clerk
United States District Court
    For The State of Maine
202 Harlow St
Bangor, Maine 04401

Re: Conlon v Bouffard, et al., Civil
    No! 1:16-CV-00372-JAW

Dear Deputy Clerk Way:

        Please find enclosed for
Filing the plaintiffs!

Motion to Withdraw Plaintiff's July
5th 2017, Motion to Return to
Maine (without prejudice).

        Thank You

                        John J. Conlon pro se
                        #148840 - ZCI
                        2739 Gall Blvd.
                        Zephyrhills, FLA 33541

CC: James E. Fortin, AAG

PROVIDED TO
ZEPHYRHILLS C.I.
ON 7/24/17
FOR MAILING