UNITED STATES DISTRICT COURT
— DISTRICT OF MAINE —

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 AUG 10 P 4:07
BY_____
DEPUTY CLERK

John Jay Condon, )
 Plaintiff, )  Civil No.
 v. ) 1:16-cv-00372-JAW
Rodney Bouffard, et al., )
 Defendants. )

**Plaintiff Moves To Supplement The Record —**

Now comes the plaintiff, pro se, who moves to supplement the record of the Court regarding the Maine Department of Corrections (MDOC) and Maine State Prison's Administrative Segregation Process plaintiff was subject to from March 5, 2014, to October 28, 2014.

Plaintiff has enclosed, in chronological order, the entire record of every one of his 12 Administrative Segregation Reviews ("ASR"s) performed on him complete with his appeals thereto and the denials to those appeals. He also has enclosed the three grievances he filed and responses thereto. Additionally, plaintiff has supplied the record of his initial placement in the Special Management Unit (SMU), the Commissioner's six monthly review of Ad. Seg. status (erroneously performed by Deputy Commissioner Defendant

Breton) and the somewhat bizarre attempt to place plaintiff in a hastily created "Administrative Control Unit." Everything is in chronological order as it transpired over the 235 days the plaintiff spent in MSP's SMU on Administrative Segregation Status.

Plaintiff offers these documents in support of his 14th Amendment Due Process claim. The documents are unbiased, true and seek to allow the court to get a clearer and closer view of the whole ASR process the defendants, not only subjected the plaintiff to, but also every other MSP inmate who has been or is presently on "Administrative Segregation Status."

Wherefore, plaintiff trusts he is not out of order procedurally here in submitting these documents and in the future will pursue copies of the MDOC policy No. 15.1 on Ad. Seg. Status.

Dated This 6th Day of August, 2017

/s/ John Jay Carson

John Jay Carson #148840 ZCI 2739 Gall Blvd. Zephyr Hills, Florida 33541

Certificate of Service

I hereby certify on this date, I caused 1 copy of this filing to be served upon James E. Fortin, AAG, Office of the Atty Gen. Six St. House Station, Augusta, ME 04333 by having same deposited in the U.S. Mail, postage prepaid. Dated 8/7/17 /s/ John Jay Carson

-2-