Christa K Berry
Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

August 6, 2017

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED & FILED
2017 AUG 10 P 4:07
BY_____
DEPUTY CLERK

Re: Condon v. Bouffard et al., Civil
No. 1:16-cv-00372-JAW

Dear Ms. Berry:

Please find enclosed the Plaintiff's latest filing:
"Plaintiff Moves To Supplement The Record"

w/ Enclosure.

Thank You.

Respectfully,

John J. Condon

cc: James E. Fortin, AAG.

#148840
ZCI. 2739 Gall Blvd.
Zephyr Hills, FLA
33541

PROVIDED TO
ZEPHYRHILLS C.I.
ON 8/7/17
FOR MAILING