*Copy*

## MAINE DEPARTMENT OF CORRECTIONS
### EMERGENCY OBSERVATION STATUS PLACEMENT

**SECTION A:  Placement**

| At  1250 | hours on 3-4-2014 | I have ordered the placement of prisoner |
|---|---|---|

| Condon, J. | MDOC # 2425 | Housing Unit Close |
|---|---|---|

on emergency observation status, based on one or more of the following criteria:

| # | | Reason for Placement |
|---|---|---|
| 1 | ☐ | The prisoner may constitute an escape risk if in a less restrictive status |
| 2 | ☒ | The prisoner may pose a threat to the safety of others if in a less restrictive status |
| 3 | ☐ | The prisoner may pose a threat to his/her own safety if in a less restrictive status |
| 4 | ☐ | There may be a threat to the safety of the prisoner if in a less restrictive status |

**The factual basis for placement is:  (include specifics such as date, time and place of any incident)**

Priosner placed on EOS pending IPS investigation due to reports from staff.

Dated: 3-4-14

Sgt. Cox
**Staff Ordering Placement**

U.M. Mendez
**Shift Commander, Unit Manager, Deputy Chief Administrative Officer or Chief Administrative Officer**

☒ **Incident report completed in CORIS**

☐ **Rationale for placement read to prisoner and prisoner received a copy of this notice on:**

| 3/5/14 | at 1300 | by |
|---|---|---|
| **Date** | **Time** | **Staff providing notice** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REVIEW OF EMERGENCY OBSERVATION STATUS (TO BE DONE WITHIN 72 HOURS OF PLACEMENT)**

☐ **REMOVE FROM EMERGENCY OBSERVATION STATUS**
☐ **RETAIN ON EMERGENCY OBSERVATION STATUS PENDING REVIEW BY UNIT TEAM**

| Rationale: _____ |
|---|

Date & Time _____

PROVIDED TO
ZEPHYRHILLS C.I.
ON  8/7/17
FOR MAILING

_____
**Unit Manager, Shift Commander, Deputy Chief Administrative Officer or Chief Administrative Officer**

**IF PRISONER IS RETAINED ON EMERGENCY OBSERVATION STATUS, PLEASE COMPLETE SECTION B OF THIS FORM**

*EMERGENCY OBSERVATION STATUS PLACEMENT FORM*      DOC FORM            A – 15.1 – A – A – 8/19/11
Page 1 of 2
Distribution:  Copies to:  Prisoner, Shift Commander, Housing Unit's Emergency Observation Status Binder, SMU Unit Manager, if applicable
Original (with original Preliminary Individualized Plan) to:  Unit Manager

## MAINE DEPARTMENT OF CORRECTIONS
### EMERGENCY OBSERVATION STATUS REVIEW MINUTES

Members: SGT COX     Date: 3-6-2014

CCTW LOWDEN     Place: SMU

OFFICER GORDON

Prisoner: CONDON, J.     MDOC #: 2425

I. Reason(s) and Factual Basis for Placement (from Emergency Observation Status Placement form) and any additional information received since placement:

PRISONER PLACED ON EOS PENDING IPS INVESTIGATION DUE TO REPORTS FROM STAFF

Prisoner in attendance at review? ☒ Yes ☐ No  If not, reason:

II. Prisoner's Statement:

PRISONER STATES HE IS NOT AWARE OF HIS REASON FOR BEING ON EOS STATUS.

☐ Attachment(s), specify:

III. Unit Management Team's Decision and its Reason(s)

☐ Remove from Emergency Observation Status

☒ Retain on Emergency Observation Status (up to 72 hours from time of placement on emergency observation status)

☐ Recommend Placement on Administrative Segregation Status

Reason(s): PENDING IPS INVESTIGATION

☐ Individualized Plan attached.

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on

3-6-2014    at    0912

Date              Time

V. If Unit Management Team recommends placement on administrative segregation status, Chief Administrative Officer's, or Designee's Review

☐ Remove from emergency observation status

☐ Recommend to Commissioner, or designee, placement on administrative segregation status

Commissioner's, or designee's, Decision  ☐ Placement Approved  ☐ Placement Denied

_____          _____
Date                    Signature

EMERGENCY OBSERVATION STATUS REVIEW MINUTES    DOC FORM          A - 15.1 – A - C – 8/19/11
Distribution: Copies to: Prisoner, Shift Commander, Housing Unit's Emergency Observation Status binder, SMU Unit Manager, if applicable
Original: Unit Manager

209

## MAINE DEPARTMENT OF CORRECTIONS
### EMERGENCY OBSERVATION STATUS REVIEW MINUTES

Members: CCTW Busso                    Date: 3/8/14

Ofc Grant                              Place: Close

Prisoner: Condon                       MDOC #: 2425

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Placement form) and any additional information received since placement:

Offender was placed on Eos for pending investigation

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

II. Prisoner's Statement

I don't intend to harm any staff or inmate.

☐ Attachment(s), specify: _____

III. Unit Management Team's Decision and its Reason(s)

☐ Remove from Emergency Observation Status
☐ Retain on Emergency Observation Status (up to 72 hours from time of placement on emergency observation status)
☑ Recommend Placement on Administrative Segregation Status

Reason(s): Offender is a danger to other inmates and staff based on report

☐ Individualized Plan attached:

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on

3/8/14          at _____
Date                 Time

V.  If Unit Management Team recommends placement on administrative segregation status, Chief Administrative Officer's, or Designee's Review

☐ Remove from emergency observation status
☐ Recommend to Commissioner, or designee, placement on administrative segregation status

Commissioner's, or designee's, Decision  ☐ Placement Approved  ☐ Placement Denied

_____                              _____
Date                                 Signature

EMERGENCY OBSERVATION STATUS REVIEW MINUTES     DOC FORM                     A - 15.1 – A – C –  8/19/11
Distribution: Copies to: Prisoner, Shift Commander, Housing Unit's Emergency Observation Status binder, SMU Unit Manager, if applicable
Original: Unit Manager

## MAINE DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

| Members:  UM Harris | Date:  3/10/14 |
|---|---|
| CO Dolbier | Place:  SMU |

| Prisoner:  Condon, J | MDOC:  2425 |
|---|---|

**I.** Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

offender was placed on EOS status pending further investigation by IPS.

RECEIVED 3-17-14

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

**II.** Prisoner's Statement

Prisoner states he has no intention on killing Any staff, Prisoner swears on his life he has no intention to harm staff or prisoners. Prisoner said it could still go either way 50/50

☐ Attachment(s) (specify): _____

**III.** Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s):
Prisoner threaten to kill Unit Manager.

☐ Individualized Plan attached

**IV.** ☒ Prisoner informed of decision and its basis and received a copy of this review form on

| 3/10/14 | at |
|---|---|
| Date | Time |

**V.** Prisoner informed of his/her right to appeal: ☐ Waived right  ☐ Did not waive right

Signature of Prisoner _____ Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____ Date 3-10-14

**VI.** Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____ Date 3-12-14

## MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: __UM Allen, D__     Date: __3-20-14__

__Officer Tachetta__     Place: __SMU__

Prisoner: __Condon, J__     MDOC: __2425__

I. Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

2nd

__IPS investigation.__

Prisoner in attendance at review? ☑ Yes ☐ No - If not, reason: _____

II. Prisoner's Statement

__Prisoner States he has no intention of Hurting another Prisoner or Staff.__

☐ Attachment(s) (specify): _____

III. Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Reason(s):

__Pending information from IPS Investigation__

☐ Individualized Plan attached

IV. ☐ Prisoner informed of decision and its basis and received a copy of this review form on

_____ at _____
Date            Time

V. Prisoner informed of his/her right to appeal: ☑ Waived right ☐ Did not waive right

Signature of Prisoner __X John Condon__ Date __3-20-14__

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____ Date _____

VI. Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____ Date __3/21/14__

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES        DOC FORM        A - 15.1 - C - E - 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
            Original to: Unit Manager

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgd. M Burns_    Date: _3 - 27 . 14_

_CO · Staples_    Place: _SMU_

Prisoner: _Condon, J._    MDOC: _2425_

I. Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

3rd

_IPS investigation._

Prisoner in attendance at review? ☒ Yes ☐ No  If not, reason: _____

II. Prisoner's Statement

_WOULD LIKE TO GO TO POPULATION - EVEN C-POD_

☐ Attachment(s) (specify): _____

III. Unit Management Team's Decision and Its Reason(s)

☒ Remove from administrative segregation status
☐ Retain on administrative segregation status

Reason(s): _HAS NOT BEEN AN ISSUE IN THE SMU._
_WOULD RATHER BE LOCKED DOWN IN POPULATION._
_SMU COULD USE THE Cell He IS IN._

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_3-27-14_ at _0845_
Date      Time

V. Prisoner Informed of his/her right to appeal: ☒ Waived right  ☐ Did not waive right

Signature of Prisoner _JCMV Condon_ Date _3-27-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Burns_ Date _3/27/14_

VI. Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____ Date _3-27-14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES    DOC FORM    A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
Original to: Unit Manager

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: Sgt Burns

Date: 4-1-14

Af Benner

Place: SMU

Deb Barter

Prisoner: Condon, J          MDOC: 2425

I.   Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

4th      IPS Investigation

Prisoner in attendance at review?  ☒ Yes  ☐ No   If not, reason: _____

II.   Prisoner's Statement

Would Like To Go To GP. "I'm Not The Same Inmate I Used To Be." I'm 66 years old AND Want To Find An

☐ Attachment(s) (specify): Older Group In Pooulation, AND Due My Time

III.   Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): Until The Administration Will Release.
I Bieleve Condon came Here And Had A Culture Shock
30 Years In The Feds Did Not Prepare Him For MSP. GP Would Do Him well.

☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on
4-1-14     at    8930
Date            Time

V.   Prisoner informed of his/her right to appeal: ☒ Waived right  ☐ Did not waive right

Signature of Prisoner _____   Date 4-1-14

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____   Date 4-1-14

VI.  Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____   Date 4-1-14   – DOC FORM

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES                 A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
Original to: Unit Manager

## MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. Leonard_                    Date: _4/14/14_

_Ofc. Lisenby_                              Place: _SMU_

Prisoner: _Condon, J_      MDOC: _2425_

**I.** Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

*5th review*

> Ongoing investigation

Prisoner in attendance at review?  ☒ Yes  ☐ No   If not, reason: _____

**II.** Prisoner's Statement

> Would like to go to C-Pod Close and Be Locked in there instead of B-wing

☐ Attachment(s) (specify): _____

**III.** Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s):

> Refusing Asag. to go on administrative Control Pod.

☐ Individualized Plan attached

**IV.** ☐ Prisoner informed of decision and its basis and received a copy of this review form on _____ at _____
     Date            Time

**V.** Prisoner informed of his/her right to appeal ☐ Waived right  ☒ Did not waive right

Signature of Prisoner _John Condon_    Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Leonard_    Date _4/14/14_

**VI.** Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____    Date _4/15/14_  — DOC FORM

4/15/14

# ƐxhiBiT D

REC'D: D.
4/15/14
CU

Mr. Condon:

My Office didn't intercept a money order made out to you by anybody.

I don't know what is the problem with your money order, maybe it is because you stated that came either from one or other (Ms. Burr or Ms. Tansino).

I am not aware of any pending Investigations that your are involved either

Lt. Lidia Burnham

WITNESSED BY:
Officer
ANTKOWSKI
SMCC

(LT. BURNHAM is HEAD of "I.P.S.")

## MAINE DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: U. M. Allen    Date: 4-17-14

Off Charlton    Place: SMU

Deb Barter

Prisoner: Condon, J    MDOC: 2425

6th review

I. **Reason(s) and Factual Basis for Placement** (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

IPS investigation.

Threats against UM Harris

Prisoner in attendance at review? ☒ Yes ☐ No  If not, reason: _____

II. **Prisoner's Statement**

Prisoner doesn't intend to harm UM HARRIS. Prisoner wants to talk to with CAO to confront the

☐ Attachment(s) (specify): Evidence against him.

III. **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): Pending possible placement on administrative controls.

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on

4-17-14    at 1255 hrs
Date            Time

V. Prisoner informed of his/her right to appeal: ☐ Waived right  ☒ Did not waive right

Signature of Prisoner _____    Date 4-17-14

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____    Date 4-17-14

VI. **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____    Date 4/22/14

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES    DOC FORM
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file    A - 15.1 – C – E – 8/19/11R
Original to: Unit Manager

Rec'd
4-18-14

## MAINE DEPARTMENT OF CORRECTIONS
## PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

April 17th, 14    John Cowdon    2425
_Date_              _Prisoner Name_    _MDOC #_

TO:  Chief Administrative Officer, or designee

On __4/07/14__ , the following review took place.

_Confer with Management Recommendant + vote on Abres__

SPECIAL MANAGEMENT STATUS

[X] Review of Administrative Segregation status

[ ] Review of Protective Custody status

_- Responded 4/17/14 FILE_

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision.

I wish to appeal for the following reasons: My 6th Ad. Seg. review, like the 1st decided to "Retain (me) an Ad. Seg. Status." ... pending outcome of "IPS investigation." → & rec's a letter from Lt. Lidia Burnham (Head of IPS) on 4/15/14 stating that she is "NOT AWARE of any pending investigations that your involved in." ... So... for 45 days I'm being held in segregation pending an IPS investigation that... ISN'T. So if there is NO investigation... why am I being held or what's the charge? & (who's) making it? Request TRANSFER TO G-pod Close (23 hr lock-up).

Prisoner's Signature _John Cowdon_

_____   _____   _____
Receiving Person's Signature    Date & Time    Name & Title (Print)

_PRISONER APPEAL_                    DOC FORM              A – 15.1 – C – G – 8/19/11R
_SPECIAL MANAGEMENT STATUS_                                A – 15.3 – H – D – 12/14/10

Department of Corrections

**MAINE STATE PRISON**

# Memo

To:        Prisoner John Condon (2425)

From:    Deputy Warden Ross

Date:     April 17, 2014

Re:        Appeal of Special Management Status

---

      I am in receipt of your appeal of Special Management Status.  After review of your appeal I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:    Unit File

1

MAINE DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES**

**Members:** _U. M. Allen_  **Date:** _4-23-14_
_Sgt Burns_  **Place:** _SMU_

**Prisoner:** _Condon, J._  **MDOC:** _2425_

I.  **Reason(s) and Factual Basis for Placement** (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_7th_  Threats towards staff member.

Investigation.

Prisoner in attendance at review?  ☐ Yes  ☒ No  If not, reason: _Not needed._

II.  **Prisoner's Statement**

☐ Attachment(s) (specify): _____

III.  **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s): Possible Admin. Controls Placement

☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_4/29/14_ at _P.M._
Date          Time

V.  Prisoner informed of his/her right to appeal:  ☐ Waived right  ☐ Did not waive right

Signature of Prisoner _____ Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____ Date _____

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____ Date _4/24/14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES          DOC FORM          A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
Original to:  Unit Manager



**PRISONER GRIEVANCE FORM**
Policies 29.1 and 29.2

**MAINE DEPARTMENT OF CORRECTIONS**

| TO BE COMPLETED BY GRIEVANCE REVIEW OFFICER: |
| --- |
| DATE RECEIVED  4-28-14 |
| LOG NUMBER |

| JOHN CONDON | 2425 | SMU·B·209 |
| --- | --- | --- |
| **Name** | **MDOC Number** | **Housing Unit** |

A grievance must be filed with the Grievance Review Officer within fifteen (15) days of the matter being grieved.  If you are filing after the expiration of the fifteen (15) day limit because it was not possible for you to have filed a grievance within the fifteen (15) day limit, explain what prevented filing within the time limit in the space below.
Explanation:

**USE ONLY THE SPACE BELOW**
Concisely state the specific nature of your complaint, including all persons and dates involved, and state the specific remedy requested.  You must include information showing when the fifteen (15) day time limit began:

FOR 45 DAYS I HAVE BEEN HELD IN SMU. ALL 6 AD SEG. REVIEWS H STATES I AM BEING HELD ON AD SEG STATUS PENDING THE RESULTS OF AN IPS. INVESTIGATION." I HAVE IN MY POSSESSION A LETTER FROM LT. LIDIA BURNHAM, REC'd BY ME (& WITNESSED BY AN OFFICER IN WRITING I REC'd ON SAID DATE) ON 4/15/14 WHERE (SHE STATES) THAT SHE IS "NOT AWARE OF ANY PENDING INVESTIGATIONS THAT YOU'RE INVOLVED IN." LT. BURNHAM IS HEAD OF IPS. SO I AM (SAYING #1) THE ERRONEOUS REASON GIVEN FOR RETAINING ME #2) WHAT AM I BEING DETAINED FOR? #3) WHO IS DOING THE INVES GATION? & #4) AN OPPORTUNITY TO FACE MY ACCUSER(S) AND A CHANCE TO REBUT THE EVIDENCE AND _____ i.e. I'M ENTITLED TO " DUE PREPARE A DEFENSE. I CA_____                                    PROCE

| Signature of Prisoner | Date |
| --- | --- |

Before filing a grievance with the Grievance Review Officer, you must have made an attempt at an informal resolution, by submitting this form to a supervisor designated by the facility Chief Administrative Officer within five (5) days of the matter being grieved.

| MICHAEL BURNS | Michael Burns | 04/17/2014 |
| --- | --- | --- |
| **Print Name of Supervisor** (or HSA, if applicable) | **Signature of Supervisor** (or HSA, if applicable) | **Date of Receipt of Form** |

☐ Complaint Resolved. Describe resolution, including implementation date: _____

_____

_____

| Signature of Staff Resolving Complaint | Signature of Prisoner Agreeing to Resolution |
| --- | --- |

☒ Complaint Not Resolved. Describe actions taken in attempt to resolve:

UNABLE TO RESOLVE AT THIS LEVEL. THIS NEEDS TO GO TO THE NEXT LEVEL.

| Michael Burns Sgt | 04/17/2014 |
| --- | --- |
| **Signature of Staff Attempting Resolution** | **Date Form Returned to Prisoner** |

Original to Grievance Officer
Prisoner to keep copy

Prisoner - Grievance Form
Attachment A

DOC FORM
08/15/2012R
29.1 and 29.2 (AF)

## MAINE DEPARTMENT OF CORRECTIONS
## NOTIFICATION OF DISMISSAL AND/OR RETURN

| TO: John Condon | MDOC #: 2425 | DATE RECEIVED: 04/28/14 |
|---|---|---|
| FROM: W. Atkinson, GRIEVANCE REVIEW OFFICER | | |

# DISMISSAL

☒ Your complaint has been dismissed due to the following:

☒ This matter is not grievable because:

    ☒ A separate appeal procedure exists.
    ☐ It does not directly affect you.
    ☐ A Departmental employee or contractor is not responsible.
    ☐ This is a complaint about a decision of the Grievance Review Officer.

☐ Your complaint is a duplicate of an earlier grievance.

☐ You did not attempt an informal resolution, as required by the Grievance Policy.

☐ Your grievance form was filed after the fifteen (15) day time limit had expired and it was possible for you to have filed within the time limit.

☐ Your grievance appeal form was filed after the fifteen (15) day time limit had expired and it was possible for you to have filed within the time limit.

☐ There has been an obvious abuse of the grievance process by you in that:

> Ad Seg placement / retention is a classification procedure / decision which has its own appeal process.

**YOU MAY NOT APPEAL A DISMISSAL**

_____     4/30/14
Signature of Grievance Review Officer           Date

# RETURN

☐ Your grievance form is being returned for you to provide sufficient information to show when the fifteen (15) day time limit began. You must supply this information and return this grievance form for processing within the original fifteen (15) day time limit.

_____     _____
Signature of Grievance Review Officer           Date



**PRISONER GRIEVANCE FORM**
Policies 29.1 and 29.2

**MAINE DEPARTMENT OF CORRECTIONS**

TO BE COMPLETED BY
GRIEVANCE REVIEW OFFICER:

DATE RECEIVED _4-28-14_

LOG NUMBER

| _John Condon_ | _2425_ | _SMU·B·209_ |
| Name | MDOC Number | Housing Unit |

A grievance must be filed with the Grievance Review Officer within fifteen (15) days of the matter being grieved. If you are filing after the expiration of the fifteen (15) day limit because it was not possible for you to have filed a grievance within the fifteen (15) day limit, explain what prevented filing within the time limit in the space below.
Explanation:
_Last Ad. Seg. Review 4/17/14. This is a Continuous Violation of Due Process Ea. Ad. Seg. Bard_

**USE ONLY THE SPACE BELOW**
Concisely state the specific nature of your complaint, including all persons and dates involved, and state the specific remedy requested. You must include information showing when the fifteen (15) day time limit began: _I have been on Ad. Seg. Stat. for 53 days. All six of my Ad. Seg. Review Board's decisions on whether to release me or retain me on Ad. Seg. status is "Reviewed" by the "C.A or Designee" who have the Ultimate Authority to Release me or Retain me, Regardless of the Recommendation of the Ad. Seg. Review Board's decision... (which "He" did on my 3rd Ad. Seg. Review over Ruling The Boards decision). Therefore the "C.A.O. or Designee" is the Ultimate decision maker on my status, which is Un Appealable. I grieve that Due Process Guaranteed me the Right to be Heard by the Person who Actually makes the decision. I have yet been unable to Do That. "If one Reviewer recommends Against placement, a later Reviewer could not overturn that Recommendation". Wilkinson v. Austin, 545 U.S. 209, 226/2005 ~~~~~ I want a chance to be Heard by C.A.O. or Designee._

Before filing a grievance with the Grievance Review Officer, you must have made an attempt at an informal resolution, by submitting this form to a supervisor designated by the facility Chief Administrative Officer within five (5) days of the matter being grieved.

_John Condon_
4/26/14

| _Sgt. Michael Burns_ | _Michael Burns_ | _4-24-2014_ |
| Print Name of Supervisor (or HSA, if applicable) | Signature of Supervisor (or HSA, if applicable) | Date of Receipt of Form |

☐ Complaint Resolved. Describe resolution, including implementation date: _____

_____

_____

| Signature of Staff Resolving Complaint | Signature of Prisoner Agreeing to Resolution |

☒ Complaint Not Resolved. Describe actions taken in attempt to resolve:
_Can not Resolve at my Level. Possibaly The Grievance officer could Resolve This._

| _Sgt. Michael Burns_ | _4-26-2014_ |
| Signature of Staff Attempting Resolution | Date Form Returned to Prisoner |

Original to Grievance Officer
Prisoner to keep copy

Prisoner - Grievance Form
Attachment A

DOC FORM
08/15/2012R
29.1 and 29.2 (AF)

4/30/14

## MAINE DEPARTMENT OF CORRECTIONS
## NOTIFICATION OF DISMISSAL AND/OR RETURN

| **TO:** John Condon | **MDOC #:** 2425 | **DATE RECEIVED:** 04/28/14 |
| --- | --- | --- |
| **FROM:** W. Atkinson, GRIEVANCE REVIEW OFFICER | | |

# DISMISSAL

☒ Your complaint has been dismissed due to the following:

☒ This matter is not grievable because:

 ☒ A separate appeal procedure exists.
 ☐ It does not directly affect you.
 ☐ A Departmental employee or contractor is not responsible.
 ☐ This is a complaint about a decision of the Grievance Review Officer.

☐ Your complaint is a duplicate of an earlier grievance.

☐ You did not attempt an informal resolution, as required by the Grievance Policy.

☐ Your grievance form was filed after the fifteen (15) day time limit had expired and it was possible for you to have filed within the time limit.

☐ Your grievance appeal form was filed after the fifteen (15) day time limit had expired and it was possible for you to have filed within the time limit.

☐ There has been an obvious abuse of the grievance process by you in that:

> Ad Seg placement / retention is a classification procedure / decision which has its own appeal process.

**YOU MAY NOT APPEAL A DISMISSAL**

_____     4/30/14
Signature of Grievance Review Officer    Date

# RETURN

☐ Your grievance form is being returned for you to provide sufficient information to show when the fifteen (15) day time limit began. You must supply this information and return this grievance form for processing within the original fifteen (15) day time limit.

_____     _____
Signature of Grievance Review Officer    Date

# MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. M Burns_          Date: _5-2-14_

_____          Place: _SMU_

Prisoner: _Condon, J_          MDOC: _2425_

I.   Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_Threats towards a staff member_

Prisoner in attendance at review?  ☐ Yes  ☐ No  If not, reason: _____

II.  Prisoner's Statement

III. Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): _Threat may still exist_

☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_5/2/14_ at _Pm_
Date          Time

V.   Prisoner informed of his/her right to appeal.  ☐ Waived right   ☒ Did not waive right

Signature of Prisoner _John C___          Date _5/2/14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. M Burns_          Date _5-2-14_

VI.  Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☐ Retain on administrative segregation status

Signature _____          Date _____

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES          DOC FORM          A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
    Original to: Unit Manager

**MAINE DEPARTMENT OF CORRECTIONS**
**PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS**

5/3/14      J. Conan      2425

Date             Prisoner Name          MDOC #

TO:  Chief Administrative Officer, or designee

On    5/2/14   , the following review took place.

**SPECIAL MANAGEMENT STATUS**

☑ Review of Administrative Segregation status   8ᵗʰ REVIEW

☐ Review of Protective Custody status

Appeal must be submitted to the Chief Administrative Officer, or designee, within three
(3) working days of receiving the decision. W/ALL DUE RESPECT, The AD. SEG. BOAR

I wish to appeal for the following reasons: DISD NOT ACTUALLY CONSIDER RELEASING ME
IT IS A "Hollow FORMALITY." You or The CAO ARE The ULTIMATE DECISION
MAKER ON MY STATUS. I HAVE, AS AN AMERICAN CITIZEN, The 5ᵀᴴ & 14ᵀᴴ
CONST'T Right, The DUE PROCESS Right, TO "HEAR & BE HEARD" by The
ULTIMATE DECISION MAKER ON MY "LIBERTY" INTEREST TO STAY OUT
OF SEG AND RE-GAIN The FREEDOM (LIBERTY) THAT WAS TAKEN AW.
FROM ME BY MY REMOVAL FROM "POPULATION" IN MSP. 60 DAYS
AGO. I'VE YET BEEN AFFORDED THAT RIGHT. REQUEST TRANSFER
TO A, C, E OR F POD, POPULATION ——— JB ——— 5/3/14
     CHOICE        Prisoner's Signature

_____    _____    _____
Receiving Person's Signature     Date & Time     Name & Title (Print)

Department of Corrections

**MAINE STATE PRISON**

# Memo

To:      Prisoner John Condon (2425)

From:    Deputy Warden Ross

Date:    May 2, 2014

Re:      Appeal of Special Management Status

---

    I am in receipt of your appeals of Special Management Status.  After review of both appeals I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:    Unit File

1

Department of Corrections

**MAINE STATE PRISON**

# Memo

To:      Prisoner John Condon (2425)

From:    Deputy Warden Ross

Date:    May 12, 2014

Re:      Appeal of Special Management Status

---

     I am in receipt of your appeals of Special Management Status.  After review of your appeal I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:     Unit File

1

$A_3$

6/6/14



## MAINE STATE PRISON
## NOTICE OF ADMINISTRATIVE CONTROL STATUS UNIT
## REFERRAL REVIEW

Prisoner: __CONDON, J.__          __#2425__          __CLOSE__
          Name               MDOC #              Unit

Your review is scheduled for _____

## Information considered:

Prisoner Condon, J. #2425 has been sentenced to life in prison for 3 counts of Murder.

On 3-5-14 Prisoner Condon, J. #2425 was placed on Administrative Segregation in the Special Management Unit of the Maine State Prison for making serious threats towards the safety of staff. Confidential information was receive by staff that prisoner CONDON made statements and was planning to assault the unit manager of the Maine State Prisons Close Custody Unit. This assault was supposed to cause serious bodily injury or death to the staff member. This incident is currently being investigated by the Maine State Prison's Inner Perimeter Security Team.

## DISCIPLINARY INFRACTIONS:

11/15/13 Prisoner Condon, J. was found guilty of a Class B theft violation, prisoner received 20 days of disciplinary restriction for this offense.

## SUMMARY:

Prisoner Condon, J #2425 was placed on Administrative Segregation because staff received confidential information that he was going to assault the close custody unit manager. This assault was going to cause serious bodily injury or death to the staff member. Prisoner CONDON has a very minimal incident history and disciplinary history. He was sentence to life in prison for 3 count of murder.

INTERNAL INVESTIGATIONS:

6/6/14

$A_4$

(REC'D 6/6/14
JOHN CONROW

_____ Approved/Disapproved   Date: _5-21-2014_
**Deputy Warden of Programs**

_____ Approved/Disapproved   Date: _5/21/14_
**Deputy Warden of Operations** / TROY ROSS

_____ Approved/Disapproved   Date: _5/21/14_
**Maine State Prison Warden** / RODNEY BOUFFARD

Distribution: Original-Prisoner

Copies: Associate Commissioner, Maine State Prisoner Warden, Deputy Warden of Operations, Deputy Warden of Programs Services, SMU CCTW, Health Services Director, Director of Mental Health, File.

(copy)

# PAGE ONE #

## MAINE DEPARTMENT OF CORRECTIONS
## PRISONER APPEAL OF ADMINISTRATIVE CONTROL PLACEMENT

6/6/14            John Condon            2425
Date              Prisoner Name          MDOC #

TO:  Commissioner, or designee:

On _____6/6/14_____, the following review took place.  The Team recommends:

[X]  **Placement on Administrative Control**

[ ]  **Retain Administrative Control**

[ ]  **Release from Administrative Control**

Appeal must be submitted to Commissioner, or designee, within fifteen (15) working days of receiving the decision. Upon receipt of this appeal, the Commissioner will have thirty (30) days to respond. I WAS PLACED ON A.C.U.

I wish to appeal for the following reasons: IT IS A VIOLATION OF MY CONST RT. T DUE PROCESS. THE D.P. CLAUSES OF THE U.S. (CONST. AMEND. XIV) AND MAINE (AR I, SECS. 6 & 6-A) CONSTS. PROHIBIT GOVT'S, INCLUDING PRISON OFFICIALS; FROM DEPRIVING ME OF THE FREEDOM & LIBERTY INTERESTS I WAS ENJOYING IN T GENERAL POPULATION OF MAINE ST PRISON WITHOUT DUE PROCESS OF LAW. THE BASIC REQUIREMENT OF D.P. LAW IS THE RT TO NOTICE & AN OPPORTUNIT TO BE HEARD AT A MEANINGFUL TIME AND IN A MEANINGFUL MANNER. I NOT BEEN AFFORDED THAT RT. TO FORCIBLY PLACE ME INSIDE AN ENVIRONM (GO TO P. TW
_____
Prisoner's Signature

_____     _____     _____
Receiving Person's Signature       Date & Time        Name & Title (Print)

*Attachment (A)*

☆ APPEAL · PAGE TWO ☆                                    A₂

AS SEVERE AND ISOLATED AS A "CONTROL UNIT" INSIDE A
SUPERMAX PRISON W/OUT AFFORDING ME THE BASIC AMERI-
CAN RIGHT TO PRESENT MY VIEWS DIRECTLY TO "THE
TEAM" (?) OR THE PERSON(S) WHO MAKE THIS GRAVE
LIBERTY INTEREST DECISION IS A FLAGRANT VIOLATION OF
MY DUE PROCESS RIGHTS AS A MAINE AND AN AMERICAN
CITIZEN.

    FURTHERMORE, I HAVE NOT BEEN CONVICTED OF
ANY DISCIPLINARY OFFENSE AND HAVE BEEN HELD IN SEGRE-
GATION AGAINST MY WILL FOR 100 DAYS SINCE MARCH 5ᵀᴴ,
2014, ON NEBULOUS ALLEGATIONS BY THIRD PARTY CON-
FIDENTIAL INMATE INFORMANTS. THESE SAME NEBULOUS
AND ONE-SIDED ALLEGATIONS ARE ALSO THE PURPORTED
"REASONS" FOR PLACING ME IN THIS ADMINISTRATIVE CONTROL
UNIT (ACU).

    ALL THESE ACTIONS CULMINATING, OR PERHAPS BETTER
SAID, MORPHING INTO A "VERBAL" PLACEMENT IN ACU BY
A TEAM THAT NEITHER COMMITTED THEMSELVES TO EITHER
APPROVING OR DISAPPROVING SUCH PLACEMENT (SEE ENCL'S'R),
BUT SENDING THEIR AGENT, CAPTAIN HAULETTE, TO WITHER
OUT THE DETAILS TO CONFUSED INMATES, IMPOSES ATYPICAL
AND SIGNIFICANT HARDSHIPS ON ME IN RELATION TO THE
ORDINARY INCIDENTS OF PRISON LIFE IN GENERAL POPULATION
AT MAINE ST. PRISON (MSP).

    THEREFORE, HAVING 15 DAYS IN WHICH TO ACTUALIZE
THIS APPEAL, I APPEAL THIS ACU PLACEMENT ON THIS
11ᵀᴴ DAY OF JUNE, 2014. _____

CC: ___PRISONER SIGNATURE:___ _____ JOHN CONNON #2425

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Um Howlett_  Date: _6-24-14_

_Sgt. Leonard_  Place: _SMU_

Prisoner: _Condon JS_  MDOC: _2425_

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

> Review

Prisoner in attendance at review?  ☒ Yes  ☐ No  If not, reason: _____

II.  Prisoner's Statement

_Being Treated Unfairley, Bring Charges or Let him go to G.P._

☐ Attachment(s) (specify): _____

III.  Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s):

_Pending Review To Admin Control Placement._

☐ Individualized Plan attached

IV.  ☐ Prisoner informed of decision and its basis and received a copy of this review form on
_____ at _____
      Date              Time

V.  Prisoner informed of his/her right to appeal:  ☐ Waived right  ☒ Did not waive right

Signature of Prisoner _____  Date _6-24-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Leonard_  Date _6-24-14_

VI.  Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____  Date _6-25-14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES       DOC FORM       A–15-1–C–E–8/19/11R
Distribution: Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
              Original to:  Unit Manager

## MAINE DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _CPT Howlett_          Date: _7/30/14_

_SGT Leonard_                   Place: _SMU_

_CCTW Duperre_

Prisoner: _Condon, J._          MDOC: _2425_

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

30 day 10th

Review of Ad-seg Status

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

II.  **Prisoner's Statement**

Still pleading not Guilty to threatening charge and wishes it would be Adjudicated

☐ Attachment(s) (specify): _____

III.  **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Reason(s): Pending review to Admin Control Placement

☐ Individualized Plan attached

IV.  ☑ Prisoner informed of decision and its basis and received a copy of this review form on
_7-30-14_ at _1520_
   Date         Time

V.  Prisoner informed of his/her right to appeal? ☐ Waived right ☑ Did not waive right

Signature of Prisoner X _____ Date _7-30-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Capt - Howlett_ Date _7-30-14_

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☐ Retain on administrative segregation status

Signature _____ Date _____

_ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES_  DOC FORM  A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
       Original to: Unit Manager

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. Burns_____  Date: _8/29/2014_

_D. Barter_____  Place: _SMU_____

_F. Burns_____

Prisoner: _Condon, J_____  MDOC: _2425_____

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_Review._

Prisoner in attendance at review?  [X] Yes  [ ] No  If not, reason: _____

II.  Prisoner's Statement

_I am still under investigation for alleged threats to staff. The administration has found me guilty, without any disciplinary proceeding._

[ ] Attachment(s) (specify): _____

III.  Unit Management Team's Decision and its Reason(s)

[ ] Remove from administrative segregation status
[X] Retain on administrative segregation status

Reason(s): _AD Seg pending ACU policy._

[X] Individualized Plan attached  NA

IV. [ ] Prisoner informed of decision and its basis and received a copy of this review form on
_8/29/14_____ at _Pm_____
Date                        Time

V.  Prisoner informed of his/her right to appeal.  [ ] Waived right  [X] Did not waive right

Signature of Prisoner _John Condon_____  Date _8/29/14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Michael Burns_____  Date _8-29-2014_

VI.  Chief Administrative Officer's or Designee's Review

[ ] Remove from administrative segregation status
[ ] Retain on administrative segregation status

Signature _____  Date _____

_ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES_    DOC FORM        A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
                  Original to: Unit Manager

MAINE DEPARTMENT OF CORRECTIONS
PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

8/29/14       John Conson       2425
Date          Prisoner Name       MDOC #

TO:  Chief Administrative Officer, or designee

On AUG. 29, 2014, the following review took place.

SPECIAL MANAGEMENT STATUS

☑ Review of Administrative Segregation status

☐ Review of Protective Custody status

Appeal must be submitted to the Chief Administrative Officer, or designee, within three
(3) working days of receiving the decision.

I wish to appeal for the following reasons: *whether I am on Ad.Seg. status
or Admin. Control Unit is a point of contention. How-
ever, the administration has, over time, taken the
position that "I have threatened staff." Blank statement.
I remind all of you that I was brought into SMCc 6
months ago for "allegations" I threat. staff and "reasons"
to hold me here (wait) "pending investigation" of allegations.
I have NOT been brought before any disciplinary board. Therefore
I am either still "under investi-
gation" or just plain inno-
cent until proven guilty.*

Prisoner's Signature John Conson

_____        _____        _____
Receiving Person's Signature        Date & Time        Name & Title (Print)

Department of Corrections

**MAINE STATE PRISON**

# Memo

| | |
|---|---|
| To: | Prisoner John Condon (2425) |
| From: | Deputy Warden Ross |
| Date: | August 29, 2014 |
| Re: | Appeal of Special Management Status |

---

I am in receipt of your appeal of Special Management Status. After review of your appeal I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:    Unit File

1

APPENDIX G

# COMMISSIONER'S SIX MONTHLY REVIEW OF ADMINISTRATIVE SEGREGATION STATUS

TO:    Commissioner, Department of Corrections

FROM: _Deputy Warden Troy Ross_
          Warden, Superintendent, or Designee   ☒ MSP   ☐ MCC

RE: Prisoner _Condon   J_          MDOC # _2425_

The above named prisoner has been on administrative segregation status for the past six (6) months. Approval is requested to retain the prisoner on Administrative Segregation Status because:

☐   The prisoner's behavior may constitute an escape risk if in a less restrictive status, specifically, _____
_____
_____

☑   The prisoner's behavior may pose a threat to the safety of others if in a less restrictive status, specifically, _Investigation by IPS_
_for possible threats towards staff._

☐   The prisoner's behavior may pose a threat to his/her own safety, if in a less restrictive status, specifically, _____
_____
_____

☐   There may be a threat to the safety of the prisoner, if in a less restrictive status, specifically, _____
_____
_____

DECISION:   ☒ APPROVED   ☐ DENIED   REASON: _____

_____
Signature, Commissioner

DATE AND TIME DECISION RECEIVED AT FACILITY: _9-8-14   1210hrs_

DECISION RECEIVED AT FACILITY BY: _____
                                    Printed Name / Signature

ATTACHMENT I
COMMISSIONER'S SIX MONTHLY REVIEW OF
ADMINISTRATIVE SEGREGATION STATUS                    DOC FORM  15.1(A) 08/25/12

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Capt. Howlett_  Date: _9-29-14_

_Sgt. Leonard_  Place: _SMU_

_OFF. Howlett Harding_

Prisoner: _Condon, J_  MDOC: _2425_

I.  **Reason(s) and Factual Basis for Placement** (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

Review - Pending results of Investigation of threats toward staff.

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

II.  **Prisoner's Statement**

I would like to know results of investigation. It has been over 6 months.

☐ Attachment(s) (specify): _____

III.  **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Reason(s):

Pend I have Results of Investigation

☑ Individualized Plan attached

IV.  ☐ Prisoner informed of decision and its basis and received a copy of this review form on
_9-29-14_ at _1430_
Date          Time

V.  Prisoner informed of his/her right to appeal: ☐ Waived right  ☑ Did not waive right

Signature of Prisoner _John Condon_ Date _9-29-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Capt. Howlett_  Date _9-29-14_

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☐ Retain on administrative segregation status

Signature _____  Date _____

*ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES*  DOC FORM  A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
Original to: Unit Manager



## MAINE DEPARTMENT OF CORRECTIONS
### PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

Oct 1, 2014    John Cannon    2425
Date                              Prisoner Name                              MDOC #

TO:  Chief Administrative Officer, or designee

On _Sept 29th_ , the following review took place.

**SPECIAL MANAGEMENT STATUS**

☑  Review of Administrative Segregation status

☐  Review of Protective Custody status

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision.

I wish to appeal for the following reasons: _I've been held in Ad. Segregation pending investigation into allegations that I threatened a staff member, an allegation, which if proven true, carries a max segregation time of 30 days. I've been held in Administrative Segregation for 213 days and this has imposed an atypical & significant hardship on me at 66 yrs. of age. Due process demands that you bring formal charges against me or release me._

_____
Prisoner's Signature

_____     _____     _____
Receiving Person's Signature        Date & Time                    Name & Title (Print)

PRISONER APPEAL                            DOC FORM                     A – 15.1 – C – G – 8/19/11R
SPECIAL MANAGEMENT  STATUS                                             A – 15.3 – H – D – 12/14/10

Department of Corrections

**MAINE STATE PRISON**

# Memo

To:      Prisoner John Condon (2425)

From:    Deputy Warden Ross

Date:    October 3, 2014

Re:      Appeal of Special Management Status

---

I am in receipt of your appeal of Special Management Status.  After review of your appeal I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:    Unit File

1



_APPENDIX J_

STATE OF MAINE
DEPARTMENT OF CORRECTIONS
111 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0111

PAUL R. LEPAGE
GOVERNOR

DR. JOSEPH FITZPATRICK
COMMISSIONER

September 30, 2014

Mr. John Condon #2425
Maine State Prison
807 Cushing Road
Warren, ME 04864

Dear Mr. Condon:

I am in receipt of your letter dated September 20, 2014.

Policy 15.1 Administrative Segregation status does say Commissioner or Designee. I was designated by Commissioner Ponte and Commissioner Fitzpatrick.

I signed your six month review in the Warden's office after a discussion about whether or not he (the Warden) still believes you are a serious threat. I take the Warden's opinion very seriously and did sign to continue your ad-seg status.

Respectfully,

Jody L. Breton, Deputy Commissioner

c/    Rod Bouffard, Warden
      Diane Sleek, AAG

PHONE: (207) 287-2711          (TTY) Maine Relay 711          FAX: (207) 287-4370

**PRISONER GRIEVANCE FORM**
Policies 29.1 and 29.2

**MAINE DEPARTMENT OF CORRECTIONS**

| TO BE COMPLETED BY GRIEVANCE REVIEW OFFICER: |
| --- |
| DATE RECEIVED 10-8-14 |
| LOG NUMBER |

| John Condon | 2425 | SMU |
| --- | --- | --- |
| Name | MDOC Number | Housing Unit |

A grievance must be filed with the Grievance Review Officer within fifteen (15) days of the matter being grieved. If you are filing after the expiration of the fifteen (15) day limit because it was not possible for you to have filed a grievance within the fifteen (15) day limit, explain what prevented filing within the time limit in the space below.
Explanation:

_____

**USE ONLY THE SPACE BELOW**
Concisely state the specific nature of your complaint, including all persons and dates involved, and state the specific remedy requested. You must include information showing when the fifteen (15) day time limit began:

ACCORDING TO MDOC POLICY No. 15.1 (AD. SEG STATUS) - PROCEDURE
E-7 (P. 12) - "THE CHIEF ADMINISTRATIVE OFFICER OR DESIGNEE
SHALL VISIT THE LIVING AREA WHERE THE AD. SEG. PRISONERS ARE
HOUSED AT LEAST WEEKLY" → ALTHO I HAVE SEEN D. WARDEN
TAUSEK MAKE VISITS HERE, NOT ONCE, NOT ONE TIME HAS
THE WARDEN (THE CAO) COME TO VISIT MY LIVING AREA
IN THE 219 LONG DAYS THAT I HAVE BEEN HELD IN
SOLITARY CONFINEMENT HERE. I CHARGE THAT IS A
DERELICTION OF ONE OF HIS MOST IMPORTANT DUTIES.

_____        _____
Signature of Prisoner                Date  10/7/14

Before filing a grievance with the Grievance Review Officer, you must have made an attempt at an informal resolution, by submitting this form to a supervisor designated by the facility Chief Administrative Officer within five (5) days of the matter being grieved.

| John E. Howlett | John E. Howlett | 10-7-14 |
| --- | --- | --- |
| Print Name of Supervisor (or HSA, if applicable) | Signature of Supervisor (or HSA, if applicable) | Date of Receipt of Form |

☐ Complaint Resolved. Describe resolution, including implementation date: _____

_____

_____        _____
Signature of Staff Resolving Complaint          Signature of Prisoner Agreeing to Resolution

☑ Complaint Not Resolved. Describe actions taken in attempt to resolve: _____

_____        _____
John E. Howlett                              10-7-14
Signature of Staff Attempting Resolution      Date Form Returned to Prisoner

Original to Grievance Officer
Prisoner to keep copy

Prisoner - Grievance Form
Attachment A

DOC FORM
08/15/2012R
29.1 and 29.2 (AF)

# MAINE DEPARTMENT OF CORRECTIONS
## NOTIFICATION OF DISMISSAL AND/OR RETURN

| **TO:** John Condon | **MDOC #:** 2425 | **DATE RECEIVED:** 10/08/14 |
|---|---|---|
| **FROM:** W. Atkinson, GRIEVANCE REVIEW OFFICER | | |

# DISMISSAL

☒ Your complaint has been dismissed due to the following:

☐ This matter is not grievable because:

    ☐ A separate appeal procedure exists.
    ☐ It does not directly affect you.
    ☐ A Departmental employee or contractor is not responsible.
    ☐ This is a complaint about a decision of the Grievance Review Officer.

☐ Your complaint is a duplicate of an earlier grievance.

☐ You did not attempt an informal resolution, as required by the Grievance Policy.

☐ Your grievance form was filed after the fifteen (15) day time limit had expired and it was possible for you to have filed within the time limit.

☐ Your grievance appeal form was filed after the fifteen (15) day time limit had expired and it was possible for you to have filed within the time limit.

☒ There has been an obvious abuse of the grievance process by you in that:

> It is not your place to hold the Warden to policy as it relates to his duties.

**YOU MAY NOT APPEAL A DISMISSAL**

_____  10/15/14
Signature of Grievance Review Officer          Date

# RETURN

☐ Your grievance form is being returned for you to provide sufficient information to show when the fifteen (15) day time limit began.  You must supply this information and return this grievance form for processing within the original fifteen (15) day time limit.

_____  _____
Signature of Grievance Review Officer          Date