MSP. SMU

Wendall Atkinson                    Oct. 15, 2014
Grievance Review
Officer
Maine St. Prison

    RE: Dismissal of My 10/8/14 Grievance

Mr. Atkinson:

You are entirely correct in stating that:

"It is NOT (my) place to hold the Warden to policy as it relates to his duties."

It is *your* Responsibility & Duty as a Legal Representative of Maine State Inmates Grieving the Actions or *inactions* of their Superiors.

cc:

Sincerely,

John Consar
#2025