CORRECTIONAL INSTITUTION

ZIP 33541 $ 002.45⁰
0001394473 AUG 07 2017

Tampa/St Pete FL 336
MON 07 AUG 2017 PM

USMS

PROVIDED TO
ZEPHYRHILLS C.I.
ON 8/7/17
FOR MAILING

#148840
ZCI. 2739 GALL BLVD.
Zephyr Hills FLA 33541

Christa K. Berry
Clerk of The Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401