Christa K. Berry
Clerk of The Court
U.S. District Court
202 Harlow St
Bangor, Maine

September 4, 2017

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 SEP -8 P 3:17

BY _____
DEPUTY CLERK

Re: Condon v. Bouffard, et al., Civil No. 1:16-cv-00372-JAW

Dear Madam Clerk:

Please find enclosed for filing in the above matter the plaintiff's letter to Maine State Prisons Law Librarian, Jackie Weddle.

Thank you.

Respectfully Submitted,

John J. Condon
#148840
Z.C.I. 2739 Gall Blvd
Zephyrhills, FLA 33541

cc: James E. Fortin, A.A.G.
    Jackie Weddle
    File

Encls.

PROVIDED TO
ZEPHYRHILLS C.I.
ON 9/5/17
FOR MAILING