Jackie Weddle  
Correctional Librarian  
Maine State Prison  
Warren, Maine 04864

Sept. 4th, 2017

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 SEP -8 P 3:18
BY_____ DEPUTY CLERK

PROVIDED TO
ZEPHYRHILLS C
ON 9/5/17
FOR MAILING

RE: MSP Inmate Request

Dear Ms. Weddle:

Let us get something understood here. I am a MSP inmate who the MDOC transferred to Florida where I have no ready access to state law, statutes or policy statements.

I've made a request for MDOC policy statement No. 15.1 (Administrative Segregation Status) and you refuse to respond.

As you well know Ms. Weddle, the federal courts have ruled that when a prisoner is transferred out of the state that convicted him, the transferred inmate may request, and receive, the home (or convicting) states laws, statutes, case law, policies, etc. that are now unavailable to him at the receiving state, through the sending states law library, librarian, by U.S. mail.

The law library & librarian is you.

Just because I am involved in a current civil rights lawsuit against some current and former MDOC officials does

NOT BAR" me from ACQUIRING LEGAL MATERI-
ALS I NORMALLY could REQUEST & RECEIVE
whether I was in MSP or RESIDING in
ANOTHER STATE.

In other words Ms. WEDDLE, I do
NOT HAVE TO go Through "DISCOVERY" in
my CIVIL RIGHTS ACTION IN FEDERAL COURT
TO OBTAIN MDOC policy # 15.1 THAT IS
AVAILABLE TO me ON REQUEST whether I
AM involved in A CIVIL RIGHTS CASE or NOT.

I Hope you understand That AND IF
Some MDOC official or ATTORNEY GENERAL's
office is TELLING you otherwise... NAME
THEM, Him or Her AND I'LL TAKE IT from
There. AGAIN, and for The LAST TIME, I
request MDOC policy No. 15.1... AND further,
In ADDITION, I ALSO REQUEST MDOC policy
NO. 20.1 (PRISONER DISCIPLINE) AS WELL.

Respectfully Submitted,

JOHN J. CONDON
#148840
ZCI. 2739 GAll Blvd.
Zephyrhills, FLA
33541

cc/ Clerk, U.S. Dist. Court
(Bangor)
file
James E. Fortin, AAG.