

John Condon
# 148840
ZCI · 2739 Gall Blvd.
Zephyr Hills, FLA 33541

PROVIDED TO ZEPHYRHILLS C.I.
ON 9/5/17 FOR MAILING

Christa K. Berry
Clerk of The Court
U.S. District Court — Dist. of Maine
202 Harlow St.
Bangor, Maine 04401

MAILED FROM A CORRECTIONAL INSTITUTION