UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN JAY CONDON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:16-cv-00372-JAW |
| | ) | |
| RODNEY BOUFFARD, et al., | ) | |
| | ) | |
| Defendants | ) | |

## PROCEDURAL ORDER

On July 26, 2017, the Court granted in part and denied in part Defendants' motion to dismiss. (Order, ECF No. 37.) On July 27, 2017, the Court issued a Scheduling Order. (ECF No. 38.) A review of the Court's docket, however, revealed that because Defendants have not filed a response to the complaint following the Court's order on the motion to dismiss, the Scheduling Order was premature. The Court, therefore, vacates the Scheduling Order, and orders Defendants to file their response to Plaintiff's complaint on or before September 20, 2017. Upon the filing of the response, the Court will issue a new Scheduling Order.

### NOTICE

Any objections to this Procedural Order shall be filed in accordance with Fed.R.Civ.P. 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of September, 2017.