Christa K. Berry
Clerk of The Court
United States District Court
202 Harlow St
Bangor, Maine 04401

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 SEP 18 P 3:06
BY_____
DEPUTY CLERK

9/12/17

Re: Condon v. Bouffard, et al.
    Civil No. 1:16-cv-00372-JAW

Dear Madam Clerk:

Enclosed "Certificate of Service" in the above matter for the same reasons I set forth in my letter of 9/11/17 to you.

Sorry to bother you, and Thanks

Respectfully Submitted,

[signature] prose
#148840

John J. Condon
ZCI - 2739 Gall Blvd
Zephyrhills, FLA 33541

cc: James E. Fortin, AAG
    file
    enclosure

PROVIDED TO
ZEPHYRHILLS C.I.
ON 9/13/17
FOR MAILING

United States District Court
— District of Maine —

John Jay Condon,
       Plaintiff
v.                                      Civil No.
Rodney Bouffard, et al.,                1:16-CV-00372-JAW
       Defendants

— Certificate of Service —

I certify that I placed: "Plaintiff's First Request for Production of Documents From Defendant Jody Breton" in the hands of an institutional legal mail official for mailing to: James E. Fortin, A.A.G., Office of the Attorney General, Six State House Station, Augusta, Maine 04333 on this 12th day of September, 2017.

#148840
John J Condon
ZCI - 2739 Gall Blvd.
Zephyr Hills, FLA
33541