John J. Condon
#148840
ZCI. 2739 Gall Blvd.
Zephyrhills, FIA 33541

TAMPA
MAILED FROM A
CORRECTIONAL
INSTITUTION
13 SEP 17
PM 4 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 3354
02 1W
0001394473 SEP 13 2017
USA FOREVER

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 SEP 18 P 3:06

Christa K. Berry
Clerk of The Court
United States District Court
202 Harlow St.
Bangor, Maine 04401

USMS

Legal
PROVIDED TO
ZEPHYRHILLS C.I.
ON 9/13/17
FOR MAILING