Christa K Berry
Clerk of the Court
United States District Court
The District of Maine
202 Harlow St.
Bangor, Maine 04401

9/11/17

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 SEP 18 P 3:06
BY_____
DEPUTY CLERK

Re: Condon v. Bouffard, et al.
Civil No. 1:16-cv-00372-JAW

Dear Madam Clerk:

I enclose a Certificate of Service here during the Discovery phase in the above Civil Rights case. I am aware that this is not necessary, however, the Assistant Attorney General (James E. Fortin) who took over this case from the retiring A.A.G. Diane Sleek, does not appear to be responding to this pro se prisoner's Discovery Requests. He may (also) be taking unfair advantage of the 14-day "delay" of communications by U.S. Postal Mail from Florida to Maine (seven days up... seven days back) so as to "play-out" the Court's orders scheduling time Dead-Lines set for Discovery in this case.

I know the correct protocol should such non-response become blatent.... That is, to write Counselor Fortin, and ask him in so many words: "what's up with the no-response?" However, that could take up to 20

PROVIDED TO ZEPHYRHILLS C.I. ON 9/13/17 FOR MAILING

days to ascertain his "attitude." (Seven days up, seven days back... and seven days "waiting" if no response).

Therefore Madam Clerk, I start to enclose my certificates of service to establish an evidentiary record should the Court have to be bothered by this dispute.

Thank you for your patience.

Respectfully Submitted,

*pro se*

John J. Condon
#148840
ZCI. 2739 Gall Blvd.
Zephyrhills, FL 33541

cc: James E. Fortin, AAG
    file

UNITED STATES DISTRICT COURT
— DISTRICT OF MAINE —

JOHN JAY CONDON,
    PLAINTIFF,
  v.
RODNEY BOUFFARD, et al.
    DEFENDANTS.

Civil No. 1:16-cv-00372-JAW

— Certificate of Service —

I certify that I placed the "Plaintiff's First Request for Production of Documents from Defendant Troy Ross" in the hands of an Institutional Official for mailing to: James E. Fortin, A.A.G., Office of The Attorney General, Six State House Station, Augusta, Maine, 04333, on this 12th Day of September, 2017

John J. Condon
#148840
ZCI: 2739 Gall Blvd.
Zephyrhills, FLA 33541