John Conyson
#148840
ZCI · 2739 Gall Blvd.
Zephyrhills, FLA 33541

PROVIDED TO
ZEPHYRHILLS C.I.
ON 9/13/17
FOR MAILING

~Legal Mail~

MAILED FROM A
CORRECTIONAL
INSTITUTION

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 SEP 18 P 3:06
BY_____
DEPUTY CLERK

Christa K. Berry
Clerk of The Court
United States District Court
202 Harlow St.
Bangor, Maine 04401