UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| JOHN JAY CONDON , | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:16-cv-00372-JAW |
| | ) | |
| RODNEY BOUFFARD et al, | ) | |
| Defendants, | ) | |

## SCHEDULING ORDER

In accordance with Fed.R.Civ.P. 16(b) and the Cost and Delay Reduction Plan for the District of Maine, the Court proposes this Order as the Scheduling Order in this case and hereby forwards it to counsel or unrepresented parties.  Unless an objection to this Order and a proposed discovery plan are filed by October 12, 2017, the Court will conclude that the terms and deadlines established in this proposed scheduling order are not objected to.  An objection to this Order shall contain a detailed explanation of the reasons for each requested alteration of this Order.  If no objection is timely filed, this Order shall constitute the Court's Scheduling Order under Fed.R.Civ.P. 16(b).

Track Assignment:   This case has been assigned to the Prisoner Track. Discovery is limited to not more than 30 interrogatories per opposing party (subparts not permitted); 30 requests for admission per opposing party; 2 sets of requests for production per opposing party; and 5 depositions per party.

Subject Matter Jurisdiction:  42 U.S.C. § 1983 –  Civil Rights Act

Jury Trial: Demanded

Deadline for Amendment of the Pleadings:  December 7, 2017

Deadline for Joinder of Parties:  December 7, 2017

Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefore by:   December 7, 2017

Defendants shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefore by:   January 11, 2018

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P. 26(a)(2)(B).   All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery:  February 8, 2018

Counsel are advised that absent some excusable circumstance, discovery initiatives must be timely initiated so that the response of the opposing party is filed prior to the discovery deadline.

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda:  March 1, 2018

Ready for Trial Date by: May 8, 2018

Further Matters in Aid of Disposition: Plaintiff shall make a written settlement demand upon Defendants by January 25, 2018.  Defendants shall respond in writing by February 8, 2018.

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.

SO ORDERED.

/s/ John C. Nivison
John C. Nivison
U.S. Magistrate Judge

Dated this 21st day of September, 2017.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**



Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356

Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

TO: Parties of Record

RE: CONDON v. BOUFFARD et al
Civil Docket No. 1:16-cv-00372-JAW

Enclosed herewith please find a copy of the Scheduling Order filed in the above matter.

Also enclosed for plaintiff is a Consent to Proceed before United States Magistrate Judge Form which is to be completed by all parties and filed with the Clerk, if it is the intention of all parties that the above matter be tried before U.S. Magistrate Judge John C. Nivison.  It shall be the responsibility of plaintiff to circulate the Consent Form among all parties, once appearances are known.  The Consent Form is to be returned to this office <u>ONLY</u> if it is executed by all parties.

It is the practice of the Magistrate Judge to endeavor to specially assign for trial the consent cases, whereas cases assigned to be tried before U.S. District Judge John A. Woodcock, Jr. will be placed on a trailing trial list.

Pursuant to the provisions of 28 United States Code, Section 636(c)(l), Magistrate Judge John C. Nivison has been designated with the authority to conduct all proceedings in <u>jury</u> and <u>nonjury</u> civil cases.

Sincerely,
Christa K. Berry
Clerk


by:  /s/ Carianne Sawyer
    Deputy Clerk


Enc.