UNITED STATES DISTRICT COURT
— DISTRICT OF MAINE —

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 SEP 25 P 2: 36

BY_____
DEPUTY CLERK

JOHN JAY CONDON,
   Plaintiff
   v.
RODNEY BOUFFARD, et al.,
   Defendants

Civil No.
1:16-CV-00372-JAW

PROCEDURAL QUESTION FROM PRISONER
— PRO-SE PLAINTIFF —

— IN RE: New Scheduling Order —

Plaintiff has received the Court's September 11, 2017, Procedural Order (Document No. 43) today, Tuesday, September 18, 2017, stating that a new scheduling order would be issued pursuant to Defendants filing a response to the Court's order of July 26, 2017 (Document No. 37).

Per the old scheduling order filed on July 27, 2017, (Document No. 38), The Plaintiff HAS ALREADY sent six discovery requests upon the Defendants. On the below listed dates, the Plaintiff sent by U.S. Postal Mail from Florida the following discovery requests upon the Defendants in Maine:

PROVIDED TO
ZEPHYRHILLS C.I.
ON 9/20/17
FOR MAILING

(1) AUGUST 4, 2017: SENT SET OF INTER-ROGATORIES TO DEFENDANT RODNEY BOUFFARD;

(2) AUGUST 23, 2017: SENT SET OF INTER-ROGATORIES TO DEFENDANT TROY ROSS;

(3) SEPTEMBER 5, 2017: SENT SET OF INTER-ROGATORIES TO DEFENDANT JODY BRETON;

(4) SEPTEMBER 5, 2017: SENT REQUEST FOR PRO-DUCTION OF DOCUMENTS TO DEFENDANT RODNEY BOUFFARD;

(5) SEPTEMBER 13, 2017: SENT REQUEST FOR PRO-DUCTION OF DOCUMENTS TO DEFENDANT TROY ROSS;

(6) SEPTEMBER 13, 2017: SENT REQUEST FOR PRO-DUCTION OF DOCUMENTS TO DEFENDANT JODY BRETON.

## THE QUESTION:

With a new scheduling order now to be issued, what effect will that have upon the above discovery requests plaintiff has already sent to the defendants? i.e. will plaintiff have to re-write/re-send and accordingly, re-set the time dead-lines for the defendants' responses... or just re-set the time dead-line for each one of the six from the date of the issuance of the new scheduling order?

Plaintiff apologizes for having to bother the Court with this matter but no-one around here (prison) is compe-tent enough to answer a question like this and plaintiff has no contact with any attorneys other than by U.S. postal mail and it is doubtful they would want to respond to a case they are not directly involved in.

-2-

Wherefore, the plaintiff will await the Court's (or) the Clerk's response to this query and he will cease any more discovery requests upon the Defendants until the new scheduling order is issued.

Dated this 18th day of September, 2017.

Respectfully,

/s/ John Condon, pro se
#148840

John J. Condon
ZCI. 2739 Gall Blvd.
Zephyrhills, FLA 33541

## Certificate of Service

I certify that I placed a copy of this "Procedural Question from Prisoner Pro Se Plaintiff" in the hands of an institutional official for mailing to: James E. Fortin, A.A.G., Office of the Attorney General, State House Station #110, Augusta, Maine 04333 on this 19th day of September, 2017.

/s/ John J. Condon

-3-