John Condon
#148840
ZCI. 2739 Gall Blvd.
Zephyr Hills, FLA 33541

Legal Mail

PROVIDED TO
ZEPHYRHILLS C.I.
ON 9/20/17 TV
FOR MAILING

MAILED FROM A
CORRECTIONAL
INSTITUTION

Christa K. Berry
Clerk of the Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401