United States District Court
— District of Maine

John-Jay Condon,
   Plaintiff,

v.

Rodney Bouffard, et al.
   Defendants.

Civil No. 1:16-cv-00372-JAW

### Reply To Response To Motion for Clarification

Plaintiff hereby replies to Defendants' response to Motion for Clarification which arose out of a "Procedural Question" (styled by the Court as a Motion for Clarification) the Plaintiff sent to the Court by mail from Florida on September 19, 2017.

Plaintiff agrees with the Defendants' response in totality.

Plaintiff will re-send a request for Production of Documents to Defendant Rodney Bouffard.

Wherefore, plaintiff feels the Defendants have clarified his "Procedural Question," and if the Court agrees, nothing more needs be done on this instant matter.

Dated this 22nd day of October, 2017

*signature*

John J. Condon, pro se
#148840
ZCI-2739 Gall Blvd.
Zephyrhills, FLA 33541

## Certificate of Service

The undersigned hereby certifies that he served the above document by first class mail to the following:

James E. Fortin, AAG
Office of the Attorney General
Six State House Station
Augusta, Maine 04333

October 23, 2017

*signature*

John J. Condon, pro se