CHRISTA K BERRY                                    10/23/17
CLERK of THE COURT
UNITED STATES DISTRICT COURT
      DISTRICT of MAINE
202 HARLOW ST.
BANGOR, MAINE 04401

RE: CONDON v. BOUFFARD, et al
      Civil NO 1:16-cr-00372-JAW


DEAR MADAM Clerk:

      Please find Enclosed The plaintiff's:

"REPLY TO RESPONSE TO MOTION for Clarification."


                              Thank You

                              Respectfully Submitted

                              JOHN J. CONDON, prose
                              ZCI. 2739 GALL BLVD
                              Zephyrhills, FlA 33541

CC. JAMES E FORTIN, AAG
    file
    Encls