UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

John Jay Condon,
  Plaintiff,
v.
Rodney Bouffard, et al.,
  Defendants.

Civil No.
1:16-cv-00372-JAW

Motion for Leave to Amend Plaintiff's Second Declaration of John Jay Condon

— BACKGROUND —

On May 30, 2017, Plaintiff sent by mail to the Court and to the Defendants' Attorney a "Second Declaration of John Jay Condon."

Plaintiff pro se would now move to amend that document by:

(1) Adding one word ("serious") to page 6, ¶2 and
(2) Adding an appendix at end of Declaration that will be noted as a footnote on page 5, ¶2(3). (See enclosed).

The word added is "serious" and it will fit between the words "same" and "redress" at the end of that cite. The appendix is a letter from Attorney Hanstein confirming payment.

The Deadline for "Amendment of Pleadings" is December 7, 2017.

Wherefore, Plaintiff requests of this Court leave to Amend the Plaintiff's "Second Declaration of John Jay Condon."

Dated this 10th Day of November, 2017

/s/ John J. Condon, pro se

John J. Condon
#148840
ZCI: 2739 Gall Blvd.
Zephyrhills, FLA 33541

— Certificate of Service —

The undersigned hereby certifies that he served the above document by mailing it, postage pre-paid, in U.S. Mail to:

James E. Fortin, AAG
Office of the Atty Gen.
Six State House Station
Augusta, Maine 04333

11/10/17   /s/ John Jay Condon