# SANDERS & HANSTEIN, P.A.
*Attorneys at Law*

PO Box 192
Farmington, Maine 04938
(207) 778-3432
FAX: (207) 778-0526

David M. Sanders
Walter Hanstein
Thomas J. Carey

david@sandershanstein.com
woody@sandershanstein.com
tom@sandershanstein.com

August 29, 2017

John J. Condon, DC#148840
Zephyrhills Correctional Institution
2739 Gall Blvd.
Zephyrhills, FL   33541

Dear John:

    I am writing primarily to confirm, as you requested in your letter of August 18, 2017, that you did indeed pay me $1,500 in legal fees back in 2014 for me to look into the transcripts, closing arguments, and instructions in your homicide case here in Maine with an eye towards seeing whether some possible appeal or clemency might be available to you. This $1,500 retainer was paid in the form of two checks exactly on the schedule we agreed upon.

    Please get back to me if there is any other information which I can provide to you, and I once again wish you the best of luck.

Very truly yours,

Walter Hanstein, Esq.

WH/rh