CHRISTA K BERRY                    November 10, 2017
Clerk of The Court
U.S. District Court
  District of Maine
202 Harlow St.
Bangor, Maine 04401

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 NOV 16 P 2 37

BY_____
DEPUTY CLERK

Re: Condon v. Berryhard, et al.
    Civil No. 1:16-cv-00372- JAW

Dear Madam Clerk:

    Please find enclosed for filing The
Plaintiff's

Motion For Leave To Amend Plaintiff's
"Second Declaration of John Jay Condon".

    Thank you.

                    Respectfully Submitted,

                    JOHN J. Condon
                    # 148840
                    Z.C.I. 2739 GALL BLVD
                    Zephyrhills, FLA
                                33541

cc: James E. Fortin, AAG
    file
    enclosure