# UNITED STATES DISTRICT COURT
## DISTRICT of MAINE

JOHN JAY CONDON,
    PLAINTIFF,

  v.

RODNEY BOUFFARD, et al.,
    DEFENDANTS.

)
)
)
)
)
)
)
)

Civil No.
1:16-CV-00372-JAW

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 NOV 16 P 2: 36

# — SECOND —
# DECLARATION of JOHN JAY CONDON

I DECLARE THAT I AM JOHN JAY CONDON, THE PLAINTIFF pro se IN THE ABOVE TITLED ACTION and, PURSUANT TO 28 U.S.C. 1746, I DECLARE UNDER THE PENALTY of PERJURY THAT THE following IS TRUE AND CORRECT!

I WAS SENTENCED TO A NATURAL LIFE SENTENCE TO BE SERVED AT MAINE STATE PRISON IN 1982. STATE V. CONDON, 468 A.2d 1348 (Me. 1983). SOON AFTER MY ARRIVAL AT MSP, I WAS TRANSFERED PURSUANT TO 18 U.S.C 5003 (a) INTO THE CUSTODY of THE UNITED STATES BUREAU of PRISONS WHERE I SPENT THE first 30 YEARS of THAT SENTENCE HOUSED IN VARIOUS UNITED STATES PENITENTIARIES (USP's) ACCROSS THE COUNTRY.

DURING THE LAST 10 YEARS IN THE FEDS, I DEVELOPED A PLAN TO RETURN TO MAINE AFTER A COMPLETION of 30 YEARS TO ATTEMPT

ONE MORE EFFORT TO GET OUT from under This NATURAL LIFE SENTENCE. THE APPEAL would PRI-MARILY BE BASED upon THE MASSIVE ANTI-INSANITY DEFENSE PUBLICITY That WAS gen-ERATED By THE ACQUITTAL of John Hinckley, Jr., BY reason of INSANITY, for His shooting of THE PRESIDENT of THE UNITED STATES, RONALD REAGAN. THAT VERDICT, out of WASHINGTON D.C., Just Days before THE START of My TRIAL, SENT Inflammatory publicity very HOSTILE TO THE USE of THE INSANITY Defense ACCROSS THE NATION for WEEKS ON END. My INSANITY Defense, Consisting of A COLOSSAL 15 MENTAL INSTITUTE Commitments iN FIVE STATES AND THE DISTRICT of COLUMBIA iN THE TEN years PRIOR TO THE MURDERS, WAS SHOT TO HELL.

In 2011, While BEING Housed AT THE USP McCreary iN KENTUCKY, I RECEIVED A letter from A Scott McCafferty, MDOC Director of CLASSIFICATION, inquiring if I Would Like TO RETURN To MAINE. THAT letter, SEEMING TO Me LIKE A DESTINY fulfilling EVENT iN THAT It Co-incided WITH My WELL thought-out PLANS TO RETURN TO MAINE After 30 years, WAS AN EASY one TO REPLY TO. AFTER Some Bureaucratic paper WORK, I RETURNED TO MAINE STATE PRISON IN April of 2012.

My PLAN WAS TO HIRE AN ATTORNEY, PRACTICED iN THE field of THE INSANITY Defense, AND After Thoroughly BRIEFING HIM on THE Phone OR IN PERSON, HAVE Him DO Some RESEARCH, Legwork, WHATEVER IT Took for Him TO GET A firm HANDLE on MY CASE.

After all was said and done, I wanted him to give me his professional opinion on the best way forward with my case.

I went about scouting the small population at MSP[1] seeking references to attorneys known for their work with the insanity defense. After a few weeks, I felt I had come upon the perfect man for the job: Walter Hanstein, Esq., of Farmington, Maine. I got in touch with him, explained everything I wanted to and how little I had on hand material wise. We settled on a fee of $2,500 to be paid in stages, incrementally, should either of us make a judgment that my appeal chances were just too slim to warrant his continuation.

I raised some money through the trusted help of friends on the street, sent $1,000 to Hanstein who went to work by first digging up some archive transcripts of my trial from the Portland Superior Court.

The purpose of this declaration is not to discuss or re-hash my criminal case or appeal efforts, but using these facts as a backdrop here, to express the sincere importance of this trip back to Maine after 30 years. Important not only to my appeal,

_____

[1] Maine State Prison was not only a rocket shot from the life I was experiencing in the United States Penitentiaries, but also a severe culture shock. I much preferred the Feds.

BUT ALSO AS TO MY upcoming CONDUCT AND
BEHAVIOR While At MSP! IN OTHER words,
ANY POTENTIAL freedom That I WAS STRIVING
FOR IN THE future DEPENDED, IN PART, upon MY
CONDUCT AND BEHAVIOR IN THE PRESENT,
While I WAS At MSP. IT ALSO gave me THE
OPPORTUNITY TO DEMONSTRATE TO ALL MSP AND
MDOC officials, PAST AND PRESENT, THAT THERE
WAS A "Night AND Day" Difference BETWEEN MY
PRESENT Conduct & BEHAVIOR AS Compared TO
THE Conduct AND BEHAVIOR of THE JOHN JAY
CONDON THEY witnessed AND RECORDED prior
To MY TRIAL ②

        IN SHORT, MY CONDUCT While AT MSP
HAD TO be EXEMPLARY, period. THAT WAS THE GOL-
DEN RULE I HAD LAID down for MYSELF when I
first stepped out of The VAN onto THE green
grass of MAINE STATE PRISON : TOTAL Control,
SERENITY AND Turn THE OTHER cheek. AND MY
CONDUCT HAS BEEN EXEMPLARY Coming into MAINE
from THE FEDS with only ONE DISCIPLINARY
REPORT IN THE LAST 16 YEARS (GAMBLING PARA-
PHANALIA). IN ADDITION, MY CONDUCT AT MSP

② While AWAITING TRIAL IN 1981-82, I was BEING HELD
at THE cumberland County fair IN Portland AND causing
SUCH Turmoil THERE THAT THE Sheriff of Cumberland
County petitioned THE court To have me transferred to
MAINE STATE PRISON for safe-keeping. BECAUSE HE
DID NOT HAVE THE STAFF or FACILITIES To Hold me.
That Sheriff, MARTIN Joyce, TESTIFIED AT MY TRIAL That
HE HAD NEVER SEEN A more out-of-Control prisoner in
THE 30 YEARS HE HAS BEEN doing JAIL WORK. THE NEXT
DAY I was TRANSFERRED to The SEGREGATION UNIT of MSP
where MY MANIC BEHAVIOR CONTINUED.

HAD BEEN EXEMPLARY from April 9 2012, Right
up to March 5, 2014, when This TWISTED SET of
THREATENING ALLEGATIONS TORPEDOED ALL THAT I
HAD PLANNED AND WORKED up TO FOR.

I'm NOT STUPID. I HAD OVER 32 YEARS of
PRISON CONVICT LIFE up TO THAT POINT (32 years!)
Complete WITH CONFIDENTIAL INFORMANTS IN
EVERY PRISON I'VE EVER BEEN IN. I KNOW THE
ROPES. I'VE BEEN AROUND THE BLOCK... I DIDN'T
JUST fALL of SOME DADDY-WAGON AND BOUNCE
INTO MAINE STATE PRISON. No, my ENTRY INTO
MSP WAS TEN years IN The MAKING AND MeThod-
ICAL. I'M NOT JUST GOING TO WALK AROUND
AND BLOW EveryThing BY SAYING I AM going
TO KILL SOMEONE? I HAD A LOT AT STAKE
HERE!

(1) MY Appeal CHANCES from A NATURAL
LIFE OR SLOW DEATH SENTENCE (AND I'M
65 years old at THAT point);

(2) THE MONEY I RAISED from FRIENDS.
FRIEND'S MONEY. MONEY MEANT Specifically
for This Appeal EFFORT;

(3) THE HIRING of WALTER HANSTEIN ESQ
and PAYMENTS TO HIM AT THAT POINT (3/5/14)
of $1,500. ①

I'm Just Going TO TOSS ALL THAT OVERBOARD
?? SOMEBODY'S GOT me MIXED up WITH Some-
ONE ELSE. I'M NOT THAT Gay. I'M upset
and I HAVE A Right TO BE. THEN THESE
DEFENDANTS Hold me Down (for 235 DAYS for
AN "INVESTIGATION" THAT WAS questionable,
TO SAY The LEAST), AND PROCEED TO TELL FLORIDA
THAT I DID THREATEN AND THAT I WAS ASSAUL-
TIVE WHEN I NEVER SAW THE fIRST IOTA of

① SEE APPENDIX 'A' TO CONFIRM PAYMENT.

-5-

DUE PROCESS ON ANY OF THOSE "CONVICTIONS," THEN FLORIDA, AFTER TELLING ME I CAN'T HAVE ANY OF MY PROPERTY IN THEIR SYSTEM (32 YEARS) EXCEPT LEGAL MATERIAL, PUNISH ME FOR "THREATENING" AND BEING "ASSAULTIVE" (UP IN MAINE!) ALL BE- CAUSE THESE DEFENDANTS DIDN'T HAVE THE COURAGE OR THE WITS TO TRY ME THEMSELVES.

I LOST MONEY. I LOST FRIEND'S MONEY. I LOST NEARLY TWO YEARS OF MY LIFE AT AGE 66 to 68 and MOST ASSUREDLY, I WILL TELL THIS COURT AND ANYBODY ELSE, I SUFFERED FOR THAT AMOUNT OF TIME... THAT FLORIDA C.M. UNIT AT SUWANNEE WAS, WITHOUT DOUBT, THE HARDEST TIME I'VE EVER PULLED. SO I'M GOING TO BE STRAIGHT-UP HONEST HERE, I'M LOOKING FOR SOME SERIOUS REDRESS HERE. SO ENDS THIS DECLARATION

DATED THIS 30th DAY OF __MAY__, 2017

John T. Condon, pro se #148840
ZCI 2739 GALL BLVD.
Zephyr Hills, FLA 33541

— CERTIFICATE OF SERVICE —

I CERTIFY THAT I PLACED THIS SECOND DE- CLARATION OF JOHN JAY CONDON IN THE HANDS OF AN INSTITUTIONAL OFFICIAL FOR MAILING TO: DIANE SLEEK, AAG OFFICE OF THE ATTORNEY GEN- ERAL, STATE HOUSE STATION SIX, AUGUSTA, MAINE, 04333 ON THIS:

30th DAY OF __MAY__, 2017