UNITED STATES DISTRICT COURT
— DISTRICT of MAINE

John Jay Comson, )
Plaintiff, )
v. ) Civil No.
Rodney Bouffard, et al., ) 1:16-CV-00372-JAW
Defendants. )

## MOTION FOR LEAVE TO WITHDRAW DEMAND for Jury TRIAL

Plaintiff pro se, a Maine State Prisoner now being housed by the Florida Department of Corrections, first filed his Complaint against the Defendants here on August 9, 2016. In his Civil Rights Complaint, the Plaintiff demanded a Jury Trial.

Plaintiff now requests to withdraw his demand for a Jury Trial and instead would prefer a Bench Trial before either the United States District Court Magistrate or the United States District Court Judge.

Wherefore, Plaintiff requests this Court to allow him to withdraw his original demand for a Jury Trial.

Dated this 19th Day of November, 2017

*[signature]* Pro Se
#148840
ZCI: 2739 Gall Blvd.
Zephyrhills, Florida 33541

## Certificate of Service

The undersigned hereby certifies that he served the above document by mailing it, postage paid, to the following:

James E. Fortin, AAG.
Office of the Attorney General
Six State House Station
Augusta, Maine 04333

*[signature]*
John J. Conson