Condon, John  DC# 148840
ZCI. 2739 Gall Blvd.
Zephyrhills, FLA 33541

MAILED FROM A FLORIDA CORRECTIONAL INSTITUTION

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 NOV 24  P 2: 34
DEPUTY CLERK

PROVIDED TO
ZEPHYRHILLS C.I.
ON 11/20/17
FOR MAILING

USMS ME

Christa K. Berry
Clerk of The Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401