Christa K Berry  
Clerk of The Court  
U.S. District Court  
District of Maine  
202 Harlow St.  
Bangor, Maine 04401

December 10, 2017

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2017 DEC 14 P 3:58
BY _____ DEPUTY CLERK

IN RE: Discovery Dispute  
Condon v. Bouffard, et al.  
Civil No. 1:16-cv-00372-JAW

Dear Madam Clerk:

The plaintiff pro se in the above titled matter is experiencing a discovery dispute with defendant Troy Ross who has objected to plaintiff's First Request for Production of Documents (see Attachment 'A'). Plaintiff has made a good faith effort towards defendant to resolve this dispute by agreement pursuant to Rule 26 of the Local Rules of the United States District Court for the District of Maine (see Attachment 'B').

Comprised of a letter to defendants' attorney (Attachment B), plaintiff sent this goodwill effort to counsel on November 6, 2017, and to date, December ___, 2017, he has been unsuccessful in receiving a reply.

Therefore, pursuant to same Local Rule 26, plaintiff seeks "a prompt

PROVIDED TO ZEPHYRHILLS C.I. ON 12/11/17 FOR MAILING

hearing with a judicial officer by telephone (or in person)." Most likely, any hearing will be conducted by telephone as the plaintiff pro se is a prisoner incarcerated at Zephyrhills Correctional Institute, 2739 Gall Boulevard, Zephyrhills, Florida 33541.

Respectfully Submitted,

*[signature]*

JOHN J. CONDON
#148840
ZCI 2739 GALL BLVD.
ZEPHYRHILLS, FLA 33541

December 2017

## Certificate of Service

The undersigned hereby certifies that he served the above documents by 1st Class Mail to:

JAMES E. FORTIN, A.A.G.
OFFICE OF THE ATTORNEY GENERAL
SIX STATE HOUSE STATION
AUGUSTA, MAINE 04333

December 11, 2017.

*[signature]*

JOHN J. CONDON   PLAINTIFF PRO SE