John Cowdon
#148840
ZCI. 2739 Gall Blvd.
Zephyrhills, FLA 33541

PROVIDED TO ZEPHYRHILLS C.I.
ON 12/11/17 cef
FOR MAILING

Christa K. Berry
Clerk of the Court
United States
District of Maine
202 Harlow St.
Bangor,

MAILED FROM A CORRECTIONAL INSTITUTION