CHRISTA K. BERRY
CLERK of THE COURT
U.S. DISTRICT COURT
DISTRICT of MAINE
202 HARLOW ST.
BANGOR, MAINE 04401

December 21st, 2017

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2017 DEC 27 P 1:52

BY_____
DEPUTY CLERK

RE: Condon v. Bouffard, et al.,
    Civil No. 1:16-cv-00372-JAW

DEAR MADAM CLERK:

I am experiencing ANOTHER discovery dispute with opposing counsel on the above docketed case. I wrote the Court on December 11th, 2017, regarding the previous unsettled (to date) dispute.

This dispute revolves around the Plaintiff pro-se's request for production of documents from Defendant Rodney Bouffard:

On September 5, 2017, I sent a request for production of documents intended for Defendant Rodney Bouffard to produce. The ONLY response I received regarding that request was enclosed in the Defendants October 16, 2017, "Response to Motion for Clarification" in which Defendants counsel stated he could not find Plaintiff's request.

Therefore, on OCTOBER 31st AND November 1st, 2017, the Plaintiff pro-se sent two more requests for production

of documents (back to back and identical) intended for Defendant Rodney Bouffard to produce. To date (December 21st, 2017), I have received no response from Defendant Bouffard through his Counsel.

Wherefore, I wrote (again) Defendant's Counsel on December 19th, 2017 (all these dates represent Florida "time" of departure (or receiving) from (or to) Florida) pursuant to Local Rule 26(b) of The United States District Court for the District of Maine.

Opposing Counsel, James E. Fortin, A.A.G., never has responded to any of my personal letters to him and I do not expect his attitude to change regarding responding to this prisoner pro se here, now (or) in the future unless he is forced to do so by the Court. His attitude toward the Plaintiff is one of "Silent Haughtiness." No question.

90 days have passed... actually over 100 days have passed since Plaintiff's first September 5, 2017, request and a good 40 from the latter two identical requests (allowance for "mail time").

I don't want to agitate or otherwise annoy the Court regarding these discovery requests that are in dispute but the Plaintiff pro se is already at a severe disadvantage geographically with no "ready" access to Maine Law (to receive

information on Maine law, statutes, case law, Maine Department of Corrections policy statements, etc., plaintiff has to wait a good 21 days from date of the mailed request from here in Florida... if he receives a response at all). This, coupled with opposing counsel's "silence," makes rough sailing down here in Florida navigating a civil rights case filed in Maine.

According to Local Rule 26(b), plaintiff is to "seek a prompt hearing with a judicial officer by telephone... etc..." This will be difficult for the court or the plaintiff to perform or schedule so plaintiff is open to any suggestions or orders from the court or a "judicial officer. (Plaintiff is in a max. sec. prison).

Respectfully Submitted,

Dated 12/21/17

John J. Condon, pro se

cc: James E. Fortin, AAG.
file

John J. Condon, pro se
#148840 ZCI
2739 Gall Blvd.
Zephyr Hills, FLA 33541

— Certificate of Service —

The undersigned hereby certifies that he served the above letter to clerk by 1st class mail to:
James E. Fortin, AAG.
Office of the Attorney General
Six State House Station
Augusta, Maine 04333

Dated 12/21/17

John J. Condon, pro se