OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

January 3, 2018

John Jay Condon
#148840
Zephyrhills Correctional Institute
2739 Gall Blvd
Zephyrhills, FL  33541

RE: CONDON v. BOUFFARD, et al.
    Civil no. 1:16-cv-00372-JAW

Dear Mr. Condon:

In response to your letter dated December 26, 2017 please be advised that arrangements were made with your case worker Mrs. Shetildya Bing to establish the conference call with the court on January 10, 2018.  She has been provided all the information to place the call to chambers.

Sincerely,
CHRISTA K. BERRY, CLERK


By:  /s/Julie W. Rodrigue
     Deputy in Charge


cc: counsel of record via ECF notification