Christa K. Berry
Clerk of the Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

December 26, 2017

US DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2018 JAN -3 P 1: 55

DEPUTY CLERK

RE: Conson v. Bouffard, et al.,
    Civil No. 1-16-cv-00372-JAW

Dear Madam Clerk!
    I just received the Courts order (#55)
Granting Motion for Conference of Counsel.
Set for ~ January 10, 2018.   I, the
plaintiff prisoner pro se in the above matter
will do my utmost to "set" this Confer-
ence up... Albeit I am in a maximum
security prison in Florida and have never
"set-up" a conference call in my entire
life.   I want to let the Court know
I am making an attempt to do so but
it involved some Red-tape hurdles to
even reach the officer who evidently
has the power to make it happen (two
days to contact him by "request mail.")
    I'll see what I can do.

PROVIDED
ZEPHYRHILLS C.I.
ON 12/29/17
FOR MAILING

                    Respectfully Submitted,

cc: James E. Fortin,
    A.A.G.
                                              pro se
file
envelope
                            John J. Conson
    #148840 · ZCI· 2739 Gall Blvd. Zephyr Hills,
    Fla.   33541