**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [x] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other  Ms. Bing

FROM:
Inmate Name: John Condon
DC Number: 148840
Quarters: D-2210
Job Assignment: HSE-Man
Date: 12/26/17

**REQUEST**   Check here if this is an informal grievance [ ]

Attached is order granting motion for conference of counsel re: a civil rights case I am involved in up in Maine (I am a Maine St. prisoner). The opposing counsel is James E. Fortin, A.A.G. who also has to be "in on" the telephone conference. I've never done this before.. I was informed that I have to go thru classification in order to perform the conference. I rec'd the legal mail today but had to wait a day to get it copied along w/ a letter to the clerk. Please get back in touch w/ me. I've also enclosed a copy of the discovery rules governing this.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: 148840

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**     DATE RECEIVED: _____

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): _____   Official (Signature): _____   Date: _____

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.