STATE OF MAINE                                    Superior Court
KNOX, ss.                                         Civil Action
                                                  Dock. No. AP-14-023
FILED AUG 29 2014 KNOX COUNTY COURTS

John Conson,
   Petitioner,               )  DECLARATION of
v.                           )  DAVID SILVA
MDOC et al.,                 )
   Respondents               )  APPENDIX 'B'
                             )

PURSUANT TO 28 U.S.C. § 1746, I STATE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE & CORRECT:

(1) I AM A MAINE STATE PRISONER BEING HOUSED IN THE SPECIAL MANAGEMENT UNIT (SMU) INSIDE THE MAINE STATE PRISON'S "SUPERMAX" BUILDING;

(2) I RESIDE ON THE SECOND FLOOR CORRIDOR IN A SINGLE CELL;

(3) THERE ARE 15 CELLS ON THIS CORRIDOR AND MY CELL IS DIRECTLY ACCROSS FROM THE CELL WHICH HOUSES THE PETITIONER HERE, JOHN CONSON;

(4) ABOVE JOHN CONSON'S OUTSIDE CELL WINDOW IS A PLACARD WHICH IS PRINTED:

2.
"CONDON, J
MDOC # 2425
STATUS: A/C" (APPENDIX 'B')

(5) THERE IS A similar PLACARD over my OUTSIDE CELL WINDOW WITH MY NAME AND MDOC NUMBER PRINTED ON IT ALONG WITH "STATUS: A/C;"

(6) The "A/C" STANDS for ADministrative Control

(7) The PLACARDS were PLACED ON OUR CELL DOORS JUNE 15, 2014.

Respectfully,

David Silva

DATED: August 22, 2014

DAVID SILVA
# 120498
MAINE STATE PRISON
WARREN, ME 04864