John Conson
#148840
ZCI · 2739 Gall Blvd,
Zephyrhills, FLA 33541

MAILED FROM A
CORRECTIONAL
INSTITUTION

PROVIDED TO
ZEPHYRHILLS C.I.
ON 1/26/18
FOR MAILING

Christa K Berry
Clerk of The Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401