UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:16-cv-00372-JAW |
| ) | |
| RODNEY BOUFFARD, et al., ) | |
| ) | |
| Defendants ) | |

**OBJECTION TO DISCOVERY ORDER**

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, defendants hereby object to the magistrate's Order on Discovery Issues (ECF No. 66.) The grounds for this objection are set forth in full in the Motion to Amend Discovery Order filed this day, which the defendants hereby incorporate in this objection.

February 14, 2018                     \_\_/s/ James E. Fortin
                                      James E. Fortin
                                      Assistant Attorney General

Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

1

2

Certificate of Service

      The undersigned hereby certifies that he served the above document by first class mail to the following:

John J. Condon
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, Florida 33541

February 14, 2018　　　　　　　　　　　　　　/s/ James E. Fortin
　　　　　　　　　　　　　　　　　　　　　　James E. Fortin
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General