

**JANET T. MILLS**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

[ATTACHMENT A]

February 13, 2018

John Jay Condon
#148840
Zephyrhills Correctional Institution
2739 Gall Blvd.
Zephyrhills, FL 33541

RE:   John Jay Condon v. Rodney Bouffard, et al.
      U.S. District Court No. 16-cv-372

Dear Mr. Condon:

This is in response to your letter of February 8 regarding our objections to your request for production of documents.

The Department of Corrections is prohibited by state law from releasing information regarding other prisoners. 34-A M.R.S.A. § 2016. We are unable to do so uless ordered by a court, and we do not believe will order us to produce this information unless you can demonstrate its relevance and a need for it.

The relevance of your request for the identities of the first fifteen prisoners placed in the ACU is questionable at best. As we have previously indicated, the decision to transfer you out of the Maine State Prison was made long before the ACU was opened, and the first prisoners were not placed there until well after you were transferred. I do not understand what relevance the testimony of these prisoners would have to your case.

Very truly yours,

James E. Fortin
Assistant Attorney General