

John Conlon
#148840
ZCI - 2739 Gall Blvd.
Zephyr Hills, FLA 33541

Christa K. Berry
Clerk of the Court
United States District Court
202 Harlow St.
Bangor, Maine 04401