| POLICY TITLE:  ADMINISTRATIVE SEGREGATION STATUS<br><br>POLICY NUMBER:  15.1<br><br>CHAPTER 15:  SPECIAL MANAGEMENT PRISONERS | PAGE 1 OF 16 |
|---|---|
| STATE of MAINE<br>DEPARTMENT OF CORRECTIONS<br><br>Approved by Commissioner:<br><br>*Joseph Ponte* | PROFESSIONAL STANDARDS:<br><br>See Section VII |
| EFFECTIVE DATE:<br>February 1, 2002 | LATEST REVISION:<br>June 28, 2013 | CHECK ONLY IF<br>APA [   ] |

## I.  AUTHORITY

The Commissioner of Corrections adopts this policy pursuant to the authority contained in 34-A M.R.S.A. Section 1403.

## II.  APPLICABILITY

All Departmental Adult Facilities

## III.  POLICY

It is the policy of the Department of Corrections to have a temporary period of emergency observation and review for prisoners who may constitute an escape risk, may pose a threat to self or others, or may be at risk from others.  Emergency observation may take place either in the prisoner's assigned living unit or in a special management unit and may not exceed seventy-two (72) hours.  It is also the policy of the Department to have available administrative segregation placement for prisoners for whom one of these risks is confirmed.

Program opportunities and treatment services available to prisoners under emergency observation and review or on administrative segregation status are consistent with legal requirements and professional standards.  The staff assigned to the unit managing the prisoner shall create an individualized plan, as necessary, to manage the prisoner and remove the prisoner from either emergency observation or administrative segregation status when possible.

Staff assigned to special management units are appropriately trained to perform duties that sufficiently address the needs of prisoners placed in these units.  Each Chief Administrative Officer shall establish practices to supervise and evaluate the performance of all staff who work with prisoners on administrative segregation status on a regular basis and develop criteria for rotation of staff in the units as necessary.

## IV.   CONTENTS

Procedure A:   Placement on Emergency Observation Status and Review
Procedure B:   Placement on Administrative Segregation Status
Procedure C:   Review of Administrative Segregation Status
Procedure D:   Medical Visits and Mental Health Evaluations
Procedure E:   Orientation to and Conditions of Administrative Segregation Status
Procedure F:   Security Procedures for Prisoners on Administrative Segregation Status

## V.   ATTACHMENTS

Attachment A:   Emergency Observation Status Placement form
Attachment B:   Preliminary Individualized Plan
Attachment C:   Emergency Observation Status Review Minutes form
Attachment D:   Administrative Segregation Placement form
Attachment E:   Administrative Segregation Status Review Minutes form
Attachment F:   Individualized Plan – Administrative Segregation Status
Attachment G:   Prisoner Appeal of Special Management Status
Attachment H:   48 Hour Notice of Review of Status
Attachment I:   Commissioner's Six Month Review of Administrative Segregation Status

## VI.   PROCEDURES

**Procedure A:   Placement on Emergency Observation Status and Review**

1.  Placement on emergency observation status may occur when any one of the following criteria is met:

    a.  The prisoner may constitute an escape risk if in a less restrictive status;

    b.  The prisoner may pose a threat to the safety of others if in a less restrictive status;

    c.  The prisoner may pose a threat to his/her own safety if in a less restrictive status; or

    d.  There may be a threat to the safety of the prisoner if in a less restrictive status.

2.  A prisoner may be placed on emergency observation status by the Unit Manager, the Shift Commander, the Deputy Chief Administrative Officer, or Chief Administrative Officer.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 2 of 16<br>6/28/13R |

3. In cases where one of the above is not immediately available, lower level security staff may take action and then notify one of the above listed supervisory staff immediately after placement.

4. The rationale for placement shall be documented on the Emergency Observation Status Placement form (Attachment A) immediately after placement. The placement shall be noted with an incident report completed in CORIS.

5. The supervisory staff notified shall review the reasons for placement and make a determination as to whether emergency observation status is justified.

6. If emergency observation status is determined to be justified, the supervisory staff who approved the placement shall ensure that the prisoner is provided with a copy of the Emergency Observation Status Placement form as soon as the placement is made and the form is completed. The rationale for placement shall be read to the prisoner, who shall also be advised that he/she may submit a written statement regarding the rationale for placement on emergency observation status.

7. The staff providing the Emergency Observation Status Placement form to the prisoner shall record, on the form, the date and time of provision of the form to the prisoner.

8. The supervisory staff approving the placement shall ensure that a Preliminary Individualized Plan (Attachment B) is completed. A copy of the Preliminary Individualized Plan shall be provided to the prisoner. A copy of the Preliminary Individualized Plan and a copy of the Emergency Observation Status Placement form shall be maintained in the housing unit's emergency observation status binder.

9. A prisoner placed on emergency observation status shall not be moved to a special management housing unit, unless the supervisory staff approving the placement determines it is necessary to alleviate the risk. If a prisoner is moved out of his/her bed, the prisoner's bed shall be retained pending the review of emergency observation status. A prisoner moved to a special management housing unit is subject to Procedures D., E., and F. below.

10. If movement to a special management housing unit would result in the transfer of a prisoner to another facility, the approval of the Department's Director of Classification shall be requested. The prisoner's administrative, case management, and health care records and legal materials in the prisoner's cell shall be transferred with the prisoner. All other prisoner property shall be

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 3 of 16 6/28/13R |

inventoried and stored by the sending facility unless and until it is determined the prisoner will not be returning to the sending facility.

11. The original of the Emergency Observation Status Placement form and the Preliminary Individualized Plan shall be forwarded to the prisoner's Unit Manager with a copy to the Shift Commander and, if applicable, the Unit Manager of the Special Management Unit.

12. The supervisory staff approving the placement shall designate security and treatment staff to observe and document the prisoner's adjustment in CORIS and in the housing unit's emergency observation status binder.

13. Prior to the unit management team's review of the placement, if a prisoner placed on emergency observation status no longer meets any of the criteria for placement on emergency observation status, he/she shall be removed from that status by the Unit Manager, Shift Commander, Deputy Chief Administrative Officer or Chief Administrative Officer. The prisoner's unit management team shall review the circumstances leading to the prisoner's placement on emergency observation status and removal at its next regularly scheduled team meeting.

14. The prisoner's unit management team (consisting of at least three (3) members) shall review any continued placement on emergency observation status and document the review on the Emergency Observation Status Review Minutes form (Attachment C). In the case of a prisoner who is moved to a special management unit, the prisoner's assigned unit management team shall collaborate with the special management unit team (consisting of at least three (3) members).

15. The review shall take place by the end of the next working day or within seventy-two (72) hours after the placement, whichever is sooner. The unit management team may remove the prisoner from emergency observation status or may continue the prisoner on that status until the expiration of the seventy-two (72) hour time period. At or before that time, the unit management team shall conduct a further review to determine whether to remove the prisoner from emergency observation status or recommend placement on administrative segregation status. If the unit management team recommends placement on administrative segregation status, the team shall review and revise the prisoner's Preliminary Individualized Plan as appropriate.

16. If the prisoner's behavior warrants denying the prisoner's presence at the review, it shall be documented on the Emergency Observation Status Review Minutes form and the review shall proceed in the prisoner's absence. Unless the prisoner's behavior warrants denying the prisoner's presence, the prisoner shall appear at this review to respond to the rationale for emergency observation

status placement. At the review, the prisoner may respond orally or submit a statement in writing. A summary of the prisoner's oral statement shall be documented by the unit management team and any written statement shall be attached to the form. Refusal by a prisoner to appear at this review shall be documented on the Emergency Observation Status Review Minutes form and the review shall proceed in the prisoner's absence.

17. The unit management team decision shall be based on a determination as to whether one or more of the criteria set out in number 1 above is met. Emergency observation status is not a classification and, therefore, decisions about this status are not subject to classification appeal procedures.

18. If the unit management team decides to remove the prisoner from emergency observation status, the reason(s) for the removal shall be documented on the Emergency Observation Status Review Minutes. If the prisoner had been moved from his/her bed, the prisoner shall be returned to his/her bed, unless the unit management team determines otherwise. If the unit team's decision would result in the transfer of a prisoner to another facility, the approval of the Department's Director of Classification shall be requested.

19. If the unit management team recommends placement on administrative segregation status, the Chief Administrative Officer(s), or designee(s), shall be notified of the results of the review. The reason(s) for the recommendation shall be documented on the Emergency Observation Status Review Minutes and the Preliminary Individualized Plan shall be attached to the form. A copy of the form and plan shall be given to the prisoner.

20. The Chief Administrative Officer, or designee, of the facility where the prisoner is recommended for placement on administrative segregation status shall make a determination as to whether placement on administrative segregation status is justified. If the Chief Administrative Officer, or designee, determines it is justified, they shall immediately notify the Commissioner, or designee, with the justification for the recommendation to place the prisoner on administrative segregation status.

**Procedure B:   Placement on Administrative Segregation Status**

1. No prisoner may be placed on administrative segregation status without evaluation by health care staff, as set out in Procedure D, and the approval of the Commissioner, or designee.

2. If the placement is approved by the Commissioner, or designee, an Administrative Segregation Placement form (Attachment D) shall be completed by the Chief Administrative Officer, or designee.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1  Administrative Segregation Status | 15. Special Management Prisoners | Page 5 of 16<br>6/28/13R |

3. The prisoner may be moved to a special management unit, if the Chief Administrative Officer, or designee, determines it necessary to alleviate the risk, unless he/she is already housed there.

**Procedure C:   Review of Administrative Segregation Status**

1. The prisoner's assigned unit management team or the special management unit team (consisting of at least three (3) members), in collaboration with the prisoner's assigned unit management team, shall conduct an administrative segregation status review within seventy-two (72) hours of placement on administrative segregation status, which must include, but not necessarily be limited to, a review of the initial placement of the prisoner, a determination of the need for continued placement on administrative segregation status and the appropriateness of the Preliminary Individualized Plan.

2. If the prisoner's behavior warrants denying the prisoner's presence at the review, documentation shall be made on the Administrative Segregation Status Review Minutes form (Attachment E) and the review shall proceed in the prisoner's absence.  Unless the prisoner's behavior warrants denying the prisoner's presence, the prisoner shall appear at the review to respond to the rationale for administrative segregation status placement.  At the review, the prisoner may respond orally or submit a statement in writing.  A summary of the prisoner's oral statement shall be documented by the unit management team and any written statement shall be attached to the form.  Refusal by a prisoner to appear at this review shall be documented on the Administrative Segregation Status Review Minutes form and the review shall proceed in the prisoner's absence.

3. The unit management team's recommendation shall be based on a determination as to whether one or more of the criteria set out in Procedure A.1 above is met.

4. If the unit management team recommends that the prisoner be removed from administrative segregation status, the reason(s) for the recommendation shall be documented on the Administrative Segregation Status Review Minutes and a copy of the Preliminary Individualized Plan shall be attached to the form.  The results of the review shall be forwarded to the Chief Administrative Officer, or designee, who shall determine whether to accept the recommendation.  If the unit team's recommendation would result in the transfer of a prisoner to another facility, the approval of the Department's Director of Classification shall be requested.

5. If the unit management team recommends retention on administrative segregation status, the reason(s) for the recommendation shall be documented on the Administrative Segregation Status Review Minutes and a copy of the

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 6 of 16 6/28/13R |

Preliminary Individualized Plan shall be attached to the form.  The Chief Administrative Officer(s), or designee(s), shall be notified of the results of the review.  A copy of the form and the plan shall be given to the prisoner.

6.  The Chief Administrative Officer, or designee, shall make a determination as to whether retention on administrative segregation status is justified.

7.  If the prisoner is retained on administrative segregation status, the prisoner's assigned Unit Manager, or designee, or the Unit Manager, or designee, of the special management unit shall advise the prisoner that he/she may appeal the decision within three (3) working days to the Chief Administrative Officer, or designee, and that the Chief Administrative Officer, or designee, is the final administrative appeal authority.

8.  The Unit Manager, or designee, shall ask the prisoner whether the prisoner wishes to waive the right to appeal.  If the prisoner signs the waiver on the Administrative Segregation Status Review Minutes form, no appeal shall be considered.  If the prisoner does not sign the waiver, the Unit Manager, or designee, shall provide the prisoner with a Prisoner Appeal of Special Management Status form (Attachment G).

9.  If the prisoner does not sign the waiver, an appeal may be submitted within three (3) working days of the prisoner's receipt of the decision.  Any appeal must be decided within five (5) days of its receipt by the Chief Administrative Officer, or designee.

10.  Any written waiver signed by a prisoner as part of the administrative segregation process is final and may not be withdrawn.

11.  The prisoner's assigned unit management team or the special management unit team shall conduct additional reviews of the status of all prisoners placed on administrative segregation status at least every seven (7) days for the first two (2) months and every thirty (30) days thereafter.  As applicable, the special management unit team shall continue to collaborate with the prisoner's assigned unit management team.  A copy of the review minutes form shall be provided to the prisoner and the prisoner shall be afforded the right to appeal.

12.  If the unit management team continues to recommend retention on administrative segregation status, no later than the third [3rd] review, the team shall complete the prisoner's Individualized Plan–Administrative Segregation Status, (Attachment F), to include incentives for behavior and program participation, as appropriate.  A copy of the plan shall be provided to the prisoner.  The plan may be revised as appropriate at later reviews.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 7 of 16<br>6/28/13R |

13. The prisoner shall be provided at least forty-eight (48) hours advance written notice of the additional reviews (Attachment H) by his/her Correctional Caseworker/ Correctional Care and Treatment Worker.  A prisoner may waive the forty-eight (48) hour notice in writing.

14. The retention of any prisoner on administrative segregation status for more than six (6) months requires the review and approval of the Commissioner.  The Chief Administrative Officer, or designee, shall provide the Commissioner with the justification for the Commissioner's approval (Attachment I). If the prisoner is retained on administrative status, the prisoner's assigned unit management team or the special management unit team shall conduct additional reviews of the status of the prisoner every thirty (30) days thereafter.  The retention of the prisoner on administrative segregation status requires the review and approval of the Commissioner every six (6) months thereafter.

**Procedure D:    Medical Visits and Mental Health Evaluations**

1. Prior to a prisoner's placement on administrative segregation status, the Unit Manager, or designee, shall ensure that appropriate health care staff evaluates the prisoner to determine if there is any health care condition that might contraindicate the placement, or that requires monitoring or further assessment by health care staff.  If there is any health care condition that might contraindicate the placement, the Unit Manager, or designee, shall consult with the facility Health Services Administrator, or designee, to determine whether the identified problem(s) can be resolved.  If not, the Unit Manager, or designee, shall notify the Chief Administrative Officer, or designee, who shall notify the Commissioner, or designee, for a decision regarding how to proceed.

2. When a prisoner is placed on administrative segregation status, the Unit Manager, or designee, shall immediately notify the facility Health Services Administrator, in accordance with Policy 18.5, Health Care Services, Procedure L.

3. The Health Services Coordinator, or designee, shall cause a health care staff member to visit each prisoner on administrative segregation status daily.

4. At a minimum, daily visits to prisoners on administrative segregation status shall be made by health care staff to ensure the prisoner's access to appropriate health care.

   a. The presence of the health care staff shall be announced to the prisoners.

   b. The health care staff shall observe each prisoner and inquire of each prisoner as to the prisoner's well-being.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 8 of 16 <br> 6/28/13R |

c.  Health care staff shall record their visits in the housing log.

5.  A licensed mental health care staff person shall meet with the prisoner for an assessment of his/her mental status by the end of the next working day after placement on administrative segregation status and weekly thereafter, at a minimum.

6.  If appropriate, the prisoner may be moved to the Department's Mental Health Unit pursuant to Department policy 18.6.1, Mental Health Unit.

7.  A summary of each assessment shall be made available to the Unit Manager on a weekly basis.  The summaries shall be made available to the Unit Management team prior to the prisoner's reviews so that this information can be taken into consideration during the reviews.

**Procedure E:   Orientation to and Conditions of Administrative Segregation Status**

1.  The Unit Manager, or designee, shall ensure prisoners receive an orientation to the special management housing unit, as applicable, and administrative segregation status and that the orientation is documented.

2.  Prisoners on administrative segregation status shall be provided living conditions that approximate those of general population prisoners regarding cell size, lighting, heat, and ventilation.  Prisoners on administrative segregation status shall be single celled.  Unless an exception is made in accordance with this procedure, the following shall apply to prisoners on administrative segregation status:

a.  Prisoners shall be allowed to purchase stationary and hygiene items as listed in this procedure from the commissary, unless an item creates a risk to safety or security.  Prisoners shall be allowed personal property items as listed in this procedure.

b.  Prisoners shall be allowed one (1) telephone call per week.  Additional telephone calls shall be allowed for emergencies and otherwise as permitted by the Unit Management team.

c.  Regular visits of one (1) per week shall be allowed under the appropriate security procedures.  Professional visits shall be allowed as permitted by the Unit Management Team.  All regular and professional visits shall be non-contact.  If services are permitted to be provided by volunteers, they shall be provided on a non-contact basis.

d.  Personal legal materials, written religious materials, correspondence and writing materials shall be permitted that can be contained in the approved storage box/container.  Any additional legal materials shall be stored and made available within a reasonable period of time upon written request, on an even exchange basis.

e.  Incoming and outgoing mail is permitted as per Department policy.

f.  Prisoners shall be permitted access to the law library materials by requesting legal materials in accordance with facility procedures.  Leisure reading materials may be requested on a weekly basis from the library in accordance with facility procedures.

g.  Health care items shall be permitted as determined necessary by the facility health care provider.  If an item might create a risk to safety or security, the Unit Manager, or designee, shall consult with the health care provider about other alternatives.

h.  Prisoners shall be permitted personal religious items that prisoners on general population status are permitted to keep in their cells, unless an item creates a risk to safety or security.

i.  Out-of-cell exercise shall be one (1) hour per day, five (5) days per week, outdoors weather permitting, unless security or safety considerations dictate otherwise.

j.  Prisoners shall have the opportunity to shower and shave at least three (3) times per week.

k.  Prisoners shall be permitted the opportunity to have at least three (3) clothing exchanges per week.  Access to linen exchange shall be the same as for general population.  Access to barber and laundry services shall be in accordance with post orders.

l.  If not purchased in the commissary, prisoners shall be provided the following personal hygiene items:

    1.  Toothbrush
    2.  Toothpaste
    3.  Comb or brush
    4.  Soap
    5.  Deodorant
    6.  Feminine hygiene items, as gender appropriate
    7.  Toilet paper
    8.  Toilet, sink and running water

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1  Administrative Segregation Status | 15. Special Management Prisoners | Page 10 of 16<br>6/28/13R |

       9. Access to shaving implements
      10. Drinking cup

  m. Prisoners shall be provided the following linens:

      1. 1 Towel
      2. 1 Wash Cloth
      3. 2 Bed Sheets
      4. 1 Pillow Case
      5. 2 Blankets
      6. 1 Pillow
      7. 1 Mattress

  n. Prisoners shall be provided the following clothing:

      1. Pants and shirt or one-piece suit
      2. 1 complete set of underwear, appropriate by gender
      3. 1 pair of socks
      4. 1 set of footwear
      5. Access to a jacket or coat, hat, and gloves for outdoor exercise or transport, when seasonally necessary.

  o. Prisoners shall have access to programs and services such as educational, social, case management and religious guidance, provided they can be afforded safely and are administratively feasible.

3. An exception to any of the above may be made by the Correctional Sergeant, or above ranking staff member, provided the Sergeant obtains the approval of the Unit Manager or Shift Commander immediately after the exception. The exception may be made, on a case-by-case basis, when it is necessary to prevent self-injurious behavior, injury to others, damage to property of others or a risk to security. In addition to recording the information in the unit log, the staff person making the request shall complete an incident report in CORIS that is reviewed by the Unit Manager. The restriction shall last only as long as necessary.

4. Prisoners placed on administrative segregation status shall receive the same meals as provided to general population prisoners. An exception may be made when a prisoner is throwing food or otherwise using food or a food service implement in a manner that is hazardous to self, staff, or other prisoners. Alternative meal service shall be on a case-by-case basis, based only on health or safety considerations, shall meet basic nutritional requirements, and shall only occur with the written approval of the Chief Administrative Officer and the physician, physician assistant or nurse practitioner. In such a case, the prisoner may be given the same meal in a different form or a different meal of similar

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1  Administrative Segregation Status | 15. Special Management Prisoners | Page 11 of 16 <br> 6/28/13R |

nutritional value.  The staff person making the request for alternative meal service shall complete an incident report in CORIS that is reviewed by the Unit Manager and, if determined appropriate, the Unit Manager, or designee, shall request written approval from the Chief Administrative Officer and the responsible health authority.  Approval for a prisoner to receive alternative meal service shall also be recorded in the unit log.  The restriction shall last only as long as necessary and shall not exceed seven (7) days.

5.  Prisoners placed on administrative segregation status shall receive the same medical services as provided to general population prisoners.  An exception may be made by the Correctional Sergeant, or above ranking staff member, provided the Sergeant obtains the approval of the Unit Manager or Shift Commander immediately after the exception.  The exception may be made, on a case-by-case basis, when a prisoner's behavior indicates a threat to medical or other staff.  In such a case, if possible, the provision of medical services shall be modified to ensure the safety of staff.  In addition to recording the information in the unit log, the staff person making the request shall complete an Incident Report that is reviewed by the Unit Manager, who shall forward it to the Chief of Security.  The restriction shall last only as long as necessary.

6.  The Shift Commander and the assigned Correctional Sergeant shall visit the living area where prisoners on administrative segregation status are housed at least daily.

7.  The Chief Administrative Officer, or designee, shall visit the living area where administrative segregation status prisoners are housed at least weekly.

8.  Correctional Caseworkers and Correctional Care and Treatment Workers assigned to prisoners on administrative segregation status shall personally visit each prisoner on their caseloads a minimum of twice per week.

9.  Prisoners on administrative segregation status shall be provided the opportunity to receive weekly visits from the facility chaplain to provide one-on-one religious counseling.

**Procedure F:    Security Procedures for Prisoners on Administrative Segregation Status**

1.  At a minimum, all prisoners on administrative segregation status shall be observed in person by a correctional officer at least every thirty (30) minutes on an irregular schedule.

2.  A prisoner may be placed on more frequent observation by the Unit Management Team or as otherwise provided by Departmental policy, such as when a prisoner is exhibiting disruptive, unstable or unusual behaviors.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 12 of 16<br>6/28/13R |

3. A prisoner on administrative segregation status may be restrained using stationary restraints attached to the wall while making a phone call, provided the restraints are only for the duration of the phone call.

4. All prisoners on administrative segregation status may be in restraints and shall be escorted by trained staff during out of unit movements and transports and at other times in accordance with unit post orders.

5. Log books shall be maintained in accordance with Departmental policy.

## VII. PROFESSIONAL STANDARDS

ACA:

| | |
|---|---|
| ACI - 4-4140 | Segregation housing units provide living conditions that approximate those of the general inmate population; all exceptions are clearly documented. Segregation cells/rooms permit the inmates assigned to them to converse with and be observed by staff members. |
| ACI - 4-4235 | Within the disciplinary procedures document there is provision for prehearing detention of inmates who are charged with a rule violation. The inmate's pre-hearing status is reviewed by the warden/superintendent or designee within 72 hours, including weekends and holidays. |
| ACI - 4-4249 | When segregation units exist, written policy and procedure govern their operation for the supervision of inmates under administrative segregation, protective custody, and disciplinary detention. |
| ACI - 4-4250 | The warden/superintendent or shift supervisor can order immediate segregation when it is necessary to protect the inmate or others. The action is reviewed within 72 hours by the appropriate authority. |
| ACI - 4-4253 | Written policy, procedure, and practice provide for a review of the status of inmates in administrative segregation and protective custody by the classification committee or other authorized staff group every seven days for the first two months and at least every 30 days thereafter. |
| ACI - 4-4254 | Written policy, procedure, and practice specify the review process used to release an inmate from administrative segregation and protective custody. |
| ACI - 4-4255 | There is a sanctioning schedule for institutional rule violations. Continuous confinement for more than 30 days requires the review and approval of the warden/superintendent or designee. Inmates held in disciplinary detention for periods exceeding 60 days are provided the same program services and privileges as inmates in administrative segregation and protective custody. |
| ACI - 4-4256 | Written policy, procedure, and practice provide that a qualified mental health professional personally interviews and prepares a written report on any inmate remaining in segregation for more than thirty days. If confinement continues beyond thirty days, a mental health assessment by a qualified |

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1 Administrative Segregation Status | 15. Special Management Prisoners | Page 13 of 16 6/28/13R |

Case 1:16-cv-00372-JCN   Document 71-2   Filed 02/28/18   Page 14 of 16   PageID #: 423

mental health professional is made at least every three months-more frequently if prescribed by the chief medical authority.

ACI - 4-4257    Written policy, procedure, and practice require that all special management inmates are personally observed by a correctional officer twice per hour, but no more than 40 minutes apart, on an irregular schedule. Inmates who are violent or mentally disordered or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal inmates are under continuing observation.

ACI - 4-4258    Written policy, procedure, and practice provide that inmates in segregation receive daily visits from the senior correctional supervisor in charge, daily visits from a qualified health care official (unless medical attention is needed more frequently), and visits from members of the program staff upon request.

ACI - 4-4259    Written policy and procedure govern the selection criteria, supervision, and rotation of staff who work directly with inmates in segregation on a regular and daily basis.

ACI - 4-4260    Written policy, procedure, and practice provide that staff operating segregation units maintain a permanent log.

ACI - 4-4261    Written policy, procedure, and practice provide that all inmates in segregation are provided prescribed medication, clothing that is not degrading, and access to basic personal items for use in their cells unless there is imminent danger that an inmate or any other inmate(s) will destroy an item or induce self-injury.

ACI - 4-4262    Written policy, procedure, and practice provide that inmates in segregation have the opportunity to shave and shower at least three times per week.

ACI - 4-4263    Written policy, procedure, and practice provide that inmates in segregation receive laundry, barbering, and hair care services and are issued and exchange clothing, bedding, and linen on the same basis as inmates in the general population. Exceptions are permitted only when found necessary by the senior officer on duty; any exception is recorded in the unit log and justified in writing.

ACI - 4-4264    Alternative meal service may be provided to an inmate in segregation who uses food or food service equipment in a manner that is hazardous to self, staff, or other inmates. Alternative meal service is on an individual basis, is based on health or safety considerations only, meets basic nutritional requirements, and occurs with the written approval of the warden/superintendent or responsible health authority or designee. The substitution period shall not exceed seven days.

ACI - 4-4265    Written policy, procedure, and practice provide that whenever an inmate in segregation is deprived of any usually authorized item or activity a report of the action is filed in the inmate's case record and forwarded to the chief security officer.

ACI - 4-4266    Written policy, procedure, and practice provide that inmates in segregation can write and receive letters on the same basis as inmates in the general population.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1  Administrative Segregation Status | 15. Special Management Prisoners | Page 14 of 16<br>6/28/13R |

**ACI - 4-4267**  Written policy, procedure, and practice provide that inmates in segregation have opportunities for visitation unless there are substantial reasons for withholding such privileges.

**ACI - 4-4268**  Written policy, procedure, and practice provide that inmates in segregation have access to legal materials.

**ACI - 4-4269**  Written policy, procedure, and practice provide that inmates in segregation have access to reading materials.

**ACI - 4-4270**  Written policy, procedure, and practice provide that inmates in segregation receive a minimum of one hour of exercise per day outside their cells, five days per week, unless security or safety considerations dictate otherwise.

**ACI - 4-4271**  Written policy, procedure, and practice provide that inmates in administrative segregation and protective custody are allowed telephone privileges.

**ACI - 4-4273**  Written policy, procedure, and practice provide that inmates in administrative segregation and protective custody have access to programs and services that include, but are not limited to, the following: educational services, commissary services, library services, social services, counseling services, religious guidance, and recreational programs.

**ACI - 4-4276**  Written policy, procedure, and practice provide for the right of inmates to have access to an appropriate law library and to paper, typewriters or typing services, and other supplies and services related to legal matters.  The law library includes at a minimum relevant and up-to-date constitutional, statutory, and case law materials, applicable court rules, and practice treatises.  When an inmate is unable to make meaningful use of the law library on his or her own, the additional assistance necessary for effective access is provided.

**ACI - 4-4281**  Written policy, procedure, and practice protect inmates from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment.

**ACI - 4-4302**  Written policy, procedure, and practice require that unless precluded for security or other substantial reasons, all inmates appear at their classification hearing and are given notice 48 hours prior to the hearing; such notice may be waived by the inmate in writing.

**ACI - 4-4342**  Articles necessary for maintaining proper personal hygiene are available to all offenders and provided to those who are indigent. Each offender should be provided soap, toilet paper, and a tooth brush, and toothpaste, denture cleaner and adhesives, if needed.  Shaving equipment should be made available upon request, and the special hygiene needs of all offenders should be met.

**ACI - 4-4400**  (Mandatory)  When an offender is transferred to segregation, health care staff will be informed immediately and will provide a screening and review as indicated by the protocols established by the health authority.  Unless medical attention is needed more frequently, each offender in segregation receives a daily visit from a qualified health care professional.  The visit ensures that offenders have access to the health care system.  The presence of a health

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1  Administrative Segregation Status | 15. Special Management Prisoners | Page 15 of 16<br>6/28/13R |

care provider in segregation is announced and recorded. The frequency of physician visits to segregation units is determined by the health authority.

**ACI - 4-4416**   When standard issued clothing presents a security or medical risk (for example, suicide observation), provisions are made to supply the offender with a security garment that will promote offender safety in a way that is designed to prevent humiliation and degradation.

| POLICY NUMBER/TITLE | CHAPTER NUMBER/TITLE | PAGE NUMBER |
|---|---|---|
| 15.1   Administrative Segregation Status | 15. Special Management Prisoners | Page 16 of 16 6/28/13R |