MAINE DEPARTMENT OF CORRECTIONS
EMERGENCY OBSERVATION STATUS PLACEMENT

**SECTION A: Placement**

| At   1250 | hours on 3-4-2014 | I have ordered the placement of prisoner |
|---|---|---|

| Condon, J. | MDOC # 2425 | Housing Unit Close |
|---|---|---|

on emergency observation status, based on one or more of the following criteria:

| # | | Reason for Placement |
|---|---|---|
| 1 | ☐ | The prisoner may constitute an escape risk if in a less restrictive status |
| 2 | ☒ | The prisoner may pose a threat to the safety of others if in a less restrictive status |
| 3 | ☐ | The prisoner may pose a threat to his/her own safety if in a less restrictive status |
| 4 | ☐ | There may be a threat to the safety of the prisoner if in a less restrictive status |

**The factual basis for placement is: (include specifics such as date, time and place of any incident)**

Priosner placed on EOS pending IPS investigation due to reports from staff.

Dated: 3-4-14

Sgt. Cox
**Staff Ordering Placement**

U.M. Mendez
**Shift Commander, Unit Manager, Deputy Chief
Administrative Officer or Chief Administrative
Officer**

☒ Incident report completed in CORIS 2014-2130

☐ Rationale for placement read to prisoner and prisoner received a copy of this notice on:

| 3/5/14 | at 1300 | by AQ |
|---|---|---|
| Date | Time | Staff providing notice |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REVIEW OF EMERGENCY OBSERVATION STATUS (TO BE DONE WITHIN 72 HOURS OF PLACEMENT)

☐ REMOVE FROM EMERGENCY OBSERVATION STATUS
☐ RETAIN ON EMERGENCY OBSERVATION STATUS PENDING REVIEW BY UNIT TEAM

Rationale: _____

Date & Time _____

Unit Manager, Shift Commander,
Deputy Chief Administrative Officer
or Chief Administrative Officer

**IF PRISONER IS RETAINED ON EMERGENCY OBSERVATION STATUS, PLEASE COMPLETE SECTION B
OF THIS FORM**

*EMERGENCY OBSERVATION STATUS PLACEMENT FORM*     DOC FORM                    A – 15.1 – A – A – 8/19/11
Page 1 of 2
Distribution:  Copies to:  Prisoner, Shift Commander, Housing Unit's Emergency Observation Status Binder, SMU Unit Manager, if
applicable
Original (with original Preliminary Individualized Plan) to:  Unit Manager

**MAINE DEPARTMENT OF CORRECTIONS**
**EMERGENCY OBSERVATION STATUS PLACEMENT**

| | |
|---|---|
| Prisoner | MDOC # |

**SECTION B:  Notification of Review by Unit Management Team(s)**

The Unit Management Team(s) will hold a review in regard to the above prisoner's placement on

| emergency observation status on | at |
|---|---|
| Date | Time |

| in | |
|---|---|
| Place | |

| Prisoner received a copy of this notice on | at |
|---|---|
| Date | Time |

and advised that he/she may submit a written statement regarding the rationale for placement on emergency observation status.

by _____
    Staff providing notice

Distribution:  Copies to:  Prisoner, Shift Commander, Housing Unit's Emergency Observation Status Binder, SMU Unit Manager, if applicable
Original (with original Preliminary Individualized Plan) to:  Unit Manager

**STATE OF MAINE
DEPARTMENT OF CORRECTIONS**

PAUL R. LePAGE
GOVERNOR

JOSEPH PONTE
COMMISSIONER



MAINE STATE PRISON
TEL: (207) 273-5300

BOLDUC CORRECTIONAL
FACILITY
TEL: (207) 273-2036

To: Sgt Cox
From: U.M Mendez
CC: File
Ref: Prisoner Condon #2425

This is a summary of a confidential report that was submitted on prisoner Condon. Information was received that this prisoner was going to kill U.M. Harris. Based on the information that was received and knowing that the prisoner did not like talking to U.M Harris, I recommend that the prisoner be placed in SMU on EOS status

807 CUSHING ROAD, WARREN, MAINE 04864

**MAINE DEPARTMENT OF CORRECTIONS**
**EMERGENCY OBSERVATION STATUS REVIEW MINUTES**

Members: _SGT COX_                                Date: _3-6-2014_
_CCTV LOWDEN_                              Place: _SMU_
_OFFICER GORDON_

Prisoner: _CONDON J._                       MDOC #: _2425_

I.   **Reason(s) and Factual Basis for Placement (from Emergency Observation Status Placement form) and any additional information received since placement:**

_PRISONER PLACED ON EOS PENDING IPS INVESTIGATION_
_DUE TO REPORTS FROM STAFF._

Prisoner in attendance at review? [X] Yes [ ] No  If not, reason: _____

II.  **Prisoner's Statement**

_PRISONER STATES HE IS NOT AWARE OF HIS_
_REASON FOR BEING ON EOS STATUS._

[ ] Attachment(s), specify: _____

III. **Unit Management Team's Decision and Its Reason(s)**

[ ] Remove from Emergency Observation Status
[X] Retain on Emergency Observation Status (up to 72 hours from time of placement on emergency observation status)
[ ] Recommend Placement on Administrative Segregation Status

Reason(s): _PENDING IPS INVESTIGATION._

[ ] Individualized Plan attached.

IV. [X] **Prisoner informed of decision and its basis and received a copy of this review form on**
     _3-6-2014_       at _0912_
     _____Date_____           _____Time_____

V.   **If Unit Management Team recommends placement on administrative segregation status, Chief Administrative Officer's, or Designee's Review**

[ ] Remove from emergency observation status
[ ] Recommend to Commissioner, or designee, placement on administrative segregation status

Commissioner's, or designee's, Decision  [ ] Placement Approved  [ ] Placement Denied

_____         _____
Date                                        Signature

209

## MAINE DEPARTMENT OF CORRECTIONS
### EMERGENCY OBSERVATION STATUS REVIEW MINUTES

Members: _CCTW Buena_      Date: _3/8/14_

_Ofc Grant_      Place: _close_

Prisoner: _Conclon_      MDOC #: _2425_

**I.** Reason(s) and Factual Basis for Placement (from Emergency Observation Status Placement form) and any additional information received since placement:

_offender was placed on Eos for pending investigation_

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

**II.** Prisoner's Statement

_I don't intend to harm any staff or inmate._

☐ Attachment(s), specify: _____

**III.** Unit Management Team's Decision and its Reason(s)

☐ Remove from Emergency Observation Status
☐ Retain on Emergency Observation Status (up to 72 hours from time of placement on emergency observation status)
☑ Recommend Placement on Administrative Segregation Status

Reason(s): _offender is a danger to other inmates and staff based on report._

☐ Individualized Plan attached.

**IV.** ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_3/8/14_ at _____
        Date                      Time

**V.** If Unit Management Team recommends placement on administrative segregation status, Chief Administrative Officer's, or Designee's Review

☐ Remove from emergency observation status
☐ Recommend to Commissioner, or designee, placement on administrative segregation status

Commissioner's, or designee's, Decision   ☐ Placement Approved   ☐ Placement Denied

_____                              _____
Date                                 Signature

# MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

| Members: UM Harris | Date: 3/10/14 |
|---|---|
| CO Dolbier | Place: SMU |
| | |

| Prisoner: Condon, J | MDOC: 2425 |
|---|---|

**I.** **Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:**

offender was placed on EOS status pending further investigation by IPS.

RECEIVED 3-17-14

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

**II.** **Prisoner's Statement**

Prisoner states he has no intention on killing any staff, Prisoner swears on his life he has no intentions to harm staff or prisoners. Prisoner said it could still go either way 50/50

☐ Attachment(s) (specify): _____

**III.** **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): Prisoner threaten to kill Unit Manager

☐ Individualized Plan attached

**IV.** ☒ Prisoner informed of decision and its basis and received a copy of this review form on

| 3/10/14 | at | |
|---|---|---|
| Date | | Time |

**V.** Prisoner informed of his/her right to appeal: ☐ Waived right ☐ Did not waive right

Signature of Prisoner _____ Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____ Date 3-10-14

**VI.** Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____ Date 3-17-14

*ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES*   DOC FORM   A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
Original – Unit Manager

204

MA..E DEPARTMENT OF CORRECTI...S
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

| Members: UM Harris | Date: 3/10/14 |
| CO Dolbier | Place: SMU |
| | |

| Prisoner: Condon, J | MDOC: 2425 |

I.  **Reason(s) and Factual Basis for Placement** (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

*Initial*
offender was placed on EOS status pending further investigation by IPS.

RECEIVED   3-17-14

Prisoner in attendance at review? ☑ Yes ☐ No  If not, reason: _____

II.  **Prisoner's Statement**

*Prisoner states he has no intention on killing any staff. Prisoner swears on his life he has no intention to harm staff or prisoners. Prisoner said it could still go either way 50/50*

☐ Attachment(s) (specify): _____

*I NEVER SAID THAT.*

III.  **Unit Management Team's Decision and its Reason(s)**   *I NEVER SAID THAT.*

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): *Prisoner threaten to kill Unit Manager.*   *Hes yet to prove that.*

*(I DISPUTE THAT. IT'S A LIE. AN "ACCUSATION")*

☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on

| 3/10/14 | at |
| Date | Time |

V.  Prisoner informed of his/her right to appeal: ☐ Waived right   ☐ Did not waive right

Signature of Prisoner _____ Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____ Date 3-10-14

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____ Date 3-12-14

*5/7/14 Rec'd by me after request because I never got a copy*

*I NEVER SIGNED THIS – NEVER GOT A COPY*

**MAINE DEPARTMENT OF CORRECTIONS**
**ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES**

Members: _UM Allen, D_    Date: _3-20-14_
_Officer Tachetta_    Place: _SMU_

Prisoner: _Condon, J_    MDOC: _2425_

2nd

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_IPS investigation._

Prisoner in attendance at review?  ☑ Yes  ☐ No - If not, reason: _____

II.  Prisoner's Statement
_Prisoner states he has no intention of Hurting another ~~Pris~~ Prisoner or Staff._
☐ Attachment(s) (specify): _____

III.  Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status
Reason(s):
_Pending information from IPS investigation_

☐ Individualized Plan attached

IV.  ☐ Prisoner informed of decision and its basis and received a copy of this review form on
_____ at _____
          Date          Time

V.  Prisoner informed of his/her right to appeal: ☑ Waived right  ☐ Did not waive right
Signature of Prisoner X _John Condon_  Date _3-20-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____  Date _____

VI.  Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____  Date _3/21/14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES    DOC FORM    A - 15.1 - C – E – 8/19/11R
Distribution:  Copies for: Prisoner, Classification, Caseworker, Prisoner's file
          Original to:  Unit Manager

## MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. M Burns_                          Date: _3-27-14_

_CO Staples_                                     Place: _SMU_

Prisoner: _Condon, J._          MDOC: _2425_

**3rd**

I. Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_IPS investigation_

Prisoner in attendance at review? ☒ Yes ☐ No  If not, reason: _____

II. **Prisoner's Statement**

_WOULD LIKE TO GO TO POPULATION - EVEN C POD_

☐ Attachment(s) (specify): _____

III. **Unit Management Team's Decision and its Reason(s)**

☒ Remove from administrative segregation status
☐ Retain on administrative segregation status

Reason(s): _HAS NOT BEEN AN ISSUE IN THE SMU. WOULD RATHER BE LOCKED DOWN IN POPULATION - SMU COULD USE THE CELL HE IS IN._

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_3-27-14_ at _0845_
    Date              Time

V. Prisoner informed of his/her right to appeal: ☒ Waived right  ☐ Did not waive right

Signature of Prisoner _John Condon_ Date _3-27-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Burns RB_ Date _3/27/14_

VI. **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____ Date _3-27-14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES          DOC FORM          A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
                Original to:  Unit Manager

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt Burns_                    Date: _4-1-14_
         _Of Benner_                    Place: _SMU_
         _Deb Barter_
Prisoner: _Condon J_     MDOC: _2425_

I.  **Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:**

4th

_IPS investigation_

Prisoner in attendance at review?  ☒ Yes  ☐ No  If not, reason: _____

II.  **Prisoner's Statement**

_Would Like To Go To GP. "Im Not The Same Inmate I Used To Be." Im 66 years old And Want To Find An_
☐ Attachment(s) (specify): _Older Group In Pouplation, And Due My Time._

III.  **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): _Until The Administration Will Release._
_I Bielieve Condon Came Here And Had A Culture Shock_
_30 Years In The Feds Did Not Prepare Him For MSP. GP Would Do Him well._
☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on
     _4-1-14_           at _0930_
     Date                  Time

V.  Prisoner informed of his/her right to appeal: ☒ Waived right  ☐ Did not waive right

    Signature of Prisoner _John Cole_          Date _4-1-14_

    If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

    Signature of Staff _Michael Burns_          Date _4-1-14_

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____          Date _4-1-14_
                                          – DOC FORM

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES                    A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
               Original to:  Unit Manager

### MAINE DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. Leonard_    Date: _4/14/14_

_Ofc. Ligenby_    Place: _SMU_

Prisoner: _Condon, J_    MDOC: _3425_

**I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:**

_5th review_    _Ongoing investigation_

Prisoner in attendance at review?  [X] Yes  [ ] No   If not, reason: _____

**II.  Prisoner's Statement**

_Would like to go to C-Pod Close and BE locked in there instead of B-Wing_

[ ] Attachment(s) (specify): _____

**III.  Unit Management Team's Decision and Its Reason(s)**

[ ] Remove from administrative segregation status
[X] Retain on administrative segregation status

Reason(s): _Refants Asng To go on administrative Control Pod._

[ ] Individualized Plan attached

**IV.** [ ] Prisoner informed of decision and its basis and received a copy of this review form on

_____ at _____
Date                    Time

**V.** Prisoner informed of his/her right to appeal: [ ] Waived right  [X] Did not waive right

Signature of Prisoner _Jhon Cr_    Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Leonard_    Date _4/14/14_

**VI.  Chief Administrative Officer's or Designee's Review**

[ ] Remove from administrative segregation status
[X] Retain on administrative segregation status

Signature _____    Date _4/15/14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES    – DOC FORM –    A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
                Original to:  Unit Manager

*REC'd*
*4-16-14*

*Concur with the Unit Management Team recommendation for retention on A.S.C.* [signature] *4/17/14*

## MAINE DEPARTMENT OF CORRECTIONS
### PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

4/14/14 _____ *John Condon* _____ *2425*
Date _____ Prisoner Name _____ MDOC #

*- 66 Yrs. Old -*

TO: Chief Administrative Officer, or designee

On ___4/14/14___, the following review took place.

*\* There is NO differ-
ence between the
treatment & privi-
leges afforded a disc.
seg. inmate
and one who is
on Ad. Seg Status!*

## SPECIAL MANAGEMENT STATUS

[X] Review of Administrative Segregation status

[ ] Review of Protective Custody status

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision.

I wish to appeal for the following reasons: *I've been in SMU for 40 days.
No charges have been brought - No evidence presented yet I
am under same harsh loss of privileges that inmates who
are serving disc. seg. time receive there's "no difference" down
here according to Unit Mngr Allen. Therefore I am being
"Punished" just because I am being investigated for
something (?) I may not have done or perhaps there
is a logical reason for whatever the investigation
is centered on. Request transfer to C-Pod Close where
I can still be monitored* ___Prisoner's Signature___ *J. Condon*

[signature] _____ 4/16/14 1133 ___ *Sheri Black, Clerk IV*
Receiving Person's Signature ___ Date & Time ___ Name & Title (Print)

Department of Corrections



**MAINE STATE PRISON**

# Memo

To:        Prisoner John Condon (2425)

From:      Deputy Warden Ross

Date:      April 17, 2014

Re:        Appeal of Special Management Status

---

I am in receipt of your appeal of Special Management Status.  After review of your appeal I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:     Unit File

1

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _U. M. Allen_          Date: _4-17-14_
_Off Charlton_          Place: _SMU_
_Deb Barter_
Prisoner: _Condon, J_          MDOC: _2425_

I.   Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and
     Administrative Segregation Status Placement form) and any additional information received since placement:

*6th review*

IPS investigation.
Threats against UM Harris

Prisoner in attendance at review?  ☒ Yes  ☐ No  If not, reason: _____

II.  Prisoner's Statement

Prisoner doesn't intend to harm UM HARRIS.
Prisoner wants to talk to with CAO to confront the
☐ Attachment(s) (specify): _Evidence against him._

III. Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s): Pending possible placement on
administrative controls.

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on
     _4-17-14_ at _1255 hrs_
     ‾‾Date‾‾          ‾‾Time‾‾

V.  Prisoner informed of his/her right to appeal: ☐ Waived right  ☒ Did not waive right
    Signature of Prisoner _____  Date _4-17-14_

    If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.
    Signature of Staff _____  Date _4-17-14_

VI. Chief Administrative Officer's or Designee's Review

    ☐ Remove from administrative segregation status
    ☒ Retain on administrative segregation status

    Signature _____  Date _4/22/14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES          DOC FORM          A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
              Original to: Unit Manager

Rec'd
4-18-14

## MAINE DEPARTMENT OF CORRECTIONS
## PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

April 17th '14          John Cowden          2425
Date                    Prisoner Name        MDOC #

Cover with
Unit Management Recommends
to retain on AdSeg
[signature] 4/22/14

TO: Chief Administrative Officer, or designee

On  4/17/14          , the following review took place.

SPECIAL MANAGEMENT STATUS

[X] Review of Administrative Segregation status

[ ] Review of Protective Custody status

- Responded
  4/17/14
  FILE

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision.

I wish to appeal for the following reasons: My 6th Ad. Seg. review, like the 1st decided to "Retain (me) on AD. Seg. status." ... pending outcome of "IPS investigation." ——> I rec'd a letter from Lt. Lisia Burnham (Head of IPS) on 4/15/14 stating that she is "NOT AWARE of ANY pending investigations that your involved in." So... For 45 days I'm being held in segregation pending an IPS investigation that... ISN'T. So if there is NO INVESTIGATION... why AM I being held or what's the charge? & who's making it? Request Transfer to C-pod Close (23 hr lock-up).

Prisoner's Signature  John Cowden

Receiving Person's Signature –      Date & Time      Name & Title (Print)

*REC'D 6th REVIEW minutes and appeal. sent original *Van 4/29/14

(v w/ D. Allen or J.B. Barter for veri- fication)

**MAINE DEPARTMENT OF CORRECTIONS**
**PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS**

4/29/14 _____ J. Conroy _____ 2425
Date _____ Prisoner Name _____ MDOC #

Rec'd
Cover with Unit Team Recommend. 4-30-14 51974

TO: Chief Administrative Officer, or designee

On ___4/17/14___ , the following review took place.

**SPECIAL MANAGEMENT STATUS**

[☑] Review of Administrative Segregation status

[ ] Review of Protective Custody status

↑ See Note *

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision.

I wish to appeal for the following reasons: I DENY THREATS AGAINST CM Harris. I HAVE YET TO meet w/ you, the "ultimate decision maker" in my STATUS. I HEAR from you, yet I cannot get you to "HEAR" from me... which would take Alot longer than this Appeal form. I BELIEVE I HAVE A DUE PROCESS Right TO HEAR & BE HEARD (Evidence Presented(where Appropriate) And my (defense. This Ad. Segre- gation of myself "imposes Atypical & Significant hardships)... 'n Relation To The ordinary incidents of Prison life (for myself)". SANDIN V. CONNER 515 U.S. 472 484 (95)

Prisoner's Signature _____ JMC _____ 4/29/14

_____ Deuu Dack _____ 5/1/14 1523 Sherri Back Correc...
Receiving Person's Signature _____ Date & Time _____ Name & Title (Print)

PRISONER APPEAL
SPECIAL MANAGEMENT STATUS

DOC FORM

A - 15.1 – C – G – 8/19/11R
A - 15.3 – H – D – 12/14/10

Give me A Chance TO defend myself, PLEASE.

*A REC'D 7th REVIEW & reviews every year* 4/29/14

(√ w/ S. Allen or
Deb Barter for Deve-
lopment of
Scale

## MAINE DEPARTMENT OF CORRECTIONS
## PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

| | | | |
|---|---|---|---|
| 4/29/14 | John Conlen | 2425 | Rec'd 4-30-14 |
| Date | Prisoner Name | MDOC # | |

TO: Chief Administrative Officer, or designee

On **4/23/14**, the following review took place.

Concur with
Unit Team recommend'n

Sherri

## SPECIAL MANAGEMENT STATUS

☑ Review of Administrative Segregation status

☐ Review of Protective Custody status

SEE NOTE #

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision.

NOT HAVING ME PRESENT AT THE REVIEW

I wish to appeal for the following reasons: BECAUSE I WAS "NOT NEEDED" IS A violation of THE AD. SEG. STATUS policy # 15.1 Section VI Procedures, Procedure C (2). RETAINING me on AD. SEG. pending "Seaside ADMIN. Controls Placement" is mysterious. I HAVEN'T HAD A DISC. Report/write-up in 12 YEARS EXCEPT for 4 OZ of wax in my cell (here). 12 YEARS! I HAVE A "LIBERTY INTEREST TO NOT only STAY off of AD. SEG. STATUS But not TO BE placed in some DRACONIAN "ADMIN. Control UNIT" For what ??? who is making THE decisions on me? Where is my "hearing"?? The FUNDAMENTAL AMERICAN RT. TO HEAR & BE HEARD ?? I Believe you are Being very unfair Prisoner's Signature TO ME. I'm 66 yrs old. Yes, 20 yrs ago I was wild. I've done MY Time for ALL THAT. (5 yrs ADX Florence Colo.

| | | |
|---|---|---|
| Sherri Black | 5/14/14 1523 | Sherri Black, Clerk IV |
| Receiving Person's Signature | Date & Time | Name & Title (Print) |

PRISONER APPEAL                    DOC FORM                    A - 15.1 - C - G - 8/19/11R
SPECIAL MANAGEMENT STATUS                                     A - 15.3 - H - D - 12/14/10

I'm NOT Going TO be a problem Here for you. Put me in C-POD close - A REQUEST

## M_ _E DEPARTMENT OF CORRECTI_ _S
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _U.M. Allen_                Date: _4-23-14_
_Sgt Burns_                          Place: _SMU_

Prisoner: _Condon, J._   MDOC: _2425_

I. **Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:**

_Threats towards staff member._
_Investigation._

Prisoner in attendance at review?  ☐ Yes  ☒ No   If not, reason: _not needed._

II. **Prisoner's Statement**

☐ Attachment(s) (specify): _____

III. **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s): _Possible Admin Controls Placement_

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_4/29/14_ at _PM._
  Date          Time

V. Prisoner informed of his/her right to appeal:  ☐ Waived right  ☐ Did not waive right

Signature of Prisoner _____ Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____ Date _____

VI. **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _D.W._ Date _4/29/14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES        DOC FORM        A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
Original to: Unit Manager

Department of Corrections

**MAINE STATE PRISON**

# Memo

To:      Prisoner John Condon (2425)

From:    Deputy Warden Ross

Date:    May 2, 2014

Re:      Appeal of Special Management Status

---

I am in receipt of your appeals of Special Management Status. After review of both appeals I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:     Unit File

1

## MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. M Burns_   Date: _5-2-14_

Place: _SMU_

Prisoner: _Condon, J_   MDOC: _2425_

I.  **Reason(s) and Factual Basis for Placement** (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_Threats towards a staff member_

Prisoner in attendance at review?  ☐ Yes  ☐ No   If not, reason: _____

II.  **Prisoner's Statement**

☐ Attachment(s) (specify): _____

III.  **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Reason(s): _Threat may still exist_

☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_5/2/14_ at _PM_
   Date        Time

V.  Prisoner informed of his/her right to appeal:  ☐ Waived right  ☒ Did not waive right

Signature of Prisoner _____ Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt M Burns_  Date _5-2-14_

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____ Date _5-J-74_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES        DOC FORM                A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
         Original to: Unit Manager

Department of Corrections

**MAINE STATE PRISON**

# Memo

| | |
|---|---|
| To: | Prisoner John Condon (2425) |
| From: | Deputy Warden Ross |
| Date: | May 12, 2014 |
| Re: | Appeal of Special Management Status |

---

      I am in receipt of your appeals of Special Management Status. After review of your appeal I concur with your Unit Team's recommendation for you to be on administrative segregation status.

Cc:    Unit File ✓

1

5-7-14

# MAINE DEPARTMENT OF CORRECTIONS
## PRISONER APPEAL OF SPECIAL MANAGEMENT STATUS

Date: 5/3/14   Prisoner Name: J. Conson   MDOC #: 2425

TO: Chief Administrative Officer, or designee

Request Denial 7/C 5-12-14

On 5/2/14, the following review took place.

## SPECIAL MANAGEMENT STATUS

[✓] Review of Administrative Segregation status   8th REVIEW

[ ] Review of Protective Custody status

Appeal must be submitted to the Chief Administrative Officer, or designee, within three (3) working days of receiving the decision. W/ ALL DUE RESPECT, THE AD. SEG. BOARD

I wish to appeal for the following reasons: DOES NOT ACTUALLY CONSIDER RELEASING ME. IT IS A "Hollow Formality." You or THE C.A.O. ARE THE "ULTIMATE DECISION MAKER" ON MY STATUS. I HAVE, AS AN AMERICAN CITIZEN, THE 5TH & 14TH (A) CONST. Right, THE DUE PROCESS Right, TO "HEAR & BE HEARD" by THE ULTIMATE DECISION MAKER ON MY "LIBERTY" INTEREST TO STAY OUT OF SEG. AND RE-GAIN THE freedom (LIBERTY) THAT WAS TAKEN AWAY FROM ME BY MY REMOVAL FROM "POPULATION" IN MSP. 60 DAYS AGO. I'VE YET BEEN AFFORDED THAT Right. REQUEST TRANSFER TO A, C, E or F POD, Population CLOSE

Prisoner's Signature   5/3/14

Receiving Person's Signature   Date & Time: 5/9/14 1525   Name & Title (Print): Sharri Black, Clerk IV

PRISONER APPEAL
SPECIAL MANAGEMENT STATUS

DOC FORM

A – 15.1 – C – G – 8/19/11R
A – 15.3 – H – D – 12/14/10

ATTACHMENT: PARALEGAL'S STATEMENT:

With all due Respect, this Review is a Hollow Formality. Board does not Actually Consider Releasing me. I want the ability to present my Views to the Person who actually makes the decision on my status – I believe I et are the Right to "Hear & Be Heard" By the Ultimate SEC's on ~ Makes on my Liberty Interest to Go Back to population. Want to Be to C-Pod ~ Close

5/12/14   John Cordero

Deputy Warden Ross

FILE

RECEIVED
MAY 15 2014
Initial

5/12/[?]

I would like you to sit down with me for 5 minutes so I can explain EXACTLY what I said to several 3rd party inmates in a private setting that I did not think would go further. These statements I made have become mis-construed or twisted into I "Threatened to kill Holly Harris." That's not true. It's just not true.

I have been waiting for a chance to explain myself — to testify on my own behalf — not to a subordinate, but to the officials who have the ultimate decision making power over my status.

I don't want what I say to them to be misconstrued or weakened

when The information is Relayed to you or To the Warden.

I've been waiting for the "investigation" to be over so I can be formally Charged and then present my defense ... But that's not the way it is working out.

All I'm asking for is a sit-down for 5-10 minutes to explain myself, Honestly & Entirely.

Respectfully Submitted

J Cowan
#2425
SMU. 8.209

(Encl's) 1st AD Seg Rev. I never got a copy of same by Mr Mersee. I never said what he wrote same about "50/50" and his Reason is a Falsehood. I did not threaten Holly Harris — I talked about her though.



# MAINE STATE PRISON
## NOTICE OF ADMINISTRATIVE CONTROL STATUS UNIT
## REFERRAL REVIEW

**Prisoner:** ___CONDON, J.___          ___#2425___                              ___CLOSE___
                      **Name**                    **MDOC #**                       **Unit**

**Your review is scheduled for** _____

## Information considered:

Prisoner Condon, J. #2425 has been sentenced to life in prison for 3 counts of Murder.



## DISCIPLINARY INFRACTIONS:

11/15/13 Prisoner Condon, J. was found guilty of a Class B theft violation, prisoner received 20 days of disciplinary restriction for this offense.

## SUMMARY:

Prisoner Condon, J #2425 was placed on Administrative Segregation because staff received confidential information that he was going to assault the close custody unit manager. This assault was going to cause serious bodily injury or death to the staff member. Prisoner CONDON has a very minimal incident history and disciplinary history. He was sentence to life in prison for 3 count of murder.

**INTERNAL INVESTIGATIONS:**

_____ Approved/Disapproved      Date: ___5 - 21 - 2014___
**Deputy Warden of Programs**

_____ Approved/Disapproved      Date: ___5/21/14___
**Deputy Warden of Operations**

_____ Approved/Disapproved      Date: ___5/21/14___
**Maine State Prison Warden**

Distribution: Original-Prisoner

Copies: Associate Commissioner, Maine State Prisoner Warden, Deputy Warden of Operations, Deputy Warden of Programs Services, SMU CCTW, Health Services Director, Director of Mental Health, File.

## MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _U. M. Howlett_       Date: _5-23-14_
_Deb Barter_                    Place: _SMU_

Prisoner: _Condon, J_       MDOC: _2425_

I.   **Reason(s) and Factual Basis for Placement** (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

(30 day)

_Threats toward a staff member._

Prisoner in attendance at review?  ☐ Yes  ☒ No   If not, reason: _Not needed_

II.  **Prisoner's Statement**

☒ Attachment(s) (specify): _Referral Review_

III. **Unit Management Team's Decision and its Reason(s)**

☒ Remove from administrative segregation status
☐ Retain on administrative segregation status

Reason(s): _Recommend placement in Admin._
_Control Unit._

☐ Individualized Plan attached

IV.  ☒ Prisoner Informed of decision and its basis and received a copy of this review form on
_____ at _____
        Date            Time

V.   Prisoner informed of his/her right to appeal:  ☐ Waived right   ☐ Did not waive right

Signature of Prisoner _____   Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _____   Date _____

VI.  **Chief Administrative Officer's or Designee's Review**

☒ Remove from administrative segregation status   _Planned in ACU_
☐ Retain on administrative segregation status

Signature _____   Date _5-27-14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES        DOC FORM        A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
              Original to: Unit Manager

## MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _U. M. Howlett_                Date: _6/11/14_
_Deb Barter_                              Place: _Smu_

Prisoner: _Condon, J_          MDOC: _2425_

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_30 day review_

Prisoner in attendance at review?  ☐ Yes  ☒ No   If not, reason: _Not needed._

II.  **Prisoner's Statement**

☐ Attachment(s) (specify): _____

III.  **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s): _Pending finalization of the Admin. Controls Placement._

☐ Individualized Plan attached

IV.  ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_6/11/14_ at _____
Date                          Time

V.  Prisoner informed of his/her right to appeal: ☐ Waived right  ☒ Did not waive right

Signature of Prisoner _____  Date _____

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Capt. John E Howlett_  Date _6-11-14_

VI.  **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____  Date _6-12-14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES     DOC FORM                    A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
               Original to:  Unit Manager

MAINE DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Um Howlett_                    Date: _6-24-14_
_Sgt. Leonard_                           Place: _SMU_

Prisoner: _Condon TS_        MDOC: _2425_

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_Review_

Prisoner in attendance at review? ☒ Yes ☐ No  If not, reason: _____

II. Prisoner's Statement
_Being Treated Unfairly, Bring Charges or Let him go to G.P._

☐ Attachment(s) (specify): _____

III. Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s):
_Pending Review To Admin Control Placement._

☐ Individualized Plan attached

IV. ☐ Prisoner informed of decision and its basis and received a copy of this review form on
_____ at _____
      Date                Time

V.  Prisoner informed of his/her right to appeal: ☐ Waived right  ☒ Did not waive right

Signature of Prisoner _John Condon_        Date _6-24-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Sgt. Leonard_        Date _6-24-14_

VI. Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _____        Date _6-25-14_

*ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES*        DOC FORM        A - 15.1 - C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
              Original to: Unit Manager

**MAINE DEPARTMENT OF CORRECTIONS**
**ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES**

Members: _CPT Howlett_                          Date: _7/30/14_
_SGT Leonard_                            Place: _SMU_
_CCTW Duperre_
Prisoner: _Condon, J._                     MDOC: _2425_

I. Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_30 day_

_Review of Ad-seg status_

Prisoner in attendance at review?  ☒ Yes  ☐ No  If not, reason: _____

II. **Prisoner's Statement**

_Still pleading not Guilty to threatening charge and wishes it would be Adjudicated_

☐ Attachment(s) (specify): _____

III. **Unit Management Team's Decision and its Reason(s)**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status
Reason(s): _Pending review to Admin Control Placement_

☐ Individualized Plan attached

IV. ☒ Prisoner informed of decision and its basis and received a copy of this review form on
_7-30-14_  at  _1520_
Date                   Time

V. Prisoner informed of his/her right to appeal  ☐ Waived right  ☒ Did not waive right

Signature of Prisoner X _Alion_                Date _7-30-14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Capt - Howlett_          Date _7-30-14_

VI. **Chief Administrative Officer's or Designee's Review**

☐ Remove from administrative segregation status
☒ Retain on administrative segregation status

Signature _Dan ____                        Date _8-4-14_
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES                DOC FORM          A – 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
                    Original to:  Unit Manager

# STATE OF MAINE
# DEPARTMENT OF CORRECTIONS

## 48 HOUR NOTICE OF REVIEW OF STATUS

8/29/14     Condon, J     2425

Date     Prisoner Name     MDOC #

This 48 hour notice is provided to inform you of your upcoming review for the following purpose:

**SPECIAL MANAGEMENT STATUS**

☒ Review of Administrative Segregation status

☐ Review of Protective Custody status

The review is scheduled for: _Sept. 29   2014_

Date and Time

This 48 hour notice may be waived by you in writing.  If you choose to waive the 48 hour notice, please note below:

*(NOT)*

☐ I choose to waive the 48 hour notice requirement for this review.

_____     8/29/14

Prisoner's signature     Date

Unless your behavior warrants otherwise, you are urged to personally attend all reviews.  If you decline to attend a review, you may sign the waiver statement below and return this notice to your Correctional Care & Treatment Worker or Correctional Caseworker.  Regardless of whether you personally appear or decline to appear, you may submit written comments to the unit management team prior to the review date.  Assistance is available by contacting your Correctional Care & Treatment Worker or Correctional Caseworker.

☐ I decline to personally appear at my scheduled review.    I WILL ATTEND

_____    8/29/14

Prisoner's signature     Date

Witness of Notification _Michael Burns_   Date 8/29/14   Time 1004

*48 HOUR NOTICE OF REVIEW OF STATUS*
*SPECIAL MANAGEMENT*     DOC FORM     A – 15.1 – C – H – 8/19/11R
    A – 15.3 – E – C – 8/19/11R

MAINE DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: _Sgt. Burns_              Date: _8/29/2014_

_D. Barter_                        Place: _SMU_

_F. Burns_

Prisoner: _Condon, J_    MDOC: _2425_

*30 day review*

I.   Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

_Review._

Prisoner in attendance at review?  [X] Yes  [ ] No  If not, reason: _____

II.  Prisoner's Statement

_I AM STILL under INVESTIGATION for Alleged Threats To Staff The ADMINISTRATION HAS Found Me Guilty, without Any Displinegry Proceeding._

[ ] Attachment(s) (specify): _____

III. Unit Management Team's Decision and its Reason(s)

[ ] Remove from administrative segregation status
[X] Retain on administrative segregation status

Reason(s): _AD30G Pending ACU Policy_

[X] Individualized Plan attached  _NA_

IV.  [ ] Prisoner informed of decision and its basis and received a copy of this review form on
     _8/29/14_ at _Pm_
     Date          Time

V.   Prisoner informed of his/her right to appeal  [ ] Waived right  [X] Did not waive right

Signature of Prisoner _John Condon_  Date _8/29/14_

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff _Michael Burns_  Date _8.29-2014_

VI.  Chief Administrative Officer's or Designee's Review

[ ] Remove from administrative segregation status
[X] Retain on administrative segregation status

Signature _____  Date _8-29-14_

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES          DOC FORM          A - 15.1 – C – E – 8/19/11R
Distribution: Copies to: Prisoner, Classification, Caseworker, Prisoner's file
             Original to: Unit Manager

## COMMISSIONER'S SIX MONTHLY REVIEW OF ADMINISTRATIVE SEGREGATION STATUS

TO:   Commissioner, Department of Corrections

FROM: _Deputy Warden Troy Ross_
      Warden, Superintendent, or Designee  ☒ MSP  ☐ MCC

RE: Prisoner _Condon, J_      MDOC # _2425_

The above named prisoner has been on administrative segregation status for the past six (6) months. Approval is requested to retain the prisoner on Administrative Segregation Status because:

☐    The prisoner's behavior may constitute an escape risk if in a less restrictive status, specifically, _____
_____
_____

☒    The prisoner's behavior may pose a threat to the safety of others if in a less restrictive status, specifically, _Investigation by IPS for possible threats towards staff._

☐    The prisoner's behavior may pose a threat to his/her own safety, if in a less restrictive status, specifically, _____
_____
_____

☐    There may be a threat to the safety of the prisoner, if in a less restrictive status, specifically, _____
_____
_____

DECISION: ☒ APPROVED  ☐ DENIED  REASON: _____
_____

_Jody LaButh_
Signature, Commissioner

DATE AND TIME DECISION RECEIVED AT FACILITY: _9-8-14   1230hrs_

DECISION RECEIVED AT FACILITY BY: _Dew_
                            Printed Name / Signature

ATTACHMENT I
COMMISSIONER'S SIX MONTHLY REVIEW OF
ADMINISTRATIVE SEGREGATION STATUS          DOC FORM  15.1(A) 08/26/12

## MAINE DEPARTMENT OF CORRECTIONS
### ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES

Members: Capt Howlett                    Date: 9-29-14
Sgt. Leonard
OFF. Howlett Harding              Place: SMU

Prisoner: Condon, J          MDOC: 2425

I.  Reason(s) and Factual Basis for Placement (from Emergency Observation Status Review Minutes and Administrative Segregation Status Placement form) and any additional information received since placement:

Review - Pending results of Investigation of threats toward staff.

Prisoner in attendance at review?  ☑ Yes  ☐ No  If not, reason: _____

II.  Prisoner's Statement

I would like to know results of investigation. It has been over 6 months.

☐ Attachment(s) (specify): _____

III.  Unit Management Team's Decision and its Reason(s)

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Reason(s):

Pend I have Results of Investigation

☑ Individualized Plan attached

IV.  ☐ Prisoner informed of decision and its basis and received a copy of this review form on
9-29-14       at   1430
Date                Time

V.  Prisoner informed of his/her right to appeal: ☐ Waived right  ☑ Did not waive right

Signature of Prisoner  John Condon  Date  9-29-14

If prisoner does not waive his/her right to appeal, note receipt by prisoner of this form and of appeal form.

Signature of Staff  Capt. Howlett  Date  9-29-14

VI.  Chief Administrative Officer's or Designee's Review

☐ Remove from administrative segregation status
☑ Retain on administrative segregation status

Signature _____  Date  9-30-14  DOC FORM

ADMINISTRATIVE SEGREGATION STATUS REVIEW MINUTES                        A - 15.1 – C – E – 8/19/11R
Distribution:  Copies to:  Prisoner, Classification, Caseworker, Prisoner's file
Original to:  Unit Manager