STATE OF MAINE
DEPARTMENT OF CORRECTIONS

PAUL R. LePAGE
GOVERNOR

DR. JOSEPH FITZPATRICK
COMMISSIONER



RODNEY BOUFFARD
WARDEN

May 16, 2014

Scott McCaffery, Director of Classification
Department of Corrections
State House Station 111
Augusta, Maine 04333

RE:   OOS Transfer for Prisoner Condon

Dear Mr. McCaffery:

Prisoner John Condon, MDOC # 2425Has been committed to the Department of Corrections since, 1982 serving a Life sentence for the Crime of Murder and has been housed for the majority of his time within the Federal system.

Due to financial budget constraints, it was determined to have Mr. Condon returned to the state of Maine on 4/20/2012, with the agreement that if it did not work out, other placement would be sought.

While serving time in the Federal system it was reported he murdered another prisoner, however he was never convicted of the crime and we have no details to the claim.

Mr. Condon has expressed himself he would like out of the State of Maine and he is currently in Segregation due to confidential information that he has threatened a staff member.

It is requested, upon original agreement, an out of state transfer be explored.

Sincerely,

*Rodney Bouffard*

Rodney Bouffard, Warden

Rb/js

Cc:   File