UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-00372-JAW |
| | ) |
| RODNEY BOUFFARD, et al., | ) |
| | ) |
| Defendants | ) |

**AFFIDAVIT OF VONDA FAXON**

VONDA FAXON, being under oath, does hereby depose and say:

1. I am employed by the Maine Department of Corrections as an Accounting Technician in the prisoner accounts office of the Maine State Prison. The statements in this affidavit are made from personal knowledge and information in Department records in my custody.

2. On December 15, 2014 the Department of Corrections debited prisoner John Condon's trust account in the amount of $156.76 to pay for shipping his personal property to a prison in Florida.

1

3. On October 27, 2017 the Department sent Condon a check for $156.76 to reimburse him for the amount previously taken from his account. That check cleared on November 20, 2017.

Signed under the penalty of perjury this 26 day of February, 2018.

                                                              /s/ Vonda Faxon
                                                       Vonda Faxon

Subscribed and sworn before me, this 26 day February, 2018.

                                                    Cynthia R. Shuman
                                                    Notary Public
                                                    My commission expires: November 4, 2023