Christa K. Berry                           Feb. 27th, 2018
Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 021333

Re: Condon v. Bouffard, et al.,
    Civil No. 1:16 - cv -00372 - JAW

Dear Madame Clerk:

          Please find enclosed The
Plaintiff's:

"Opposition to Defendant's Motion To
Amend Discovery Order"

Thank You

                                    _____ pro se
                                         # 148840

                         John J. Condon
                         ZCI. 2739 Gall Blvd
                         Zephyrhills, Fla
                                    33541

cc: Janelle Fortin,
        AAG
    file

PROVIDED TO
ZEPHYRHILLS C.I.
ON 2/28/18
FOR MAILING