U.M. Allen –

Look, what I'm about to tell you can never get back to this guy! And you need to take this serious, or a u.m. or above could lose their life.

REDACTED

I don't believe in crimes against woman or children. And if given the chance Holly Harris will be assaulted by John Condon.

Look, I'm serious about this never getting out. And don't ask why I'm helping cause she's the Damn Devil.