STATE OF MAINE
DEPARTMENT OF CORRECTIONS

PAUL R. LePAGE
GOVERNOR

JOSEPH PONTE
COMMISSIONER

**MAINE STATE PRISON**
TEL: (207) 273-5300

**BOLDUC CORRECTIONAL FACILITY**
TEL: (207) 273-2036

**Confidential report**

Attachment B

To: U.M Harris
From: U.M Mendez
CC: File
Ref: Prisoner Condon # 2425

On 3/4/2015 I was approached by a prisoner who requested to speak with me in private. This prisoner wanted to discuss the recent event of the homicide that took place. At the end of the conversation the prisoner stated that he had to get this off his chest. I asked him what was he talking about and what is bothering him. He stated that a prisoner was waiting for his appeal to go through and it didn't he was going to kill U.M Harris. When I asked for a name the prisoner said John Condon. The C/I stated that this prisoner was very dangerous and was involved in several murders. One of these murders they could not pin it on him and this is with the feds at another prison. This prisoner did not want any of this released or his name involved in any paper.

[redacted]

The C/I in this report has approached me several times in the past and has given very reliable information.

# Confidential report

807 CUSHING ROAD, WARREN, MAINE 04864