**STATE OF MAINE**
**DEPARTMENT OF CORRECTIONS**

PAUL R. LePAGE
GOVERNOR

JOSEPH PONTE
COMMISSIONER



**MAINE STATE PRISON**
TEL: (207) 273-5300

**BOLDUC CORRECTIONAL**
**FACILITY**
TEL: (207) 273-2036

ATTACHMENT C

To: Sgt Cox
From: U.M Mendez
CC: File
Ref: Prisoner Condon #2425

    This is a summary of a confidential report that was submitted on prisoner Condon. Information was received that this prisoner was going to kill U.M. Harris. Based on the information that was received and knowing that the prisoner did not like talking to U.M Harris, I recommend that the prisoner be placed in SMU on EOS status

807 CUSHING ROAD, WARREN, MAINE 04864