**From:** Burnham, Lidia
**Sent:** Tuesday, August 12, 2014 3:02 PM
**To:** Bouffard, Rodney <Rodney.Bouffard@maine.gov>
**Subject:** Condon, J. #2425
**Importance:** High

The only thing that I had about Condon is 3 letters asking about his books and a money order, one letter that he send out on March to Nancy Muheren an another letter that Condon send to Mathew Stafford and he said that he is under investigation and a copy of the note that prisoner [redacted] send to UM Allen talking about Condon.
Lidia

1