JANET T. MILLS
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

Rec'd 2/21/18

Attachment 'E'

February 14, 2018

John Jay Condon
#148840
Zephyrhills Correctional Institution
2739 Gall Blvd.
Zephyrhills, FL 33541

RE:   John Jay Condon v. Rodney Bouffard, et al.
      U.S. District Court No. 16-cv-372

Dear Mr. Condon:

Enclosed please find Motion to Amend Discovery Order and Objection to Discovery Order.

This letter will also serve as an initial, partial response to the court's Order on Discovery Issues.

With regard to Request for Production of Documents # 1, please be advised that Lt. Burnham was tasked to conduct mail and telephone surveillance after you were placed in segregation in March, 2014. She did not create any written reports. I am enclosing a copy of an e-mail she sent to Warden Bouffard in August, 2014, summarizing her activities; information containing the identity of another prisoner has been redacted from this document. In addition, I am enclosing a summary prepared by Unit Manager Mendez of a confidential report regarding your threat to kill Unit Manager Harris. I am also enclosing the Confidential Report prepared by Unit Manager Mendez; information not relevant and containing personally identifying information has been redacted from this document. Finally, I am enclosing a typewritten transcript of a note received by Unit Manager Allen; potentially identifying information has been redacted; the note is handwritten and the handwriting may be identifiable.

With regard to Request for Production # 4, the Classification Office is in the process of gathering the information regarding out-of-state transfers, and I will forward it shortly.

Very truly yours,

James E. Fortin
Assistant Attorney General

Enclosures