**Threatening.** Threatening to strike or otherwise injure another individual, to include direct or indirect communication. Class B.

**Throwing.** Throwing any object or substance. Class B.

**Trafficking.** Trafficking of a drug, regardless of whether or not prescribed to the prisoner, or possession or use of a prescription drug not prescribed to the prisoner by the facility healthcare staff, or possession or use of a non-prescribed scheduled drug of the W, X, Y classification, or related paraphernalia, as defined by 17-A M.R.S.A. Trafficking, possession or use of a non-prescribed Schedule Z substance or related paraphernalia (marijuana or its derivatives and paraphernalia related to its use). Class A.

**Under the Influence or Taking of Substance.** Drinking, sniffing, ingesting, injecting, or otherwise taking and/or being under the influence of any alcoholic, chemical, or medicinal substance, other than one prescribed to the prisoner by facility healthcare staff. Class A.

**Visiting.** Violating visiting rules. Class B.

**Waste (More than $10).** Waste, misuse, or negligent destruction of State property with a value in excess of $10.00. Class C.

**Waste ($10 or less).** Waste, misuse, or negligent destruction of State property, with a value of $10.00 or less. Class D.

**Work, Refusal.** Refusing to work, failing to work as instructed, or leaving work without permission. Class B.

**Written Communication.** Passing, giving or receiving, directly or indirectly, of any written communication between a prisoner and another prisoner without authorization from the Chief Administrative Officer. Class C.

**THE AFOREMENTIONED VIOLATIONS INCLUDE PLANNING, ATTEMPT, OR PARTICIPATION AS AN ACCESSORY IN THE VIOLATION. An attempt is an act which constitutes a substantial step in a course of conduct that will end in the commission of a prohibited act. A prisoner is an accessory if he or she knowingly provides assistance to another prisoner committing a violation.**

**THE AFOREMENTIONED VIOLATIONS ALSO INCLUDE SOLICITING ANOTHER PRISONER TO COMMIT THE VIOLATION.**

**For purposes of any violation which includes possession as an element, possession means to have physical possession of or otherwise exercise control over an item on the prisoner's person, in his or her assigned area, e.g., room, cell, work area, or locker, or in a common area. A prisoner is deemed to exercise control over an item if he or she exercises control over the area in which it is found.**