4. Assignment of extra work in lieu of recreation for no more than thirty (30) days.
5. Monetary sanction, up to $100.00.
6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).
7. Counseling/verbal reprimand/warning.
8. Any combination of the above.

### Class B Dispositions:

1. Disciplinary segregation or disciplinary restriction or both, up to a total of twenty (20) days.
2. Loss of good time or deductions, up to twenty (20) days.
3. Loss of privileges for no more than twenty (20) days.
4. Assignment of extra work in lieu of recreation for no more than twenty (20) days.
5. Monetary sanction, up to $75.00.
6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).
7. Counseling/verbal reprimand/warning.
8. Any combination of the above.

### Class C Dispositions:

1. Disciplinary segregation or disciplinary restriction or both, up to a total of ten (10) days.
2. Loss of good time or deductions, up to ten (10) days.
3. Loss of privileges for no more than ten (10) days.
4. Assignment of extra work in lieu of recreation for no more than ten (10) days.
5. Monetary sanction, up to $50.00.
6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).
7. Counseling/verbal reprimand/warning.
8. Any combination of the above.

### Class D Dispositions:

1. Disciplinary segregation or disciplinary restriction or both, up to a total of five (5) days.
2. Loss of good time or deductions, up to five (5) days.
3. Loss of privileges for no more than five (5) days.
4. Assignment of extra work in lieu of recreation for no more than five (5) days.
5. Monetary sanction, up to $25.00.
6. Restitution (to replace or repair property destroyed or damaged or to pay the cost of medical care).
7. Counseling/verbal reprimand/warning.
8. Any combination of the above.