John Candon
#148840
ZCI: 2739 Gall Blvd.
Zephyrhills, FLA 33541

Christa K. Berry
Clerk of The Court
United States District Court
District of Maine
202 Harlow St.
Bangor, ME 04333