Christia K. Berry  
Clerk of the Court  
U.S. District Court  
District of Maine  
202 Harlow St.  
Bangor, Maine 04833

February 28, 18

RE: Conson v. Boyffard, et al.,  
Civil No. 1:16-cv-00372-JAW

Dear Madame Clerk:

Enclosed filing is to be "attached" to Plaintiff's recent opposition to Defendants' motion to amend Courts Discovery order.

Delay in attachment is explained in document.

Thank you.

John J. Conson • [signature] pro se  
# 148840  
ZCI. 2739 Gall Blvd.  
Zephyr Hills, FLA 33541

CC: James E Fortin, AAG  
    file