

**JANET T. MILLS**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

415 CONGRESS ST., STE. 301
PORTLAND, MAINE 04101
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

REC'D: 2/28/18

ATTACHMENT I

February 21, 2018

John Jay Condon
#148840
Zephyrhills Correctional Institution
2739 Gall Blvd.
Zephyrhills, FL 33541

RE: John Jay Condon v. Rodney Bouffard, et al.
U.S. District Court No. 16-cv-372

Dear Mr. Condon:

In further response to the court's discovery order regarding Request # 4:

One other prisoner was transferred out of state during the period specified in the court's order. He was transferred on November 4, 2013. The prisoner was placed in segregation after an incident on February 23, 2013 in which he assaulted another prisoner. In March 2013 he was found guilty of the infraction of "bodily injury" as a result of this incident. He was given 30 days' disciplinary segregation and then remained in the SMU until his transfer.

Very truly yours,

James E. Fortin
Assistant Attorney General