JOHN CONSON
#148840
ZCI. 2739 GALL BLVD
Zephyr Hills, FLA 33541

— LEGAL MAIL —
REG. POST

CHRISTA K. Berry
Clerk of The Court
U.S. District Court
202 Harlow St.
Bangor, Maine 04401

MAILED FROM A CORRECTIONAL INSTITUTION