Christa K Berry
Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

March 9, 2018

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2018 MAR 12  P 2:45

BY_____
DEPUTY CLERK

Re: Condon v. Bouffard, et al
    Civ. No. 1:16-cv-00372-JAW

Dear Madame Clerk:

Please find enclosed Plaintiff's

(1) Affidavit of John Jay Condon,

(2) Notice of Plaintiff's Written
Settlement Demand upon Defendants

Thank You.

Respectfully Submitted,

cc: James E. Fortins
    A.A.G.
file

                                      Pro Se
                              #148840
                         John J. Condon
                     Z.C.I. 2739 Gall Blvd
Zephyrhills, FLA 33541