UNITED STATES DISTRICT COURT
DISTRICT of MAINE

JOHN JAY CONDON,
   PLAINTIFF,
v.
RODNEY BOUFFARD, et al.,
   DEFENDANTS

Civil No. 1:16-cv-00372-JAW

## PLAINTIFF'S WRITTEN SETTLEMENT DEMAND upon DEFENDANTS

Pursuant to the scheduling order issued by the Court on September 21, 2017, and under the heading of "Further Matters in Aid of Disposition" (p.2), the Plaintiff made a "Written Settlement Demand upon Defendants" on January 18, 2018.

The Defendants, who on same scheduling order were to respond to the demand by February 8th 2018,... NEVER DID.

Dated this 9th day of March, 2018.

John J. Condon, pro se
JOHN JAY CONDON
#148840 ZCI 2739 Gall Blvd. Zephyr Hills, Fla. 33541