John Jay Conson
#148840
ZCI. 2739 Gall Blvd.
Zephyr Hills, FLA 33541

Christa K Berry
Clerk of the Court
U.S. District Court / District of Maine
202 Harlow St
Bangor, Maine 04401

MAILED FROM A CORRECTIONAL INSTITUTION

PROVIDED TO ZEPHYRHILLS C.I. ON 3/9/18 FOR MAILING

MAR 09 2018