# UNITED STATES DISTRICT COURT
## → DISTRICT of MAINE →

John Jay Condon, )
  Plaintiff, )
v. ) Civil No.
Rodney Bouffard, ) 1:16-cv-00372-JAW
  Defendants )

### PLAINTIFF REQUESTS AN ORDER from THIS COURT ALLOWING HIM TO CORRESPOND with FOUR PRISONERS AT MAINE STATE PRISON

(1) The Plaintiff received the Defendant's Motion for Summary Judgment, filed w/ This Court on February 28, 2018, on March 6, 2018.

(2) On March 9th, 2018, Plaintiff filed with This Court an Affidavit (which The Notary Public here refused to stamp) in which he requested the Court, pursuant to Rule 56(d) Fed. R. Civ. P., to Deny The Defendant's motion, or in the alternative, to "Stay" or to "Continue" it at a later date. He also stated that if The Court would not entertain The above request, that The Court Allow The Plaintiff an Additional 21 Day Extension of Time (until April 11, 2018) in which to oppose This Motion for Summary Judgment.

—1—

(3) The plaintiff seeks affidavits from the Maine State prisoners who were with him in the Special Management Unit (SMU) during the relevant period of times that encompass the majority, if not all, of the claims plaintiff has levied against the defendants here.

(4) The information the plaintiff expects to garner as a result of these affidavits is manifold:

a) One prisoner, Mark Harris, was placed in the SMU with Condon <u>under the exact same circumstances the plaintiff was placed there</u>: "Under investigation" for allegedly threatening the life of the <u>same staff member</u> (Holly Harris) plaintiff was accused of "threatening"... <u>and at the same time plaintiff Condon was moved there</u>. Inmate Harris was released back into the MSP population after three to four months of detention there.

(b) Prisoner Harris will also swear to, as well as the other MSP inmates to be mentioned here, the fact that the three defendants here (the ultimate decision makers on Condon's liberty status (UDM's)) <u>NEVER</u> came to see or visit plaintiff Condon during the relevant times they were incarcerated with Condon in the SMU.

(c) Prisoner Harris will also testify that he was called out to meet with one or all of the defendants here (when he

—2—

was in the SMU w/ Condon) to discuss informally his own liberty status.

(d) Prisoner David Flemming was was celled directly across from plaintiff towards the end of plaintiff's stay in SMU and he will swear that he was called out of his cell to meet w/ one or all of the defendants here to discuss his liberty status informally ... and that Condon never was.

(e) Both will testify that both Defendant Warden Bouffard and his designee, Defendant Ross, were "no-shows" during the entire time both of them were incarcerated there ... when one or the other were mandated by MDOC policy No. 15.1 (Administration Segregation"), Section VI, Procedure (E)(7), "to visit the SMU weekly where the administrative segregation prisoners were held."

(6) MSP inmate David Silva will swear that both he and Condon were both "officially" classified as being in the Administrative Control Unit as early as June of 2014 which is in direct contradiction to affidavits of Defendants Bouffard, Ross and the Classification Director for MDOC ... Stephen McCaffery.

(G) " MSP inmate Richard "Sta- Her-ski" (spelling not known —known

-3-

to all involved here with the exception of the Court) lived with Condon the entire time Condon was confined in the SMU and can testify to all the above and more.

(5) Plaintiff has attempted to write both Mark Harris and David Flemming but was prohibited from doing so by the mail authorities here at Zephyr Hills.

(6) Plaintiff attempted to write Mark Harris' girlfriend but she had moved from her 2014 address.

(7) Plaintiff thought he would call these witnesses later (as he explained at the beginning of this case... that he would save his heavy ammunition for the end).

(8) If any of the three high profile prisoners mentioned here have been transferred (the fourth is not high-profile) to another prison, plaintiff requests of the Court to have the defendants produce their location and a method in which plaintiff Condon can contact them by mail or phone.

(9) Lastly/one, Plaintiff requests of this High Court to issue an order which will allow plaintiff Condon to get his affidavits together

- 4 -

For spelling and "hand" writing purposes, the names of the four inmates are as follows:

David Silva. Mark Harris. David Flemming and Richard "Sta-her-ski."

Dated this 11th day of March, 2018.

John Jay Condon

/s/ John J. [signature] pro se
#148840
ECI  2739 Gall Blvd.
Zephyr Hills, FLA 33541

→ <u>Certificate of Service</u> ←

I certify that I sent a copy of the above document, postage pre-paid, by U.S. Mail to:

James E Fortin, AAG
Office of the Atty Gen.
Six State House Station
Augusta, Maine 04333

March 11, 2018

/s/ John Jay Condon

-5-