Christa K. Berry          March 11, 2018
Clerk of the Court
United States District Court
District of Maine
202 Harlow Street
Bangor, Maine 04401

Re: Condon v. Bouffard, et al.,
    Civil No. 1:16-cv-00372-JAW

Dear Madame Clerk:

Pltff's: Please find enclosed the Plain-
tiff's "Request (for) an order from this
Court Allowing him to Corres-
pond w/ four prisoners at
Maine State Prison."

For filing?

Thank you.

                      Respectfully,

John Jay
Condon            /s/   Pro Se

                      John Jay Condon

cc: James E. Fortin, #148840 ZCI
    HHC    2739 Gall Blvd
    File     Zephyrhills, FLA 33541