John Condon
#148840
Z.C.I. 2739 Gall Blvd
Zephyrhills, FLA 33541

MAILED FROM A CORRECTIONAL INSTITUTION

PROVIDED TO ZEPHYRHILLS C.I.
ON 3/12/18
FOR MAILING

Christta K Berry
Clerk of The Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401