UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) ) | |
| v. | ) ) ) ) ) ) | Civil no. |
| Defendant(s) | ) | |

CONSENT TO A MAGISTRATE JUDGE

Understanding the right to trial before a District Judge, the parties to the above captioned civil matter additionally consent, pursuant to Fed.R.Civ.P. 73(b), to allow Magistrate Judge John C. Nivison to conduct any and all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in the instant action.

For Plaintiff(s):

Date:

For Defendant(s):

Date:

**NOTE: Return this form to the Clerk of Court only if it has been Executed by all parties in this case.**