UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-00372-JAW |
| | ) |
| RODNEY BOUFFARD, et al., | ) |
| | ) |
| Defendants | ) |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he served the Consent to a Magistrate Judge by first class mail to the following:

John J. Condon
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, Florida 33541

March 19, 2018                                                                     /s/ James E. Fortin
                                                                                       James E. Fortin
                                                                                       Assistant Attorney General