United States District Court
District of Maine

John Jay Condon,
  Plaintiff,
  v.                                Civil No. 1:16-cv-00372-JAW
Rodney Bouffard, et al.,
  Defendants.

## Declaration of John J. Condon

Pursuant to 28 U.S.C., Section 1746, I declare under the penalty of perjury, the following is true & correct:

1. I made an Affidavit to this Court on March 9, 2018, pursuant to Rule 56(d) F.R.Cv.P., to deny the Defendants' February 28th, 2018, Motion for Summary Judgment or at least to stay or to continue it.

2. I also stated in the Affidavit (which the "Notary Public" here — the legal mail man — refused to notarize, stating erroneously: "you don't need an Affidavit") if the Court did not condescend to No. 1 (above), would the Court grant myself, the Plaintiff, an extension of time/until April 11, 2018.

-1-

3. I WENT TO WORK IMMEDIATELY ON OPPOSING THE DEFENDANT'S MOTION AND FOUND IT A DAUNTING TASK.

4. I RECEIVED A VISIT FROM A FRIEND I HAD NOT SEEN IN 10 YEARS, ON SATURDAY & SUNDAY, MARCH 17 AND 18 (VISITING DAYS - 9 A.M - 3 P.M) WHICH WAS SOMEWHAT EMOTIONALLY DRAINING.

5. I CONTRACTED A FAIRLY SEVERE COLD OR FLU ON OR ABOUT TUESDAY, MARCH 20th DUE TO THIS UNUSUAL COLD/HOT/COLD AGAIN WEATHER FLORIDA HAS BEEN EXPERIENCING LATELY AND TO DATE, FRIDAY, MARCH 23, I STILL SUFFER FROM IT.

6. MY FRIEND, WHO DROVE ALL THE WAY FROM SEATTLE, WASHINGTON, STAYED ALL WEEK IN FLORIDA AND WILL VISIT TOMORROW & SUNDAY, MARCH 24 AND 25.

7. BESIDES BEING EMOTIONALLY DRAINING, THE VISITS HAVE SAPPED ALOT OF MY FREE TIME WHICH ISN'T ALL THAT "FREE" IN THIS PRISON SYSTEM - (WE ALL HAVE TO HAVE JOBS OF ONE NATURE OR THE OTHER).

8. I DO NOT KNOW WHEN THIS COLD OR FLU IS GOING TO "BREAK" (MEDICAL HERE IS A NO-GO).

9. TRY AS I MIGHT, THIS MOTION TO OPPOSE SUMMARY JUDGMENT SEEMS TO GET LARGER & LARGER THE MORE I

-2-

TACKLE IT.

10. I'M SICK AND PRETTY WELL EXHAUSTED, THAT'S THE BOTTOM LINE.

11. WHEREFORE, ALTHOUGH THIS IS NOT AN AFFIDAVIT (BECAUSE I DO NOT WANT TO "GET INTO IT" WITH THIS NOTARY PUBLIC), I STILL MAKE THIS REQUEST PURSUANT TO Rule 56(d) F.R.Cv.P. THAT THE COURT ALLOW THE PLAINTIFF IN THIS CASE TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY OR ON APRIL 30th, 2018.

DATED THIS 23rd DAY OF MARCH, 2018.

JOHN JAY CONDON       /s/ John Condon
                      #148840
                      ZCI-2739 GALL BLVD
                      Zephyr Hills, FLA 33541

### Certificate of Service

I certify that I caused a correct copy of this Declaration to be served, by first class mail, postage pre-paid, on JAMES E FORTIN, AAG OFFICE of The ATT'Y GENERAL. SIX STATE HOUSE STATION, AUGUSTA, MAINE, 04333 on this 23rd day of March, 2018

/s/ John J. Condon
JOHN J. CONDON