```
Dom Conan
#148840
Zephyr Hills Corr. Inst.
2739 Gall Blvd.
Zephyr Hills, FLA 33541

                    Christa K Berry
                    Clerk of The Court
                    U.S. District Court
                    District of Maine
                    202 Harlow St.
                    Bangor, Maine 04333
```

MAILED FROM A CORRECTIONAL INSTITUTION