UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil No. 1:16-cv-00372-JAW ) |
| RODNEY BOUFFARD, et al., | ) ) |
| Defendants | ) |

**RESPONSE TO MOTION FOR EXTENSION OF TIME**

Defendants hereby respond to Plaintiff's motion for an enlargement of time (ECF 74) within which to file his opposition to defendants' motion for summary judgment.

Defendants do not object to a 30-day extension.

April 2, 2018                              \_\_/s/ James E. Fortin
                                           James E. Fortin
                                           Assistant Attorney General

Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

Certificate of Service

The undersigned hereby certifies that he served the above document by first class mail to the following:

John J. Condon
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, Florida 33541

April 2, 2018                              /s/ James E. Fortin
                                           James E. Fortin
                                           Assistant Attorney General

1