# United States District Court
## District of Maine

John Jay Condon,
    Plaintiff

v.

Rodney Bouffard, et al.,
    Defendants.

Civil No. 1:16-cv-00372-JAW

## Declaration of John Jay Condon

Pursuant to 28 USC, Section 1746, I declare under the penalty of perjury, the following is true and correct:

1. I make this Declaration in support of Plaintiff's Reply to Defendants March 19, 2018, Opposition to Motion for a Second Discovery Conference.

2. In regards to this Administrative Control Unit (ACU), Plaintiff was not only being "considered for" (see Affidavit of Rodney Bouffard in support of Defendants February 28, 2018, Motion for Summary Judgment, p. 3, No. 10) but also being "Railroaded" into (see Administrative Segregation Records in support of Defendants Motion for Summary Judgment, ASR's of April 14, 17, 23, June 24, July 30 and August 29, 2014), we prisoners

-1-

IN THE SAME WHO WERE BEING "CONSIDERED" WERE UNDER THE DIRECT IMPRESSION AT THE TIME THAT ONCE WE WERE "INDUCTED" INTO THIS ACU, WE WOULD BE CONFINED THERE FOR A MINIMUM OF SIX MONTHS TO A MAXIMUM OF "LIFE". (SEE PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT FILED AUGUST 9, 2016, P. 3, #23).

3. THERE WAS NONE OF THIS "SOFT" LANGUAGE DEFENDANTS USE IN THEIR OPPOSITION NOW, AND IF THEY WOULD GIVE UP THE NAMES OF MY FELLOW INDUCTEES, THEY WOULD TESTIFY OR DECLARE SAME.

4. ONCE I ANNOUNCED TO MY FELLOW "CONSIDEREES" THAT THE DEFENDANTS HAD TO HOLD A "HEARING" FOR EACH ONE OF US BEFORE BEING SHUFFLED INTO WHAT WE THOUGHT WAS SOME DRACONIAN ISOLATION UNIT, AND THAT "WORD" GOT AROUND TO THE DEFENDANTS, EVERYTHING CAME TO A SCREECHING HALT AROUND JUNE OF 2014.

5. THE APPOINTMENT OF A "NEW" COMMISSIONER HAD NOTHING TO DO WITH IT. (SEE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION ACCOMPANYING THIS DECLARATION). THE "DO AS WE PLEASE" ATTITUDE OF DEFENDANTS HAD HIT A TEMPORARY LEGAL SNAG.

DATED THIS 28th DAY OF March, 2018.

John J. C____ pro se
#148840
JOHN JAY CANSON -FLORIDA-