STATE OF MAINE
DEPARTMENT OF CORRECTIONS

PAUL R. LePAGE
GOVERNOR

DR. JOSEPH FITZPATRICK
COMMISSIONER

_Exhibit 'A'_

RODNEY BOUFFARD
WARDEN

April 25, 2014

Mr. John Condon
Maine State Prison
807 Cushing Road
Warren, Maine 04864

Dear Mr. Condon:

Your letter addressed to Commissioner Fitzpatrick dated April 14, 2014 regarding confinement issues and conditions in the Special Management Unit was referred to this office for response.

It is my understanding that you are not being considered for an out-of-state transfer at this time. I am not familiar with your claim that you have an understanding or agreement with the Director of Classification, Mr. McCafferty [Scott] regarding an out-of-state transfer or a transfer within the State of Maine.

Your claims regarding the conditions of confinement in the Special Management Unit and the behavior of some prisoners have been noted. The reasons for your placement in SMU have been discussed with you and I will not respond further on that issue. Your placement is monitored and evaluated on a regular basis, as required by policy. You may discuss your confinement issues with the Unit Manager. You may also request to speak with me when you see me touring the Special Management Unit.

Sincerely,

Rodney Bouffard
Warden

Cc:   Joseph Fitzpatrick, Commissioner
      David Allen, Unit Manager – SMU
      Prisoner file