John Cowden
#148840
Z.C.I. 2739 Gall Blvd.
Zephyrhills, FLA 33541

Legal Mail

Christa K. Berry
Clerk of the Court
United States District Court
202 Harlow St.
Bangor, Maine 04401

MAILED FROM TAMPA FL
CORRECTIONAL
INSTITUTION