# UNITED STATES DISTRICT COURT
## DISTRICT of MAINE

2018 APR -9 P 2:31

| | |
|---|---|
| John Jay Condon, Plaintiff, | Civil No. |
| v. | 1:16-CV-00372-JAW |
| Rodney Bouffard, et al., | |

## Supplemental Factual Information in Re: Plaintiff's March 28th, 2018, Reply to Opposition for Second Discovery Conference

### + Background +

This second discovery dispute centers on Plaintiff's First Request for Production of Documents on Defendant Rodney Bouffard

### Supplemental Information

1. Plaintiff would add that his original Request for Production of Documents for Rodney Bouffard began on September 5th, 2017, or almost seven months ago (See Attachment "A").

2. Defendant's attorney responded in his October 16, 2017, "Response to Motion to Clarify"... that, after conducting a thorough review of his

file...", he concluded that he never received a request for production of documents directed to Rodney Bouffard (See Attachment 'B') (last ¶).

3. Plaintiff then responded by sending Defendant Bouffard "back-to-back" (slightly modified) –identical– first request for production of documents on October 31, and November 1, 2017 (see Attachment 'C').

## Summary

It is not "like" plaintiff just thought of getting the names of these men... he's been attempting since he sent out his first request on September 5, 2017, to obtain the names of the first 15 (now modified to 10) of these men whom with he lives with for months at a time.

Dated this 2nd Day of April, 2018.

John Jay Condon · /s/ John J.C. Pro se
#148840
ZCI: 2739 Gall Blvd, Zephyr Hills, FLA 33541

## Certificate of Service

The undersigned hereby certifies that he served the above document by first class mail to: James E. Fortin, A.A.G., Office of the Atty Gen. Six State House Station, Augusta,