UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Sent: Sept 5th, 17

John Jay Condon,
  Plaintiff,
v.
Rodney Bouffard, et al.,
  Defendants.

Civil No: 1:16-cv-00372-JAW

**Plaintiff's First Request for Production of Documents on Defendant Rodney Bouffard**

← ATTACHMENT "A" →

Pursuant to Rule 34, Fed. R. Cv. P., the Plaintiff requests that the Defendant Rodney Bouffard produce the documents listed below within 30 days upon receipt of this request, either by providing the Plaintiff with copies or making them available to the Plaintiff for inspection and copying:

1. All letters Plaintiff wrote to Defendant Bouffard between the dates of March 5, 2014, and June 5, 2014.

2. The Administrative Control Pod (ACP) was being created and zoned inside the Special Management Unit (SMU) of Maine State Prison (MSP) between the dates of May 1 to November, 2014. I request the (or a) document(s) that lists the names of all

1.

MSP inmates who were either in the ACP or who were being considered for ACP placement on November 1st, 2014. (If the above is too vague or too burdensome, please list the names of the first 15 inductees into the ACP. Captain Howlett was the SMU manager at the time of the above listed dates).

I certify that the above request for production of documents at Defendant Rodney Bouffard is lawful, not improperly motivated and not unreasonably burdensome or expensive

Dated this 5th Day of September, 2017

John J. Condon
#148840
Z.C.I. 2739 Gall Blvd
Zephyrhills, FLA 33541