UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN JAY CONDON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:16-cv-00372-JAW |
| | ) | |
| RODNEY BOUFFARD, et al., | ) | |
| | ) | |
| Defendants | ) | |

## RESPONSE TO MOTION FOR CLARIFICATION

Defendants hereby respond to plaintiff's procedural question regarding the timing of discovery in this matter (styled by the court as a "motion for clarification").

The operative scheduling order in this matter was issued by the court on September 21. 2017. The order gave the parties until October 12 to submit any objections to the order and stated that, if no objections were received by that time, the order would constitute the court's scheduling order under F. R. Civ. P., Rule 16(b). No objections having been submitted, the scheduling order became effective on October 12. It is the defendants' understanding that the period for responding to plaintiff's discovery requests commenced on that date.

Counsel will complete meetings with his clients to obtain their documents and interrogatory responses this week and expects to serve the final discovery responses on plaintiff within the next two weeks.

Counsel also notes that, after conducting a thorough review of his file in this matter, he has not received a request for production of documents directed to defendant Rodney Bouffard.



October 16, 2017                              /s/ James E. Fortin
                                         James E. Fortin
                                         Assistant Attorney General

Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

Certificate of Service

The undersigned hereby certifies that he served the above document by first class mail to the following:

John J. Condon
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, Florida 33541

October 16, 2017                          /s/ James E. Fortin
                                         James E. Fortin
                                         Assistant Attorney General