UNITED STATES DISTRICT COURT
— DISTRICT OF MAINE —

(SENT: OCT 31, 17)
(Nov. 15, 17)

John Jay Condon,
  Plaintiff
  v.                                    CIVIL No:
Rodney Bouffard, et al.,                1:16-CV-00372-JAW
  Defendants

"Attachment C"

### Plaintiff's First Request for Production of Documents on Defendant Rodney Bouffard

Pursuant to Rule 34 F.R.C.P., the plaintiff requests that Defendant Rodney Bouffard produce the documents listed below within 30 days upon receipt of this request either by providing the plaintiff with copies or making them available to the plaintiff for inspection and copying.

1. The Administrative Control Pod (ACP) was being created and opened inside the Special Management Unit (SMU) of Maine State Prison (MSP) between the dates of May 1, to November 1, 2014. I request the (or a) document(s) that lists the names of all MSP inmates who were either in the ACP or who were being considered for ACP placement on November 1, 2014. (If the above is too vague

-1-

or too burdensome, please list the names of the first 15 inductees into the ACP. Captain Howlett was the SMU Manager at the time of the above listed dates).

I certify that the above request for productions of documents on Defendant Rodney Bouffard is lawful, not improperly motivated and not unreasonably burdensome or expensive.

Dated this 31st Day of October, 2017.

John Jay Conson. /s/ John J.

John J. Conson
#148840
ZCI. 2739 Gall Blvd.
Zephyrhills, FLA 33541