Christa K. Berry
Clerk of the Court
U.S. District Court
District of Maine
Bangor, Maine 04401

April 16, 2018

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2018 APR 16 P 2:31
BY _____
DEPUTY CLERK

Re: Condon v. Bouffard, et al. Cv. 1:16-372-JAW

Dear Madam Clerk:

Please find enclosed the Plaintiff's:

* Declaration in opposition to Defendants' Motion for Summary Judgment;

* Response to Defendants' Statement of Material Facts;

* Opposing Statement of Additional Material Facts;

* Defendant Troy Ross Interrogatories;

* Defendant Jody Breton Interrogatories;

* Declarations of Allie C. Bessette and Robert Moore;

* Knox County Docket Sheet; and

* Bob Costigan 6/6/14 letter to Plaintiff.

Thank you. Respectfully,

cc: James E. Fortin
    AAG
    file

John T. Condon

PROVIDED TO ZEPHYRHILLS C.I. ON 4/13/18 JC FOR MAILING