John J. Conson
#148840
ZCI. 2739 Gall Blvd.
Zephyrhills, FLA 33541

Christa K. Berry
Clerk of the Court
U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

