UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

John Jay Condon, ) Civil No.
Plaintiff )
v. ) 1:16-CV-00372-JAW
Rodney Bouffard, et al., )
Defendants. )

Plaintiff's Opposing Statement of Additional Material Facts

Now comes the Plaintiff pursuant to Local Rule 56(c) with his opposing statement of Additional Material Facts as to which there is no Dispute:

1. John Jay Condon has never, and was never, convicted by a Maine State Prison (MSP) Disciplinary Board or Committee of threatening to kill or harm any MSP staff member. See Defendant Troy Ross's Responses to Plaintiff's First Set of Interrogatories ("Ross Interrog") p. 3, #11

2. Defendant Troy Ross stated definitively that "(Condon) threatened to kill members of the prison staff on two separate occasions." Ross Interrog: pp 3-4, #11.

3. Condon has never been convicted of assaulting staff in his entire 36 years in prison. See Plaintiff's Nov. 19, 2016, Opposition to Motion to Dismiss, Appendix 'A'.

-1-

4. The Chief Administrative Officer (the Warden), or designee, shall make the determination as to whether John Jay Condon's retention on Ad. Seg. status is justified. SEE: Defendants Ad. Seg. policy MDOC 15.1, Section VI, Procedure (C)(6). SEE Also Defendants Ad. Seg. Records, Section VI of the (14) Ad. Seg. Status Review minutes.

5. Defendant Troy Ross acted as Defendant C.A.O and Warden Bouffard's designee on EVERY ONE of Condon's 14 Ad. Seg. Reviews. SEE: Defendants Ad. Seg. Records, specifically Section VI of the Ad. Seg. Status Review minutes of March 10, 20, 27, April 1, 14, 17, 23, May 2, 23, June 11, 24, July 30, August 29, and September 29, 2014.

6. Defendant Troy Ross was the Ultimate Decision Maker (UDM) on Condon's liberty status on EVERY ONE of Condon's Ad. Seg. Reviews. Id. (#4 & 5)

7. Defendant Troy Ross NEVER ATTENDED Any of Condon's ASR's. SEE: Ross Interrog. pp 4-5, #15.

8. Defendant Troy Ross OVERRULED the March 27, 2014, ASR Boards recommendation TO REMOVE Condon from Ad. Seg. status. SEE: Section VI of the March 27, 2014, Ad. Seg. Status Review minutes located in Defendants Ad. Seg. Records.

-2-

9. CONDON COULD STILL APPEAL ANY RECOMMENDATION OF THE ASR BOARD AND/OR ANY OVERRULE BY DEFENDANT DESIGNEE ROSS. SEE: DEFENDANTS AD SEG POLICY MDOC #15.1, SECTION VI, PROCEDURE (C)(9).

10. THAT APPEAL MENTIONED IN #9 (ABOVE) IS "DECIDED" BY THE C.A.O. OR "DESIGNEE." DEFENDANT "DESIGNEE" TROY ROSS HANDLED THE APPEALS CONDON PRESENTED. Id. SEE ALSO THE "MEMO'S" OF APRIL 17, MAY 2, AND MAY 12, FOR A SAMPLING OF SOME OF THE APPEAL DENIALS BY DEFENDANT ROSS LOCATED WITHIN DEFENDANTS AD SEG RECORDS.

11. DEDUCTIVE REASONING OF PLAINTIFF'S ADDITIONAL MATERIAL FACTS #4 - 10 MAKES DEFENDANT TROY ROSS THE SOLE ULTIMATE DECISION MAKER ON CONDON'S LIBERTY STATUS AND RENDERS THE MAINE STATE PRISON ADMINISTRATIVE SEGREGATION REVIEWS A HOLLOW FORMALITY OR A "SHAM."

. . .

12. ON SEPTEMBER 8, 2014, DEFENDANT DEPUTY COMMISSIONER JODY BRETON PREFORMED CONDON'S COMMISSIONERS SIX MONTHLY REVIEW OF AD. SEG. STATUS. SEE: DEFENDANT JODY BRETON'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES ("BRETON INTRROG.") P.1, #3

13. MDOC POLICY 15.1 (ADMINISTRATIVE SEGREGATION) SECTION VI, PROCEDURE (C)(14) SPECIFICALLY STATES THAT The Commissioner SHALL DO THE REVIEW. THERE IS NO MENTION OF A "DESIGNEE." THE COMMISSIONER HAS

-2-

the authority to approve or disapprove the retention of Condon on Ad. Seg. status for six months. SEE: Defendant's Ad. Seg. Policy MDOC 15.1, Section VI, Procedure (C)(14).

14. Attachment I to MDOC 15.1, VI, (C)(14) specifically reads "To: Commissioner" and where he is to sign Attachment I explicitly reads: "Signature: Commissioner." Nowhere does it mention anything about a "Designee"... And neither does 15.1, VI, (C)(4) (MDOC) mention anything about a "Designee." SEE: Defendants' Ad. Seg. records for the September 8, 2014, "Attachment I" of Commissioner's six monthly review of Ad. Seg. status.

15. Defendant Jody Breton never interviewed, questioned or saw plaintiff Condon when she performed "her review." SEE: Breton Interrog. p.3, #7.

16. Defendant Jody Breton explained in a September 30, 2014, letter to Condon that she based her decision to "approve" Condon's six month stay (& the continuation of it) on Defendant Warden Bouffard's "opinion." SEE: Plaintiff's November 9, 2016, opposition to motion to dismiss, Appendix "J" (for a copy of that letter).

17. Back to "Attachment I" of MDOC Policy No. 15.1, Sect. VI, (C)(14) and above Jody Breton's signature where the Commissioner is supposed to sign, it is written (the) Reason for her decision. She left that "blank." SEE: Defendants Ad. Seg. records for Sept. 8, 2014, Attachment I.

-4-

18. Defendant Jody Breton, when performing the Commissioner's six monthly Ad. Seg. Status Review of John Jay Condon when asked if she interviewed the head of the infamous "IPS Investigation" that was the basis for holding Condon on Ad Seg. Confinement for 200 days (and still an on-going investigation), stated she couldn't recall if she did or she didn't. SEE: Breton Interrog. pp 4-5, #12.

19. Defendant Jody Breton asked if she, as a Reviewer of Condon's six month incarceration in SMU on Ad. Seg. Status, thought a still on-going 200 day old investigation into whether Condon said something "threatening" towards a MSP staff member during an inmate in-cell "rap" session was a bit odd or unusual or perhaps a ruse, a tactic or a "pretext" to hold Condon on Ad Seg. Status Indefinitely, stated: She didn't know. SEE: Breton/Interrog. p.5, #18.

20. Defendant Jody Breton, asked how much time she spent reviewing Condon's six month Ad. Seg. Confinement answered: She could not recall how much time she spent on it. SEE: Breton Interrog p 4, #11.

April 16, 2018.       /s/ John J Condon pro se
John Jay Condon            #148840

→ Certificate of Service ←

The undersigned hereby certifies that he served the above document and all attachments by 1st class mail to: James E. Fortin, A.A.G. Officer of the Atty General 6 State Hse. Station, Augusta, Maine 04333

April 16, 2018          /s/ John J C...