# United States District Court
## District of Maine

John Jay Condon,
  Plaintiff,

v.

Rodney Bouffard, et al.,
  Defendants.

Civil No: 1-16-cv-00372-JAW

## Declaration of Allie C. Bessette #523028

Pursuant to 28 U.S.C., Section 1746, I declare under the penalty of perjury, the following is true and correct.

1. My name is Allie C. Bessette and I have been in F.D.O.C for fifteen years.

2. I have been housed with John Condon for forteen months.

3. For any Inmate from any other state to transfer to Florida D.O.C they would have to be desperate and in fear for their life and that might not be enough.

4. I have educated myself on other prison systems and Florida by far is the worst. If I could go to another state I would and my family is here.

5. The violence by the Guards and Inmates is a daily threat. There are very few oppurtunities in the F.D.O.C no self betterment, Just nothing.

6. What I have stated above is the unfortunate truth.

Signed Under The Penalty of Perjury

This 14th Day of April, 2018

4-14-2018

Allie Bennette 523028