# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

John Jay Condon,
  Plaintiff
v.
Rodney Bouffard, et al.,
  Defendants

Civil No. 1:16-CV-00372-JAW

## Declaration of Robert Moore, #803114

Pursuant to 28 U.S.C., Section 1746, I declare under the penalty of perjury, the following is true & correct:

1. I have been incarcerated in FLDOC for over half of my life, at the current age of 50 years and a number of months.

2. John Condon and I have been housed at the same penal facility for several months and was utterly amazed to learn that John Condon had voluntarily transfered from the state of Maine's prison system to Florida's system. I could not fathom why anyone would choose to come to FL's system, other than imminently grevious harm or the real threat of death.

3. I have previously sought to obtain an Interstate Compact with the state of Montana, which was ultimately denied due to the lack of any immediate family residing in that state.

4. Personally, I would instantly agree to

transfer to Maine as a prisoner exchange. The level of danger in FL's prisons is exceedingly higher, the living conditions are exceedingly lower than I'm sure ~~[scratched out]~~ is Maine's.

5. I state this truthfully from my decades long experiences in FL prisons.

Signed This 14th Day of April, 2018

*[signature]* #803114

Robert Moore
#803114