Date Filed 7/21/14              County Knox              Docket No. AP-14-023

Action:  80C Administrative Agency

| | |
|---|---|
| John Condon | Dept of Corrections |
| | J Fitzpatrick |
| | Rodney Bouffard |
| | Mike Tauser |
| | Troy Ross |
| | Wendall Atkinson |

vs.

| | |
|---|---|
| Plaintiff's Attorney | Defendant's Attorney |
| Pro Se #148840 | Diane Sleek, AAG |
| Suwannee MCI | 6 State House Station |
| 5964 US Highway 90 | Augusta, Me 04333 |
| Live Oak, Fl 32060 | |

Date of
Entry

| | |
|---|---|
| 7/28/14 | Complaint, summary sheet filed on 7/21/14 |
| 7/28/14 | Certify/notification - case file notice sent |
| 7/28/14 | Motion to designate filed on 7/21/14 by plaintiff |
| 7/28/14 | Letter filed by plaintiff on 7/17/14 |
| 7/28/14 | Letter filed by plaintiff on 7/17/14 |
| 7/28/14 | Letter filed on 7/28/14 by plaintiff advising court payment was being forwarded. |
| 7/28/14 | Motion to Direct responsibility filed by plaintiff on 2/23/14 |
| 7/28/14 | Motion to be furnished with a typewriter filed by plaintiff on 7/25/14 |

| Date | Entry |
|---|---|
| 7/28/14 | Copy of complaint and summary sheet mailed to AG's office by clerk. |
| 7/28/14 | Clerk mailed acknowledgment forms and a copy of Rules of Civil Procedure to the plaintiff. |
| 8/4/14 | Case transferred CV-14-037 to AP-14-032 (Administrative Agency Appeal) |
| 8/4/14 | Motion requesting court to specify the future course of proceeding filed by plaintiff on 7/30/14. |
| 8/4/14 | Proof of service filed on 8/4/14 by plaintiff. Served: Wendall Atkinson, Mike Trusek, Rodney Bouffard, Troy, Ross, J Fitzpatrick, Dept of Corrections, Attorney General |
| 8/11/14 | Petitioners written appearance filed 8/8/14 |
| 8/13/14 | Opposition to Motion for typewriter filed 8/12/14 by Diane Sleek, AAG |
| 8/13/14 | Opposition to Motion for designation of date filed 8/12/14 by Diane Sleek, AAG |
| 9/8/14 | Opposition to respondent's assertion that petitioner did not serve the 5 names filed 8/19/14 by plaintiff |
| 9/8/14 | Petitioner's reply to respondents opposition for typewriter filed 8/19/14 |
| 9/8/14 | Petitioner's reply to respondents 8/11/14 opposition to motion for designation of date filed 8/20/14 |
| 9/8/14 | Declaration regarding petitioner's pro se status filed 8/22/14 |
| 9/8/14 | Declaration of David Silver filed 8/29/14 |
| 9/8/14 | Declaration in support of petitioner's motion for designation of date filed 8/29/14 |
| 9/29/14 | Order on Pending Motions: Pending before the court are the Petitioner's Motion to Designate Date; Motion to Supply Copies; Motion to Furnish Typewriter; and Motion to Specify. Each Motion is Denied. Justice Daniel Billings |

|          | |
|----------|---|
|          | Dated:  September 24, 2014 |
|          | Mailed:  September 29, 2014 |
| 12/18/14 | Motion to delay proceedings filed 12/17/14 by plaintiff |
| 12/31/14 | Letter filed by plaintiff advising court of new address |
| 1/12/15  | Motion to Delay Processing from Oct 28 to Jan 1, 2015 MOOT |
|          | Justice Daniel Billings |
|          | Dated:  January 9, 2015 |
|          | Mailed:  January 12, 2015 |
| 1/15/15  | Motion to designate the transfer of pet'r by respondents into the custody of the Florida Dept of Corrections filed by plaintiff on 1/14/15 |
| 1/15/15  | Motion to compel respondents to retain petitioner to Maine filed by plaintiff on 1/14/15 |
| 2/4/15   | Opposition to Motion to designate transfer as final agency action filed 2/3/15 by Diane Sleek, AAG |
| 2/4/15   | Opposition to Motion to Compel return to Maine filed on 2/3/15 by Diane Sleek, AAG |
| 2/4/15   | Motion to Dismiss filed by Diane Sleek on 2/3/15 |
| 2/19/15  | Motion for a 30 day extension of time filed 2/17/15 by plaintiff |
| 2/19/15  | Letter requesting info on cost of appeal filed 2/17/15.  Clerk responded 2/19/15 |
| 2/19/15  | Address changed to Live Oak, Fl 32060 |
| 2/26/15  | Motion to withdraw Petitioner's Jan 8, 2015 motion to designate the transfer to florida as the final agency action filed 2/23/15 by plaintiff |
| 2/26/15  | Letter requesting 2 summary sheets filed 2/23/15 Clerk mailed 2/26/15 |

| | |
|---|---|
| 312/15 | Motion for leave to amend petition filed 3/9/15 by plaintiff |
| 3/12/15 | Opposition to Defendant's Motion to dismiss filed by plaintiff 3/9/15 |
| 3/17/15 | Motion for leave to amend petition filed by plaintiff on 3/16/15 |
| 3/17/15 | Reply to opposition to Motion to Dismiss filed 3/16/15 by Diane Sleek, AAG |
| 3/26/15 | Letter filed by plaintiff |
| 3/26/15 | Letter filed by plaintiff on 3/23/15 requesting copy of docket sheet. Clerk responded and advised plaintiff of cost |
| 4/3/15 | Plaintiff filed a Petition for a writ of Mandamus on 3/30/15 |
| 4/3/15 | Opposition to Motion for Leave to Amend Petition filed 3/30/15 by Diane Sleek, AAG |
| 4/13/15 | Motion to Dismiss filed by Plaintiff |
| 4/21/13 | Order of Dismissal: The Petitioner has moved to voluntarily dismiss the petition without prejudice and the Respondent does not object. Therefore, it is ORDERED that his matter is Dismissed without prejudice or costs to any party. All pending motions are therefore MOOT. Justice Daniel Billings Dated and mailed: April 21, 2015 |
| 5/12/15 | Plaintiff filed a letter on 5/4/15 requesting name of Justice on order dated 9/24/14. Clerk responded on 5/12/14 |