PAUL R. LePAGE  
GOVERNOR

STATE OF MAINE  
DEPARTMENT OF CORRECTIONS



DR. JOSEPH FITZPATRICK  
COMMISSIONER

RODNEY BOUFFARD  
WARDEN

June 6, 2014

Mr. John Condon  
Maine State Prison  
807 Cushing Road  
Warren, Maine 04864

Dear Mr. Condon:

Your letter addressed to Commissioner Fitzpatrick, dated May 28, 2014 regarding confinement status and due process was referred to this office for response. Additionally, since that letter and the correspondence you sent to me are similar, I am combining the issues for one response.

Your concerns have been heard and considered but there are other factors that have to be considered regarding your placement in the Special Management Unit. Your status is reviewed, as required and I do not believe there are any due process violations or concerns. It is my understanding that Captain Howlett communicates with you and keeps you informed regarding your status in the Special Management Unit. Your threat directed at a staff member is a serious concern to the safety and security of this facility. It is my understanding that you will remain in the Special Management Unit for now. The Warden and Classification are aware of your request for a transfer. I am not aware of any final decision regarding a transfer but it is my understanding that a transfer is not being considered at this time.

You should communicate directly with Captain Howlett regarding any review of your status and discuss conditions of confinement including the appeal of Unit Management Team recommendations/decisions. It may be helpful if you started thinking about improving yourself and engaging in some programs that may be available to you.

Sincerely,

Bob Costigan  
Prison Administrative Coordinator  
Maine State Prison

Cc:      Joseph Fitzpatrick, Commissioner  
         Captain John Howlett, Special Management Unit  
         Prisoner file