UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-00372-JAW |
| | ) |
| RODNEY BOUFFARD, et al., | ) |
| | ) |
| Defendants | ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS**

Pursuant to Local Rule 56(d), defendants submit this reply to plaintiff's statement of additional material facts.

1. Qualified. The term "convicted" implies a criminal proceeding where a formal charge or indictment is adjudicated by a court and/or jury. Defendants admit that a disciplinary complaint was not brought against the plaintiff for the disciplinary infraction of Threatening.

2. Admitted.

3. Qualified. If plaintiff means that he has not been found guilty in a criminal proceeding of assaulting staff, the statement is admitted.

4. Qualified. Admitted as to review of administrative segregation under MDOC policy.

5. Qualified. Deputy Commissioner Jody Breton performed the six-month review. PASMF 12.

6. Qualified. Deputy Commissioner Jody Breton performed the six-month review. PASMF 12.

7. Admitted.

1

8. Admitted.

9. Admitted.

10. Qualified. Although the person who decides the appeal can be the person who reviewed the unit management team decision, the prisoner may submit additional information and arguments on appeal.

11. This is not a statement of fact but an argument, and no response is required.

12. Admitted.

13. Qualified. While the policy cited states that the Commissioner shall perform the six-month review, the Commissioner is authorized by statute to delegate that authority to his associate of deputy commissioners. 34-A M.R.S.A. § 1403(3)(A).

14. Qualified. See preceding response.

15. Admitted.

16. Qualified. Ms. Breton indicated that she took the warden's opinion quite seriously. She also reviewed the materials submitted with the appeal. Breton Interrog Answer 8.

17. Admitted.

18. Admitted.

19. Denied. The record citation does not support the statement.

20. Admitted.

April 26, 2018                     \_\_/s/ James E. Fortin
                                   James E. Fortin
                                   Assistant Attorney General

Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

Certificate of Service

The undersigned hereby certifies that he served the above document by first class mail to the following:

John J. Condon
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, Florida 33541

April 27, 2018                    /s/ James E. Fortin
                                  James E. Fortin
                                  Assistant Attorney General