UNITED STATES DISTRICT COURT
— DISTRICT of MAINE →

JOHN JAY CONDON,
  Plaintiff,
v.
RODNEY BOUFFARD, et al.,
  Defendants.

Civil No. 1:16-cv-00372-JCN

---

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO MOTION for SUMMARY JUDGMENT**

---

The Plaintiff has No Supplemental Response to the Defendant's Motion for Summary Judgment.

DATED THIS 3rd DAY of July, 2018

_/s/ John J. Condon_ pro se
JOHN JAY CONDON  # 148840

---

**Certificate of Service**

I certify that I have sent a correct copy of this document, postage paid, by 1st class mail to: James E. Fortin, A.A.G. Office of the Atty General - Six State House Station, Augusta, Maine 04333.

July 3, 2018

_/s/ John J. Condon_
JOHN J. CONDON