John J. Condon
#1488840
Zephyr Hills Corr. Inst.
2739 Gall Blvd.
Zephyr Hills, FLA 33541

Christa K Berry
Clerk of the Court
United States District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401

MAILED FROM A CORRECTIONAL INSTITUTION