UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN JAY CONDON )
Plaintiff, )
)
v. ) Civil No. 1:16-cv-00372-JCN
)
RODNEY BOUFFARD, et al., )
Defendants. )

## JUDGMENT

Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge entered by Judge John A. Woodcock, Jr. on July 26, 2017 and the Memorandum of Decision on Defendants' Motion for Summary Judgment entered by Magistrate Judge John C. Nivision on September 21, 2018;

JUDGMENT of dismissal is hereby entered on Plaintiff's Eighth Amendment claim; and

JUDGMENT is further entered for defendants Rodney Bouffard, Troy Ross, and Jody L. Breton as against the plaintiff John Jay Condon on remaining claims.

                 CHRISTA K. BERRY
                 CLERK


            By: /s/Margaret T. Melanson
               Deputy Clerk

Dated: September 25, 2018