IN THE UNITED STATES DISTRICT COURT
___FOR THE___ DISTRICT OF ~~FLORIDA~~ MAINE

2018 OCT -9 P 3:16

John Jay Conson,
Petitioner/Appellant,

v.                                              Case No. CV # 1:16 CV-00372-JCN

Rodney Bouffard et al
Respondent/Appellee.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that __John Jay Conson__, the Petitioner/Appellant, pro se, appeals to the United States Court of Appeals, FIRST ~~Eleventh~~ Circuit, the order rendered by this Court on the _25_ day of _September_, 20_18_.

The nature of the order is a Final Order denying the Petitioner's Civil Rights Suit § 1983.

_____
Signature

John Jay Conson
(Print Name and DC#)    DC# 148840
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, FL 33541-9701

1

## CERTIFICATE OF SERVICE

I certify that this document was placed in the hands of an institutional official for mailing to: James E Fortin, A.A.G. Office of The Attorney General - State House Station #6 Augusta, Maine 04333

on this 4 day of October, 20 18

_____
Signature

John Trey Couden
(Print name of DC#)  #L98846
Zephyrhills Correctional Institution
2739 Gall Boulevard
Zephyrhills, FL 33541-9701