John Conson
#148840
Zephyr Hills Corr Inst
2739 Gall Blvd
Zephyr Hills, Fla 33541

MAILED FROM A
FLORIDA
CORRECTIONAL
INSTITUTION
PN 51

USMS

U.S. POSTAGE
ZIP 33541
02  1W
0001394473

U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine  04401
04401-496125