John Condon
#148840
Zephyrhills Corr. Inst.
2739 Gall Blvd
Zephyrhills, FLA 33541

U.S. District Court
District of Maine
202 Harlow St.
Bangor, Maine 04401