# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| D.C. #  1:16-cv-00372-JCN | C.C.A. # |
|---|---|
| CASE TITLE: JOHN JAY CONDON v. RODNEY BOUFFARD, et al ||
| Name of Counsel for Appellant(s): | JOHN JAY CONDON - Pro Se |
| Name of Counsel for Appellee(s): | DIANE SLEEK, JAMES E. FORTIN |
| Name of Judge: | JOHN C. NIVISON |
| Court Reporter(s) & Dates: | 1/10/18 - FTR |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☐ Yes  ☒ No |
| In Forma Pauperis? | ☒ Yes  ☐ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: ||