UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOHN JAY CONDON     )
            )
v.            ) CIVIL NO.  1:16-cv-00372-JCN
            )
RODNEY BOUFFARD, et al    )

# CLERK'S CIVIL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered: 101 Appeal Cover Sheet
        102 Clerk's Certificate
        98 Notice of Appeal
        97 Judgment

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *October 10, 2018.*

         CHRISTA K. BERRY, Clerk

     By: /s/ Robert Allen_____
        Case Manager