Oct 16, /8

Christa K Berry
Clerk of The
US Dist Ct / Dist of Maine
Bangor, Me            04401

Re: Cousins v Bruffitts, et al
DC#1:16-cv-00372 JCN

Dear Clerk Berry,

I withdraw my appeal
of The Sanction Sums
"AWARDED" TO Defendants

John J. Cousins Pro Se

cc: James E Fortin AAG