JOHN J. Conlon
#148840
Zephyrhills Corr. Inst.
2739 GALL BLVS
Zephyrhills, FLA 33541

CHRISTA K. Berry
Clerk of The Court
* U.S. DISTRICT COURT *
202 HARLOW ST.
BANGOR, ME 04401

MAILED FROM A
CORRECTIONAL
INSTITUTION

TAMPA
FL 337
PM 9 L

2018 Oct 22 P 2:17

USMS

U.S. POSTAGE
ZIP 33541
02 1W
0001

jolly old St. Nicholas