UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAY CONDON ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:16-cv-00372-JCN |
| ) | USCA NO. 18-01988 |
| RODNEY BOUFFARD, et al ) | |

### CLERK'S FIRST SUPPLEMENTAL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following supplemental documents are hereby electronically transmitted, along with a copy of the docket entries to the First Circuit Court of Appeals:

Documents Numbered:    104    Description:  Withdrawal of Appeal

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic and sealed documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Sealed Documents:

Ex Parte Document:

Dated *October 24, 2018.*

CHRISTA K. BERRY, Clerk

By:    /s/Margaret T. Melanson
       Case Manager