# United States Court of Appeals
## For the First Circuit

No. 18-1988

JOHN JAY CONDON

Plaintiff - Appellant

v.

RODNEY BOUFFARD; TROY ROSS, Deputy Warden, Maine State Prison;
JODY L. BRETON, Deputy Commissioner

Defendants - Appellees

**JUDGMENT**

Entered: November 27, 2018
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Jay Condon
James Edward Fortin