# United States Court of Appeals
## For the First Circuit

No. 18-1988

JOHN JAY CONDON

Plaintiff - Appellant

v.

RODNEY BOUFFARD; TROY ROSS, Deputy Warden, Maine State Prison; JODY L. BRETON, Deputy Commissioner

Defendants - Appellees

**MANDATE**

Entered: November 27, 2018

In accordance with the judgment of November 27, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Jay Condon
James Edward Fortin